# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Mid Atlantic Construction Services, Inc.**                           ,      Case No.    **08-15208**

                                            Debtor      Chapter      **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 383,440.32 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 53,634.69 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 1,198,010.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 383,440.32 | | |
| Total Liabilities | | | | 1,251,644.97 | |

.

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Mid Atlantic Construction Services, Inc.**

_____,
                                    Debtor

Case No.    **08-15208**_____

Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Mid Atlantic Construction Services, Inc.**         ,    Case No.   **08-15208**

                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | | |
| --- | --- | --- | --- |
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

  **0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **Mid Atlantic Construction Services, Inc.** _____ ,    Case No. ___**08-15208**___
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **M&T Bank Account** | - | 60,638.53 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **60,638.53** |
|---|---|---|
|  | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Mid Atlantic Construction Services, Inc.**          ,     Case No.    **08-15208**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivables - Total Due** | **-** | 307,338.89 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     307,338.89
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re   **Mid Atlantic Construction Services, Inc.**      ,     Case No.    **08-15208**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Small 5'x9' trailer<br><br>Location:<br>3933 Avion Park Ct.<br>Suite 200<br>Chantilly, VA 20151 | - | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 Staples printers<br>3 Deskjet 9650 printers<br>Computer - MSDOC<br>3 HP9650 Printers<br>Desktop<br>Master Builder - Software<br>Reception Area Computer<br>Laptop<br>Laptop<br>Computer<br>Laptop<br><br>Location:<br>3933 Avion Park Ct.<br>Suite 200<br>Chantilly, VA 20151 | - | 8,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Phone and server installation | - | 5,962.90 |
| 30. Inventory. | X | | | |

Sub-Total >     **15,462.90**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re   **Mid Atlantic Construction Services, Inc.**       ,      Case No.   **08-15208**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **383,440.32** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07)

In re **Mid Atlantic Construction Services, Inc.**,                    Case No. __08-15208__

                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)

Total (Report on Summary of Schedules)     **0.00**     **0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

.

In re **Mid Atlantic Construction Services, Inc.**     Case No. __08-15208__

                        ,
           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

 A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

 The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

 If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

 Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

 Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

 Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

 Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

 Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

 Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

 Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

 Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

 Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

 Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

 Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

 Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u> 1 </u> continuation sheets attached

In re **Mid Atlantic Construction Services, Inc.** , Case No. **08-15208**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 8/22/2008 | | | | | | |
| Michael Denisar Jr.<br>3161 Ramesses Court<br>Oak Hill, VA 20171 | - | | Unpaid Wages. | | | | 1,134.69 | 0.00 | 1,134.69 |
| Account No. | | | Several pay periods prior to 8/28/2008 | | | | | | |
| Michael Denisar Sr.<br>3161 Ramesses Court<br>Oak Hill, VA 20171 | - | | Unpaid Wages | | | | 52,500.00 | 0.00 | 52,500.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 53,634.69 | 53,634.69 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 53,634.69 | 53,634.69 |

In re  **Mid Atlantic Construction Services, Inc.**                                   Case No.  **08-15208**

                                                    Debtor                         ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **xxxx-xxxxxx-x1007**<br><br>**American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | | - | | | 08/28/2008<br>**Credit Card -Services and Supplies** | | | | 15,443.07 |
| Account No.<br><br>**Amilcar Torres**<br>**8536 Stonewall Road**<br>**Manassas, VA 22033** | | - | | | **UNK**<br>**Services and Supplies** | | | | 26,100.00 |
| Account No. **xx6441**<br><br>**Arc One, LLC**<br>**3030 Lyndon B. Johnson Freeway**<br>**Suite 300**<br>**Carrollton, TX 75006** | | - | | | 12/31/2007<br>**Services and Supplies** | | | | 21,467.39 |
| Account No. **1042**<br><br>**Architectural Hardware Systems**<br>**3920 Stonecroft Bldv, Suite D**<br>**Chantilly, VA 20151** | | - | | | **UNK**<br>**Services and Supplies** | | | | 3,502.42 |

___**13**___  continuation sheets attached

Subtotal
(Total of this page)                    **66,512.88**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                S/N:27735-080701    Best Case Bankruptcy

In re **Mid Atlantic Construction Services, Inc.** , Case No. **08-15208**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **MIDATCON** <br><br> **Armfield Harrison & Thomas Inc** <br> **20 South King Street** <br> **Leesburg, VA 20175** | | - | | Services and Supplies | | | | 401.00 |
| Account No. <br><br> **Beckstrom Electric** <br> **45714 Oakbrook Court** <br> **Suite 180** <br> **Sterling, VA 20166** | | - | | July - October 2007 <br> Services and supplies | | | | 209,140.00 |
| Account No. <br><br> **Best Cabinets Co, Inc.** <br> **22500 Davis Drive** <br> **Unit 150** <br> **Sterling, VA 20164-4491** | | - | | 06/30/2007 <br> Services and Supplies | | | | 37,340.60 |
| Account No. **545** <br><br> **Bilmin Company, Inc.** <br> **7411 Lindbergh Drive, Suite A** <br> **Gaithersburg, MD 20879** | | - | | 07/30/2007 <br> Services and Supplies | | | | 37,047.80 |
| Account No. <br><br> **Boles Air, Inc.** <br> **9204E Vassau Court** <br> **Manassas, VA 20111** | | - | | UNK <br> Services and Supplies | | | | 22,659.80 |

Sheet no. __1__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

306,589.20

In re   **Mid Atlantic Construction Services, Inc.**                                    Case No.   **08-15208**
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 04/30/2008 Services and Supplies | | | | |
| Bravo Painting, Inc. 1817 N. Quinn Street Suite 207 Arlington, VA 22209 | - | | | | | | | 5,688.00 |
| Account No. | | | | 02/25/2006 Services and Supplies | | | | |
| Brien A. Miller Painting Co. 400 Nelms Circle, Suite A Fredericksburg, VA 22406 | - | | | | | | | 5,920.10 |
| Account No. | | | | 07/01/2008 Services and Supplies | | | | |
| Business 411 | - | | | | | | | 250.00 |
| Account No. | | | | 01/29/2007 Services and Supplies | | | | |
| Capron Company Inc 411 N. Stonestreet Avenue Rockville, MD 20850 | - | | | | | | | 9,587.00 |
| Account No. | | | | 12/30/2006 Services and Supplies | | | | |
| Castro's Company DMC, Inc. 8839 Grasslands Court Marshall, VA 20115 | - | | | | | | | 4,295.00 |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **25,740.10**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Mid Atlantic Construction Services, Inc.**           ,     Case No.     __08-15208__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/31/2007 Services and Supplies | | | | |
| Claros Construction, Inc. 5203 Audrey Drive Centreville, VA 20120 | | - | | | | | | 3,593.00 |
| Account No. | | | | June 2006 Services and supplies | | | | |
| Cogan-Kibler, Inc. 2929 Eskridge Road, Unit N Fairfax, VA 22031 | | - | | | | | | 2,950.00 |
| Account No. | | | | October 2006 Services and supplies | | | | |
| Comfort Control Inc. 6711 Distribution Drive Beltsville, MD 20705 | | - | | | | | | 4,350.00 |
| Account No. | | | | 09/29/2007 Services and Supplies | | | | |
| D&J Excavating 4550 Chimneys West Drive Haymarket, VA 20169 | | - | | | | | | 6,561.40 |
| Account No. | | | | Services and Supplies | | | | |
| Dawson Plumbing, Inc. 40024 Quarter Branch Road Lovettsville, VA 20180 | | - | | | | | | 11,745.00 |

Sheet no. __3___ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal (Total of this page)     **29,199.40**

In re   **Mid Atlantic Construction Services, Inc.**              ,     Case No.   **08-15208**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **MACS** <br><br> **Delta Painting & Wallcovering** <br> **7309 Gateway Court** <br> **Manassas, VA 20109** | | - | | | 05/31/2008 <br> **Services and Supplies** | | | | 6,147.00 |
| Account No. <br><br> **DK Floors, Inc.** <br> **4701 Belle Grove Road** <br> **Suite A** <br> **Brooklyn, MD 21225** | | - | | | 12/31/2007 <br> **Services and Supplies** | | | | 16,100.54 |
| Account No. <br><br> **Dulles Iron Works, Inc.** <br> **PO Box 1473** <br> **Sterling, VA 20167** | | - | | | 04/30/2008 <br> **Services and Supplies** | | | | 6,705.00 |
| Account No. <br><br> **Federal Express** <br> **PO Box 371461** <br> **Pittsburgh, PA 15250** | | - | | | 08/20/2008 <br> **Services and Supplies** | | | | 32.26 |
| Account No. <br><br> **Fleck's Floors, LLC** <br> **36834 Dupont Blvd** <br> **Selbyville, DE 19975** | | - | | | 01/31/2008 <br> **Services and Supplies** | | | | 1,371.20 |

Sheet no. __4__ of __13__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)       **30,356.00**

In re  **Mid Atlantic Construction Services, Inc.**                    ,   Case No. ___**08-15208**___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>Gaithersburg Masonry Corp<br>408 Woodland Road<br>Gaithersburg, MD 20877 | - | | | | 04/30/2008<br>Services and Supplies | | | | 1,350.00 |
| Account No.<br><br>Granzow Structural Engineers<br>22900 Shaw Road<br>Suite 112-4<br>Sterling, VA 20166 | - | | | | 06/14/2008<br>Services and Supplies | | | | 1,200.00 |
| Account No.<br><br>Guardian<br>PO Box 95101<br>Chicago, IL 60694-5101 | - | | | | Services and Supplies | | | | 333.84 |
| Account No.<br><br>Haywood Grant<br>PO Box 452<br>Rixeyville, VA 22737 | - | | | | 11/30/2007<br>Services and Supplies | | | | 808.40 |
| Account No.<br><br>Hurst Plumbing, Inc.<br>24317 Hilton Place<br>Gaithersburg, MD 20882 | - | | | | 07/30/2008<br>Services and Supplies | | | | 429.50 |

Sheet no. __**5**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,121.74

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **Mid Atlantic Construction Services, Inc.**        Case No. **08-15208**
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**IE&J Co, CMD, Inc.**<br>**7646 Fullerton Road, Unit E.**<br>**Springfield, VA 22153** | | - | | 07/06/2006<br>Services and Supplies | | | | 9,123.00 |
| Account No.<br><br>**Inside Sports, LLC**<br>**c/o Eric Aulabaugh**<br>**21530 Blackwood Court, Ste 100**<br>**Sterling, VA 20166** | | - | | Unpaid deposit for lease | | | X | 15,852.00 |
| Account No.<br><br>**Inspiration Plumbing Co.**<br>**43486 Ogden Pl.**<br>**Sterling, VA 20166** | | - | | 04/30/2008<br>Services and Supplies | | | | 3,985.00 |
| Account No.<br><br>**Irvine Access Floors**<br>**9425 Washington Blvd.**<br>**Suite Y-WW**<br>**Laurel, MD 20723-1378** | | - | | 12/30/2007<br>Services and Supplies | | | | 5,400.00 |
| Account No.<br><br>**JP Construction, Inc.**<br>**14721 Industry Court**<br>**Woodbridge, VA 22191** | | - | | April - August 2007<br>Services and supplies | | | | 16,967.00 |

Sheet no. **6** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **51,327.00**

In re **Mid Atlantic Construction Services, Inc.** , Case No. **08-15208**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | March 2008 Services and supplies | | | | |
| K.C.'s Glass Company, Inc. 201 Davis Drive, Unit P Sterling, VA 20164 | - | | | | | | 16,000.00 |
| Account No. | | | Services and Supplies | | | | |
| Lanigan, Ryan, Malcolm & Doyle 555 Quince Orchard Road Suite 600 Gaithersburg, MD 20878 | - | | | | | | 6,102.50 |
| Account No. | | | 10/30/2006 Services and Supplies | | | | |
| Lourenco Consultants, Inc. 5016 Connecticut Ave, NW Suite 200 Washington, DC 20008 | - | | | | | | 2,700.00 |
| Account No. | | | 09/07/2008 Services and Supplies | | | | |
| MAC's Welding, Inc. 8517 Charnwood Court Manassas, VA 20111 | - | | | | | | 823.55 |
| Account No. | | | 07/30/2007 Services and Supplies | | | | |
| Mallon Construction, Inc. 9208 Venture Court, Unit A-1 Manassas, VA 20111 | - | | | | | | 600.00 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,226.05

In re **Mid Atlantic Construction Services, Inc.** , Case No. **08-15208**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | August 2007 - March 2008 Services and supplies | | | | |
| Metro Commercial Flooring 22660 Executive Drive Suite 110 Sterling, VA 20166 | - | | | | | | | | 85,781.75 |
| Account No. | | | | | 03/09/2007 Business Loan | | | | |
| Michael Denisar 3161 Ramesses Court Oak Hill, VA 20171 | - | | | | | | | | 50,000.00 |
| Account No. | | | | | 2/15/2008 Business Loan | | | | |
| Michael Denisar 3161 Ramesses Court Oak Hill, VA 20171 | - | | | | | | | | 349,625.00 |
| Account No. | | | | | 07/30/2008 Services and Supplies | | | | |
| Northern Fire Protection, Inc. 21530 Blackwood Court Suite 150 Sterling, VA 20166 | - | | | | | | | | 5,076.00 |
| Account No. | | | | | 7/30/2008 Services and Supplies | | | | |
| Northern VA Development Serv. 101-C Executive Drive Sterling, VA 20166 | - | | | | | | | | 130.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

490,612.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Mid Atlantic Construction Services, Inc.** ,    Case No. ___08-15208___

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 05/30/2008 Services and Supplies | | | | |
| Northern Virginia Sprinkler Co 32 Westbrook Lane Stafford, VA 22554 | | | | | | | | 9,960.00 |
| Account No. | | - | | Services and Supplies | | | | |
| Nova Blue PO Box 220836 Chantilly, VA 20153 | | | | | | | | 241.38 |
| Account No. | | - | | 05/31/2008 Services and Supplies | | | | |
| Omega Floors, LLC 7309 Gateway Court Manassas, VA 20109 | | | | | | | | 11,425.50 |
| Account No. | | - | | 05/09/2008 Services and Supplies | | | | |
| Partition Plus, Inc. PO Box 8 Fallston, MD 21047 | | | | | | | | 670.00 |
| Account No. | | - | | 03/02/2007 Services and Supplies | | | X | |
| Penelec, Inc. 11049 Newwood Drive Manassas, VA 20111-2938 | | | | | | | | 2,383.22 |

Sheet no. _9_ of _13_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **24,680.10**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re **Mid Atlantic Construction Services, Inc.** , Case No. **08-15208**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Pension Resourcs, Inc.** <br> **2000 Linglestown Road** <br> **Suite 305** <br> **Harrisburg, PA 17110** | - | | | **Services and Supplies** | | | | 316.25 |
| Account No. <br><br> **Planned Space, LLC** <br> **5860 Linden Creek Court** <br> **Centreville, VA 20120** | - | | | **07/08/2008** <br> **Services and Supplies** | | | | 7,415.53 |
| Account No. **xxx0468** <br><br> **Polar Air Conditioning Inc.** <br> **15701 Crabbs Branch Way** <br> **Rockville, MD 20855-2603** | - | | | **06/30/2008** <br> **Services and Supplies** | | | | 18,225.00 |
| Account No. <br><br> **Potomac Floor Covering, Inc.** <br> **PO Box 1961** <br> **Merrifield, VA 22166** | - | | | **03/27/2007** <br> **Charge for supplies not received** | | | X | 10,000.00 |
| Account No. <br><br> **Premier Concrete Construction** <br> **10391 Central Park Drive** <br> **Manassas, VA 20110** | - | | | **08/30/2007** <br> **Services and Supplies** | | | | 11,996.00 |

Sheet no. **10** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **47,952.78**

In re   **Mid Atlantic Construction Services, Inc.**       ,    Case No.    **08-15208**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Sagamore Mechanical Constructi** <br> **10939 Philadelphia Road** <br> **Suite A5** <br> **White Marsh, MD 21162** | - | | | **03/20/2007** <br> **Services and Supplies** | | | | 3,760.00 |
| Account No. <br><br> **SE Smith, Inc.** <br> **23700 Overland Drive** <br> **Suite 110** <br> **Sterling, VA 20166** | - | | | **03/30/2007** <br> **Services and Supplies** | | | | 1,459.60 |
| Account No. **xxxxx8816** <br><br> **Sprint** <br> **PO Box 105243** <br> **Atlanta, GA 30348-5243** | - | | | **Services** | | | | 665.08 |
| Account No. <br><br> **SureFire Protection, Inc.** <br> **602 Snow Hill Road** <br> **Salisbury, MD 21804** | - | | | **March 2008** <br> **Services and supplies** | | | | 5,400.00 |
| Account No. <br><br> **T&M Electric, Inc.** <br> **705 Duncan Pl. SE** <br> **Leesburg, VA 20175** | - | | | **06/30/2008** <br> **Services and Supplies** | | | | 60,394.50 |

Sheet no. __11__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,679.18

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Mid Atlantic Construction Services, Inc.**                              ,     Case No.   **08-15208**
_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Thornton Tomasetti, Inc.** <br> **P.O. Box 826203** <br> **Philadelphia, PA 19182-6203** | - | | | **March 2006** <br> **Services and supplies** | | | | 3,000.00 |
| Account No. <br><br> **Tidewater Electric, Inc.** <br> **P.O. Box 3452** <br> **Salisbury, MD 21802** | - | | | **April - May 2008** <br> **Services and supplies** | | | | 9,630.00 |
| Account No. <br><br> **Trinity Building Service, Inc.** <br> **PO Box 1330** <br> **4201 John Marr Drive, Ste 203** <br> **Annandale, VA 22003** | - | | | **09/30/2007** <br> **Services and Supplies** | | | | 5,831.90 |
| Account No. **xx7046** <br><br> **United Health Care** <br> **800 Oak Street** <br> **Frederick, MD 21703** | - | | | **Insurance** | | | | 3,612.16 |
| Account No. **xx3467** <br><br> **United Rentals** <br> **43925 John Mosby Highway** <br> **Chantilly, VA 20152** | - | | | **09/04/2008** <br> **Services and Supplies** | | | | 860.19 |

Sheet no. **12** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,934.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re **Mid Atlantic Construction Services, Inc.** , Case No. **08-15208**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 3R081V<br><br>UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | - | | | 08/26/2008<br>Services and Supplies | | | | 78.85 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. **13** of **13** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 78.85 |
| Total<br>(Report on Summary of Schedules) | | 1,198,010.28 |

In re    **Mid Atlantic Construction Services, Inc.**         ,    Case No.    **08-15208**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Inside Sports, LLC**<br>**c/o Cody Wood**<br>**7205 Telegraph Sq Drive**<br>**Lorton, VA 22079** | **Deed of Lease Agreement between Inside Sports, LLC & Mid Atlantic Construction Services, Inc., termination date 7/31/2010. Approximately $185,314.42 left to pay (debtor disputes lease amounts based on start date discrepancies).** |
| **Sprint**<br>**PO Box 105243**<br>**Atlanta, GA 30348** | **Contract Expires 12/18/2008, cancellation fee of $200.00.  Approximately       left to pay.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re  **Mid Atlantic Construction Services, Inc.** ,  Case No.  **08-15208**

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**  _____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Mid Atlantic Construction Services, Inc.**          Case No.   **08-15208**

                                Debtor(s)          Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**26**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 12, 2008**                    Signature   **/s/ Michael Denisar**

                                                             **Michael Denisar**

                                                             **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Mid Atlantic Construction Services, Inc.**                              Case No.   **08-15208**

                                                    Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,127,801.75** | **2008  Gross receipts or sales** |
| **$5,262,180.93** | **2007 Gross receipts or sales** |
| **$5,687,982.76** | **2006  Gross receipts or sales** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$12,000.00** | **Income from sublease of office space:** |
| | **Cerebral Palsy Ability Center** |
| | **9/1/2007-8/31/2008** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | **05/30/2008**<br>**06/16/2008**<br>**07/04/2008**<br>**08/25/2008** | **$55,531.25** | **$15,443.07** |
| **Armfield Harrison & Thomas, In**<br>**20 South King Street**<br>**Leesburg, VA 20175** | **05/30/2008**<br>**07/14/2008**<br>**07/24/2008**<br>**08/25/2008** | **$17,854.00** | **$401.00** |
| **Barbara Becker**<br>**3175 Ramesses Court**<br>**Herndon, VA 20171** | **05/30/2008**<br>**06/13/2008**<br>**06/27/2008**<br>**07/11/2008**<br>**07/25/2008**<br>**08/08/2008**<br>**08/22/2008** | **$5,996.32** | **$0.00** |
| **Bilmin Mechanical Contractors**<br>**7411 Lindbergh Drive**<br>**Suite A**<br>**Gaithersburg, MD 20879** | **07/02/2008** | **$5,359.20** | **$37,047.80** |
| **Boles Air, Inc.**<br>**9204E Vassau Court**<br>**Manassas, VA 20111** | **08/18/2008** | **$14,764.00** | **$22,659.80** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Bravo Painting, Inc.**<br>**1817 N. Quinn Atreet**<br>**Suite 207**<br>**Arlington, VA 22209** | **06/03/2008**<br>**07/01/2008** | **$14,393.00** | **$5,688.00** |
| **Cavalier Business Communi**<br>**PO Box 9001111**<br>**Louisville, KY 40290** | **05/30/2008**<br>**06/16/2008**<br>**07/29/2008**<br>**08/25/2008** | **$2,902.69** | **$0.00** |
| **Charles Green**<br>**1006 Mountfield Court**<br>**Vienna, VA 22180** | **06/27/2008**<br>**07/11/2008**<br>**07/25/2008**<br>**08/08/2008**<br>**08/22/2008** | **$6,300.43** | **$0.00** |
| **City of Alexandria**<br>**301 King Street**<br>**Alexandria, VA 22314** | **06/10/2008** | **$289.99** | **$0.00** |
| **Concrete Vision**<br>**PO Box 226**<br>**Gambrills, MD 21054** | **07/31/2008** | **$600.00** | **$0.00** |
| **Cristar Garage Door Inc**<br>**22611 Markey Court**<br>**# 109**<br>**Sterling, VA 20166** | **06/23/2008** | **$311.00** | **$0.00** |
| **Cynthia Stone**<br>**20764 Ashburn Station Place**<br>**Ashburn, VA 20147** | **05/30/2008**<br>**06/13/2008**<br>**06/27/2008**<br>**07/11/2008**<br>**07/25/2008**<br>**08/08/2008**<br>**08/22/2008** | **$5,660.20** | **$0.00** |
| **D&J Excavating**<br>**4550 Chimneys West Drive**<br>**Haymarket, VA 20169** | **07/21/2008**<br>**07/31/2008**<br>**08/08/2008** | **$8,315.75** | **$6,561.40** |
| **Darlington Architectural**<br>**1910 Ritchie Road**<br>**District Heights, MD 20747** | **07/02/2008** | **$875.00** | **$0.00** |
| **DataWatch Systems**<br>**4401 East WEst Highway**<br>**Suite 500**<br>**Bethesda, MD 20814** | **07/02/2008** | **$645.00** | **$0.00** |
| **Dominion Electric Supply**<br>**5053 Lee Highway**<br>**PO Box 7227**<br>**Arlington, VA 22207** | **07/31/2008** | **$323.91** | **$0.00** |
| **Dunlap, Grubb & Weaver, PLLC**<br>**199 Liberty St, SW**<br>**Leesburg, VA 20175-2715** | **06/11/2008**<br>**08/18/2008**<br>**08/28/2008**<br>**08/28/2008** | **$24,666.19** | **$0.00** |
| **East Coast Concrete Cutting**<br>**7229 Montevido Road**<br>**Jessup, MD 20794** | **07/31/2008** | **$500.00** | **$0.00** |
| **Federal Express**<br>**PO Box 37146**<br>**Pittsburgh, PA 15250** | **07/31/2008** | **$23.32** | **$32.26** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Fleck's Floors, LLC<br>36834 Dupont Blvd.<br>Selbyville, DE 19975 | 06/10/2008 | $12,340.80 | $1,371.20 |
| Freeman Evans<br>1393 Congress Street, SE<br># 1<br>Washington, DC 20032 | 06/27/2008 | $840.00 | $0.00 |
| Gaithersburg Masonry Corp.<br>PO Box 99<br>Gaithersburg, MD 20884 | 06/03/2008 | $5,400.00 | $1,350.00 |
| G. Tallmage<br>3295 Stoneacres Drive<br>Vinton, VA 24179 | 05/30/2008<br>06/13/2008<br>06/27/2008<br>07/11/2008<br>07/25/2008<br>08/08/2008<br>08/22/2008 | $14,224.56 | $0.00 |
| Glean Owens<br>1105 Nalley Road<br># 825<br>Landover, MD 20285 | 06/27/2008 | $600.00 | $0.00 |
| Grainger<br>Dept 861767499<br>Palatine, IL 60038 | 06/30/2008 | $85.76 | $0.00 |
| Guardian<br>PO Box 95101<br>Chicago, IL 60694-5101 | 05/30/2008<br>07/02/2008<br>07/30/2008 | $936.46 | $333.84 |
| Hartford Life Insurance<br>PO Box 64014<br>Saint Paul, MN 55164 | 08/11/2008 | $2,370.00 | $0.00 |
| Hartford Insurance<br>200 Hopmeadow St.<br>Weatogue, CT 06089 | 05/30/2008<br>05/30/2008<br>06/13/2008<br>06/13/2008<br>07/11/2008<br>07/11/2008<br>07/25/2008<br>07/25/2008<br>06/27/2008<br>06/27/2008<br>08/08/2008<br>08/08/2008<br>08/22/2008<br>08/22/2008 | $13,795.71 | $0.00 |
| Hurst Plumbing Inc.<br>24317 Hilton Place<br>Gaithersburg, MD 20882 | 07/11/2008 | $2,400.00 | $429.50 |
| Inside Sports, LLC<br>9 N. Loudoun Street<br>Winchester, VA 22601 | 06/09/2008<br>06/30/2008<br>07/21/2008<br>08/07/2008 | $31,038.77 | $0.00 |
| Inspiration Plumbing Co.<br>43486 Ogden Pl.<br>Sterling, VA 20166 | 06/19/2008 | $9,850.50 | $3,985.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ira Owens** <br> **1416 Woodlark Drive** <br> **District Heights, MD 20747** | **06/27/2008** | **$887.77** | **$0.00** |
| **IRS** <br> **Cincinnati, OH 45999-0005** | **05/30/2008** <br> **06/13/2008** <br> **06/13/2008** <br> **07/11/2008** <br> **07/10/2008** <br> **07/25/2008** <br> **06/27/2008** <br> **08/08/2008** <br> **08/22/2008** | **$38,407.91** | **$0.00** |
| **J. Schulte** <br> **22210 Cedar Grove Ct.** <br> **Culpeper, VA 22701** | **05/30/2008** <br> **06/13/2008** <br> **06/27/2008** <br> **07/11/2008** <br> **07/25/2008** <br> **08/08/2008** <br> **08/22/2008** | **$25,387.74** | **$0.00** |
| **Lanigan, Ryan, Malcolm & Doyle** <br> **555 Quince Orchard Road** <br> **Suite 600** <br> **Gaithersburg, MD 20878** | **07/10/2008** | **$1,700.00** | **$6,102.50** |
| **Lowes** <br> **PO Box 530970** <br> **Atlanta, GA 30353** | **06/16/2008** | **$140.80** | **$0.00** |
| **MAC's Welding, Inc.** <br> **8517 Charnwood Court** <br> **Manassas, VA 20111** | **07/22/2008** <br> **07/31/2008** | **$1,712.50** | **$823.55** |
| **MC Dean Inc.** <br> **22461 Shaw Road** <br> **Sterling, VA 20166** | **08/12/2008** | **$3,084.00** | **$0.00** |
| **Mileham & King** <br> **15748 Crabbs Branch Way** <br> **Derwood, MD 20855** | **07/02/2008** | **$563.00** | **$0.00** |
| **Montgomery County** <br> **101 Monroe Street** <br> **2nd Floor** <br> **Rockville, MD 20850** | **08/28/2008** | **$35.00** | **$0.00** |
| **Murphys Mechanical Servic** <br> **21750 Red Rum Drive** <br> **Suite 122** <br> **Ashburn, VA 20147** | | **$5,055.00** | **$0.00** |
| **Northern Virignia Development** <br> **101-C Executive Drive** <br> **Sterling, VA 20166** | **07/02/2008** <br> **07/31/2008** | **$1,407.00** | **$130.00** |
| **Nova Blue** <br> **PO Box 220836** <br> **Chantilly, VA 20153** | **07/02/2008** <br> **07/31/2008** <br> **08/18/2008** | **$850.76** | **$241.38** |
| **Orndorff & Spaid, Inc.** <br> **11722 Old Baltimore Pike** <br> **Beltsville, MD 20705** | **07/28/2008** | **$950.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Pension Resources, Inc.<br>2000 Linglestown Road<br>Suite 305<br>Harrisburg, PA 17110 | 08/18/2008 | $316.25 | $316.25 |
| Phil Bender<br>14539 Lock Drive<br>Centreville, VA 20120 | 05/30/2008<br>07/11/2008<br>08/25/2008<br>05/30/2008<br>06/13/2008<br>06/27/2008<br>07/11/2008<br>07/25/2008<br>08/08/2008<br>08/22/2008 | $12,785.98 | $0.00 |
| Planned Space, LLC<br>5860 Linden Creek Court<br>Centreville, VA 20120 | 07/02/2008 | $950.00 | $7,415.53 |
| Precision Door & Hardware<br>6295-80 Edsal Road<br>Alexandria, VA 22312 | 07/31/2008 | $235.20 | $0.00 |
| Ricardo McBean<br>1416 Woodlack Drive<br>District Heights, MD 20747 | 06/27/2008 | $600.00 | $0.00 |
| S. Rugen<br>14602 Lufthansa Circle<br>Chantilly, VA 20151 | 05/30/2008<br>06/13/2008<br>06/27/2008 | $6,744.36 | $0.00 |
| Simpson of Maryland, Inc.<br>7476 Candlewood Road<br>Hanover, MD 21076 | 07/31/2008 | $854.80 | $0.00 |
| Solar Eclipse Glass Tinting<br>2980 PS Business Center<br>Woodbridge, VA 22192 | 07/02/2008 | $2,500.00 | $0.00 |
| Sprint<br>PO Box 105243<br>Atlanta, GA 30348 | 05/30/2008<br>05/30/2008<br>07/14/2008<br>07/28/2008<br>07/28/2008<br>07/28/2008<br>08/18/2008 | $2,200.80 | $665.08 |
| Sun Control Systems<br>2701 Tower Oaks Blvd<br>Suite 300<br>Rockville, MD 20852 | 07/02/2008 | $1,960.00 | $0.00 |
| T&M Electric, Inc.<br>705 Duncan Pl. SE<br>Leesburg, VA 20175 | 06/16/2008<br>07/11/2008<br>08/14/2008 | $48,986.00 | $60,394.50 |
| United Healthcare<br>800 Oak Street<br>Frederick, MD 21703 | 05/30/2008<br>07/02/2008<br>07/30/2008 | $9,478.39 | $3,612.16 |
| United Rentals<br>PO Box 100711<br>Atlanta, GA 30384 | 07/31/2008 | $367.50 | $860.19 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **UPS**<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | 07/02/2008<br>07/31/2008<br>08/18/2008 | $291.27 | $78.85 |
| **VA Dept of Taxation**<br>PO Box 27264<br>Richmond, VA 23261 | 05/30/2008<br>06/13/2008<br>07/11/2008<br>07/25/2008<br>06/27/2008<br>08/08/2008<br>08/22/2008 | $6,622.52 | $0.00 |
| **Virginia Employment Commission**<br>PO Box 27483<br>Richmond, VA 23261 | 07/10/2008 | $125.81 | $0.00 |
| **Wilfredo Escobar**<br>13142 Pavillion Lane<br>Fairfax, VA 22033 | 07/11/2008<br>07/25/2008 | $1,300.00 | $0.00 |
| **William Escobar**<br>13142 Pavilion Lane<br>Fairfax, VA 22033 | 07/11/2008<br>07/25/2008 | $1,525.00 | $0.00 |
| **Yvette Miller**<br>4094 Majestic Lane<br># 252<br>Fairfax, VA 22033 | 05/30/2008<br>06/13/2008<br>06/27/2008<br>07/11/2008<br>07/25/2008<br>08/08/2008<br>08/14/2008<br>08/22/2008 | $11,261.04 | $0.00 |

None ☐   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Michael S Denisar Jr.**<br>3161 Ramesses Court<br>Oak Hill, VA 20171<br>  **Relative to Officer of Company** | 8/29/2007 to 8/28/2008 - Wages | $4,200.00 | $1,134.69 |
| **Michael Denisar**<br>3161 Ramesses Court<br>Oak Hill, VA 20171<br>  **Company Officer** | 8/29/2007 to 8/28/2008 - Wages | $60,900.00 | $52,500.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Beckstrom Electric Co. v. Mid Atlantic Construction Services, Inc.**<br>**Case No. 2008-10808** | | **Fairfax County Circuit Court** | **Pending - Complaint filed** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Beckstrom Electric Co v. Mid-Atlantic Construction Services, Inc. Case Number: 16 110 00320 08** | **Debt** | **American Arbitration Association Construction Arbitration Tribunal** | **$209,140 plus intrest** |
| **JP Construction, Inc. v. Mid Atlantic Construction Services, Inc. Case No. 08-20383** | **Warrant in Debt** | **Fairfax County General District Court** | **Judgment Pending** |
| **K.C.'s Glass Company, Inc. v. Mid Atlantic Construction Services, Inc. Case No. CL49796** | **Debt** | **Loudoun County Circuit Court** | **Pending - Complaint filed** |
| **Metro Commercial Flooring, Inc. v. Mid Atlantic Construction Services, Inc. Case No. 2008-7701** | **Debt** | **Fairfax County Circuit Court** | **Pending - Complaint filed** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Potomac Inline Hockey 3933 Avion Park Court Suite 102B Chantilly, VA 20151** | | **3/2007-9/2007** | **$7,473.00** |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dunlap, Grubb & Weaver, PLLC 199 Liberty St, SW Leesburg, VA 20175-2715** | **8/28/2008** | **$5,000** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **MACS Residential, LLC** | **N/A** | **3933 Avion Park Court Suite 200 Chantilly, VA 20151** | **General Contractor** | **09/12/2005-present** |
| **Mid Atlantic Construction Services, Inc.** | **4024** | **3933 Avion Park Ct. Suite 200 Chantilly, VA 20151** | **General Contractor** | **09/10/2002-Present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                 ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                             DATES SERVICES RENDERED
**Cindy Stone**                                                  **7/23/2007 to present**
**20764 Ashburn Station Place**
**Ashburn, VA 20147**

**Barbara Becker**                                          **3/17/2003 to present**
**3175 Ramesses Court**
**Oak Hill, VA 20171**

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                DATES SERVICES RENDERED
**Brian Pollack**                 **Lanigan, Ryan, Malcom, & Doyle**      **2004 to present**
                                  **555 Quince Orchard Road**
                                  **Suite 600**
                                  **Gaithersburg, MD 20878**

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS
**Lanigan, Ryan, Malcolm & Doyle**                    **555 Quince Orchard Road**
                                       **Suite 600**
                                       **Gaithersburg, MD 20878**

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                         DATE ISSUED

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                     DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY            INVENTORY SUPERVISOR            (Specify cost, market or other basis)

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Michael Denisar**<br>**3161 Ramesses Court**<br>**Oak Hill, VA 20171** | **President** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 12, 2008**                          Signature      **/s/ Michael Denisar**

                                                                                            **Michael Denisar**
                                                                                            **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Mid Atlantic Construction Services, Inc.**          Case No.    **08-15208**

Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................. $        **5,000.00**

    Prior to the filing of this statement I have received ............................. $        **5,000.00**

    Balance Due ....................................................................................... $        **0.00**

2.   $ **1,039.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other *(specify)*

4.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other *(specify)*

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. Other provisions as needed:
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| September 12, 2008 | /s/ Thomas M. Dunlap |
|---|---|
| *Date* | **Thomas M. Dunlap 44016** |
| | *Signature of Attorney* |
| | |
| | **Dunlap, Grubb & Weaver, P.C.** |
| | *Name of Law Firm* |
| | **199 Liberty St, SW** |
| | **Leesburg, VA 20175-2715** |
| | **703-777-7319  Fax: 703-777-3656** |

---

*For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $3,000</u>*
*(For all Cases Filed on or after 10/17/2005)*

### NOTICE TO DEBTOR(S) AND STANDING TRUSTEE
### PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002-1(D)(1)(f), by first-class mail or electronically.

*Date*

*Signature of Attorney*

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Mid Atlantic Construction Services, Inc.**      ,    Case No.    **08-15208**

                         Debtor

Chapter          **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Denisar**<br>**3161 Ramesses Court**<br>**Oak Hill, VA 20171** | **Common Stock** | **5,000 Shares** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 12, 2008**        Signature   **/s/ Michael Denisar**

                                                     **Michael Denisar**
                                                     **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__   continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Mid Atlantic Construction Services, Inc.**        ,     Case No.    **08-15208**

               Debtor       Chapter         **11**

# DECLARATION OF DIVISIONAL VENUE

The debtor's domicile, residence, principal place of business or principal assets were located for the greater part of the 180 days preceding the filing of the bankruptcy petition in the indicated city or county [check one box only]:

**Alexandria Division**
**Cities:**
- ☐ Alexandria-510
- ☐ Fairfax-600
- ☐ Falls Church-610
- ☐ Manassas-683
- ☐ Manassas Park-685

**Counties:**
- ☐ Arlington-013
- ☑ Fairfax-059
- ☐ Fauquier-061
- ☐ Loudoun-107
- ☐ Prince William-153
- ☐ Stafford-179

**Richmond Division**
**Cities:**
- ☐ Richmond (city)-760
- ☐ Colonial Heights-570
- ☐ Emporia-595
- ☐ Fredericksburg-630
- ☐ Hopewell-670
- ☐ Petersburg-730

**Counties:**
- ☐ Amelia-007
- ☐ Brunswick-025
- ☐ Caroline-033
- ☐ Charles City-036
- ☐ Chesterfield-041
- ☐ Dinwiddie-053
- ☐ Essex-057
- ☐ Goochland-075
- ☐ Greensville-081
- ☐ Hanover-085
- ☐ Henrico-087
- ☐ King and Queen-097
- ☐ King George-099
- ☐ King William-101
- ☐ Lancaster-103
- ☐ Lunenburg-111
- ☐ Mecklenburg-117
- ☐ Middlesex-119
- ☐ New Kent-127
- ☐ Northumberland-133
- ☐ Nottoway-135
- ☐ Powhatan-145
- ☐ Prince Edward-147
- ☐ Prince George-149
- ☐ Richmond (county)-159
- ☐ Spotsylvania-177
- ☐ Surry-181
- ☐ Sussex-183
- ☐ Westmoreland-193

**Norfolk Division**
**Cities:**
- ☐ Norfolk-710
- ☐ Cape Charles-535
- ☐ Chesapeake-550
- ☐ Franklin-620
- ☐ Portsmouth-740
- ☐ Suffolk-800
- ☐ Virginia Beach-810

**Counties:**
- ☐ Accomack-001
- ☐ Isle of Wight-093
- ☐ Northampton-131
- ☐ Southampton-175

**Newport News Division**
**Cities:**
- ☐ Newport News-700
- ☐ Hampton-650
- ☐ Poquoson-735
- ☐ Williamsburg-830

**Counties:**
- ☐ Gloucester-073
- ☐ James City-095
- ☐ Mathews-115
- ☐ York-199

Date:    **September 12, 2008**

**/s/ Thomas M. Dunlap**
**Signature of Attorney**
**Thomas M. Dunlap 44016**

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this Division.

Ver. 8/22/00

# United States Bankruptcy Court
## Eastern District of Virginia

In re    __Mid Atlantic Construction Services, Inc.__            Case No.    __08-15208__
                                           Debtor(s)            Chapter     __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Mid Atlantic Construction Services, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September 12, 2008__                 __/s/ Thomas M. Dunlap__
Date                                  __Thomas M. Dunlap 44016__
                                          Signature of Attorney or Litigant
                                          Counsel for    __Mid Atlantic Construction Services, Inc.__
                                          __Dunlap, Grubb & Weaver, P.C.__
                                          __199 Liberty St, SW__
                                          __Leesburg, VA 20175-2715__
                                          __703-777-7319 Fax:703-777-3656__
                                          __mail@dglegal.com__