B6B (Official Form 6B) (12/07)

In re **Mid Atlantic Construction Services, Inc.**, Case No. **08-15208**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.
**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | M&T Bank Account | - | 60,638.53 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >  **60,638.53**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Mid Atlantic Construction Services, Inc.**, Case No. **08-15208**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivables - Total Due** | - | **139,967.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **139,967.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Mid Atlantic Construction Services, Inc.**,  Case No. **08-15208**
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Small 5'x9' trailer**<br><br>**Location:**<br>**3933 Avion Park Ct.**<br>**Suite 200**<br>**Chantilly, VA 20151** | - | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2 Staples printers**<br>**3 Deskjet 9650 printers**<br>**Computer - MSDOC**<br>**3 HP9650 Printers**<br>**Desktop**<br>**Master Builder - Software**<br>**Reception Area Computer**<br>**Laptop**<br>**Laptop**<br>**Computer**<br>**Laptop**<br><br>**Location:**<br>**3933 Avion Park Ct.**<br>**Suite 200**<br>**Chantilly, VA 20151** | - | 8,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Phone and server installation** | - | 5,962.90 |
| 30. Inventory. | X | | | |

|  | Sub-Total > | **15,462.90** |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **Mid Atlantic Construction Services, Inc.**, Case No. **08-15208**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 216,068.43 |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **Mid Atlantic Construction Services, Inc.**, Case No. **08-15208**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>102 Executive Drive Group, LLC<br>c/o Deborah C. Welsh, PLC<br>120 Edwards Ferry Road, N.E.<br>Leesburg, VA 20176 | | - | Early 2008<br>Services | | | | 11,531.88 |
| Account No. xxxx-xxxxxx-x1007<br><br>American Express<br>PO Box 1270<br>Newark, NJ 07101 | | - | 08/28/2008<br>Credit Card -Services and Supplies | | | | 5,205.73 |
| Account No.<br><br>Amilcar Torres<br>8536 Stonewall Road<br>Manassas, VA 22033 | | - | UNK<br>Services and Supplies | | | | 0.00 |
| Account No. xx6441<br><br>Arc One, LLC<br>3030 Lyndon B. Johnson Freeway<br>Suite 300<br>Carrollton, TX 75006 | | - | 12/31/2007<br>Services and Supplies | | | | 19,903.13 |
| __13__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 36,640.74 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　　　　　　　　　　S/N:27735-090310　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mid Atlantic Construction Services, Inc.**, Case No. **08-15208**
　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1042** <br><br> **Architectural Hardware Systems** <br> **3920 Stonecroft Bldv, Suite D** <br> **Chantilly, VA 20151** | - | | **UNK** <br> **Services and Supplies** | | | | **606.56** |
| Account No. **MIDATCON** <br><br> **Armfield Harrison & Thomas Inc** <br> **20 South King Street** <br> **Leesburg, VA 20175** | - | | **Services and Supplies** | | | | **0.00** |
| Account No. <br><br> **Beckstrom Electric** <br> **45714 Oakbrook Court** <br> **Suite 180** <br> **Sterling, VA 20166** | - | | **July - October 2007** <br> **Services and supplies** | | | X | **219,597.00** |
| Account No. <br><br> **Best Cabinets Co, Inc.** <br> **22500 Davis Drive** <br> **Unit 150** <br> **Sterling, VA 20164-4491** | - | | **06/30/2007** <br> **Services and Supplies** | | | | **37,340.60** |
| Account No. **545** <br><br> **Bilmin Company, Inc.** <br> **7411 Lindbergh Drive, Suite A** <br> **Gaithersburg, MD 20879** | - | | **07/30/2007** <br> **Services and Supplies** | | | | **37,047.80** |

Sheet no. **1** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **294,591.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　Best Case Bankruptcy

In re **Mid Atlantic Construction Services, Inc.**, Case No. **08-15208**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Boles Air, Inc.<br>9204E Vassau Court<br>Manassas, VA 20111 | | - | UNK<br>Services and Supplies | | | | 0.00 |
| Account No.<br>Bravo Painting, Inc.<br>1817 N. Quinn Street<br>Suite 207<br>Arlington, VA 22209 | | - | 04/30/2008<br>Services and Supplies | | | | 7,475.00 |
| Account No.<br>Brien A. Miller Painting Co.<br>400 Nelms Circle, Suite A<br>Fredericksburg, VA 22406 | | - | 02/25/2006<br>Services and Supplies | | | | 5,920.10 |
| Account No.<br>Business 411 | | - | 07/01/2008<br>Services and Supplies | | | | 250.00 |
| Account No.<br>Capron Company Inc<br>411 N. Stonestreet Avenue<br>Rockville, MD 20850 | | - | 01/29/2007<br>Services and Supplies | | | | 9,587.00 |

Sheet no. **2** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **23,232.10**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mid Atlantic Construction Services, Inc.**, Case No. **08-15208**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Castro's Company DMC, Inc.<br>8839 Grasslands Court<br>Marshall, VA 20115 | | - | 12/30/2006<br>Services and Supplies | | | | 4,295.00 |
| Account No.<br>Claros Construction, Inc.<br>5203 Audrey Drive<br>Centreville, VA 20120 | | - | 12/31/2007<br>Services and Supplies | | | | 3,593.00 |
| Account No.<br>Cogan-Kibler, Inc.<br>2929 Eskridge Road, Unit N<br>Fairfax, VA 22031 | | - | June 2006<br>Services and supplies | | | | 2,950.00 |
| Account No.<br>Comfort Control Inc.<br>6711 Distribution Drive<br>Beltsville, MD 20705 | | - | October 2006<br>Services and supplies | | | | 4,350.00 |
| Account No.<br>D&J Excavating<br>4550 Chimneys West Drive<br>Haymarket, VA 20169 | | - | 09/29/2007<br>Services and Supplies | | | | 2,539.50 |

Sheet no. **3** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **17,727.50**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mid Atlantic Construction Services, Inc.**,   Case No. **08-15208**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dawson Plumbing, Inc.<br>40024 Quarter Branch Road<br>Lovettsville, VA 20180 | | - | Services and Supplies | | | | 0.00 |
| Account No. **MACS**<br><br>Delta Painting & Wallcovering<br>7309 Gateway Court<br>Manassas, VA 20109 | | - | 05/31/2008<br>Services and Supplies | | | | 6,230.00 |
| Account No.<br><br>DK Floors, Inc.<br>4701 Belle Grove Road<br>Suite A<br>Brooklyn, MD 21225 | | - | 12/31/2007<br>Services and Supplies | | | | 17,707.85 |
| Account No.<br><br>Dulles Iron Works, Inc.<br>PO Box 1473<br>Sterling, VA 20167 | | - | 04/30/2008<br>Services and Supplies | | | | 7,450.00 |
| Account No.<br><br>Federal Express<br>PO Box 371461<br>Pittsburgh, PA 15250 | | - | 08/20/2008<br>Services and Supplies | | | | 32.26 |

Sheet no. **4** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **31,420.11**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mid Atlantic Construction Services, Inc.**, Case No. **08-15208**
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Fleck's Floors, LLC**<br>**36834 Dupont Blvd**<br>**Selbyville, DE 19975** | | - | 01/31/2008<br>Services and Supplies | | | | 1,371.20 |
| Account No.<br>**Gaithersburg Masonry Corp**<br>**408 Woodland Road**<br>**Gaithersburg, MD 20877** | | - | 04/30/2008<br>Services and Supplies | | | | 2,100.00 |
| Account No.<br>**Granzow Structural Engineers**<br>**22900 Shaw Road**<br>**Suite 112-4**<br>**Sterling, VA 20166** | | - | 06/14/2008<br>Services and Supplies | | | | 1,200.00 |
| Account No.<br>**Guardian**<br>**PO Box 95101**<br>**Chicago, IL 60694-5101** | | - | Services and Supplies | | | | 0.00 |
| Account No.<br>**Haywood Grant**<br>**PO Box 452**<br>**Rixeyville, VA 22737** | | - | 11/30/2007<br>Services and Supplies | | | | 808.40 |

Sheet no. **5** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **5,479.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mid Atlantic Construction Services, Inc.**, Case No. **08-15208**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Hurst Plumbing, Inc.**<br>**24317 Hilton Place**<br>**Gaithersburg, MD 20882** | | - | 07/30/2008<br>Services and Supplies | | | | 429.50 |
| Account No.<br>**IE&J Co, CMD, Inc.**<br>**7646 Fullerton Road, Unit E.**<br>**Springfield, VA 22153** | | - | 07/06/2006<br>Services and Supplies | | | | 9,123.00 |
| Account No.<br>**Inside Sports, LLC**<br>**c/o Eric Aulabaugh**<br>**21530 Blackwood Court, Ste 100**<br>**Sterling, VA 20166** | | - | Unpaid deposit for lease | | | X | 0.00 |
| Account No.<br>**Inspiration Plumbing Co.**<br>**43486 Ogden Pl.**<br>**Sterling, VA 20166** | | - | 04/30/2008<br>Services and Supplies | | | | 4,209.75 |
| Account No.<br>**Irvine Access Floors**<br>**9425 Washington Blvd.**<br>**Suite Y-WW**<br>**Laurel, MD 20723-1378** | | - | 12/30/2007<br>Services and Supplies | | | | 6,000.00 |

Sheet no. **6** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 19,762.25

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mid Atlantic Construction Services, Inc.**  ,  Case No.  **08-15208**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**JP Construction, Inc.**<br>**14721 Industry Court**<br>**Woodbridge, VA 22191** | | - | **April - August 2007**<br>**Services and supplies** | | | | **16,967.00** |
| Account No.<br><br>**K.C.'s Glass Company, Inc.**<br>**201 Davis Drive, Unit P**<br>**Sterling, VA 20164** | | - | **March 2008**<br>**Services and supplies** | | | | **16,000.00** |
| Account No.<br><br>**Lanigan, Ryan, Malcolm & Doyle**<br>**555 Quince Orchard Road**<br>**Suite 600**<br>**Gaithersburg, MD 20878** | | - | **Services and Supplies** | | | | **6,102.50** |
| Account No.<br><br>**Lourenco Consultants, Inc.**<br>**5016 Connecticut Ave, NW**<br>**Suite 200**<br>**Washington, DC 20008** | | - | **10/30/2006**<br>**Services and Supplies** | | | | **2,700.00** |
| Account No.<br><br>**MAC's Welding, Inc.**<br>**8517 Charnwood Court**<br>**Manassas, VA 20111** | | - | **09/07/2008**<br>**Services and Supplies** | | | | **0.00** |

Sheet no. __7__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **41,769.50**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mid Atlantic Construction Services, Inc.**, Case No. **08-15208**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mallon Construction, Inc.<br>9208 Venture Court, Unit A-1<br>Manassas, VA 20111 | | - | 07/30/2007<br>Services and Supplies | | | | 600.00 |
| Account No.<br><br>Metro Commercial Flooring<br>22660 Executive Drive<br>Suite 110<br>Sterling, VA 20166 | | - | August 2007 - March 2008<br>Services and supplies | | | | 82,201.86 |
| Account No.<br><br>Michael Denisar<br>3161 Ramesses Court<br>Oak Hill, VA 20171 | | - | 03/09/2007<br>Business Loan | | | | 57,369.86 |
| Account No.<br><br>Michael Denisar<br>3161 Ramesses Court<br>Oak Hill, VA 20171 | | - | 2/15/2008<br>Business Loan | | | | 364,491.25 |
| Account No.<br><br>Northern Fire Protection, Inc.<br>21530 Blackwood Court<br>Suite 150<br>Sterling, VA 20166 | | - | 07/30/2008<br>Services and Supplies | | | | 5,640.00 |

Sheet no. **8** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **510,302.97**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mid Atlantic Construction Services, Inc.** ,   Case No. **08-15208**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Northern VA Development Serv. 101-C Executive Drive Sterling, VA 20166 | | - | 7/30/2008 Services and Supplies | | | | 130.00 |
| Account No.  Northern Virginia Sprinkler Co 32 Westbrook Lane Stafford, VA 22554 | | - | 05/30/2008 Services and Supplies | | | | 11,035.00 |
| Account No.  Nova Blue PO Box 220836 Chantilly, VA 20153 | | - | Services and Supplies | | | | 0.00 |
| Account No.  Omega Floors, LLC 7309 Gateway Court Manassas, VA 20109 | | - | 05/31/2008 Services and Supplies | | | | 12,695.00 |
| Account No.  Partition Plus, Inc. PO Box 8 Fallston, MD 21047 | | - | 05/09/2008 Services and Supplies | | | | 670.00 |

Sheet no. **9** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **24,530.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mid Atlantic Construction Services, Inc.**, Case No. **08-15208**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Penelec, Inc.**<br>**11049 Newwood Drive**<br>**Manassas, VA 20111-2938** | | - | 03/02/2007<br>Services and Supplies | | | X | 2,383.22 |
| Account No.<br>**Pension Resourcs, Inc.**<br>**2000 Linglestown Road**<br>**Suite 305**<br>**Harrisburg, PA 17110** | | - | Services and Supplies | | | | 316.25 |
| Account No.<br>**Planned Space, LLC**<br>**5860 Linden Creek Court**<br>**Centreville, VA 20120** | | - | 07/08/2008<br>Services and Supplies | | | | 7,415.53 |
| Account No. **xxx0468**<br>**Polar Air Conditioning Inc.**<br>**15701 Crabbs Branch Way**<br>**Rockville, MD 20855-2603** | | - | 06/30/2008<br>Services and Supplies | | | | 20,250.00 |
| Account No.<br>**Potomac Floor Covering, Inc.**<br>**PO Box 1961**<br>**Merrifield, VA 22166** | | - | 03/27/2007<br>Charge for supplies not received | | | X | 0.00 |

Sheet no. **10** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **30,365.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mid Atlantic Construction Services, Inc.**,  Case No. **08-15208**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Premier Concrete Construction** <br> **10391 Central Park Drive** <br> **Manassas, VA 20110** | | - | **08/30/2007** <br> **Services and Supplies** | | | | **11,996.00** |
| Account No. <br> **Sagamore Mechanical Constructi** <br> **10939 Philadelphia Road** <br> **Suite A5** <br> **White Marsh, MD 21162** | | - | **03/20/2007** <br> **Services and Supplies** | | | | **3,760.00** |
| Account No. <br> **SE Smith, Inc.** <br> **23700 Overland Drive** <br> **Suite 110** <br> **Sterling, VA 20166** | | - | **03/30/2007** <br> **Services and Supplies** | | | | **1,459.60** |
| Account No. **xxxxx8816** <br> **Sprint** <br> **PO Box 105243** <br> **Atlanta, GA 30348-5243** | | - | **Services** | | | | **0.00** |
| Account No. <br> **SureFire Protection, Inc.** <br> **602 Snow Hill Road** <br> **Salisbury, MD 21804** | | - | **March 2008** <br> **Services and supplies** | | | | **5,400.00** |

Sheet no. **11** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **22,615.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mid Atlantic Construction Services, Inc.**, Case No. **08-15208**
　　　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>T&M Electric, Inc.<br>705 Duncan Pl. SE<br>Leesburg, VA 20175 | | - | 06/30/2008<br>Services and Supplies | | | | 67,105.00 |
| Account No.<br><br>Thornton Tomasetti, Inc.<br>P.O. Box 826203<br>Philadelphia, PA 19182-6203 | | - | March 2006<br>Services and supplies | | | | 3,000.00 |
| Account No.<br><br>Tidewater Electric, Inc.<br>P.O. Box 3452<br>Salisbury, MD 21802 | | - | April - May 2008<br>Services and supplies | | | | 9,630.00 |
| Account No.<br><br>Trinity Building Service, Inc.<br>PO Box 1330<br>4201 John Marr Drive, Ste 203<br>Annandale, VA 22003 | | - | 09/30/2007<br>Services and Supplies | | | | 5,831.90 |
| Account No. **xx7046**<br><br>United Health Care<br>800 Oak Street<br>Frederick, MD 21703 | | - | Insurance | | | | 0.00 |

Sheet no. **12** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **85,566.90**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mid Atlantic Construction Services, Inc.**,  Case No. **08-15208**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3467** <br><br> **United Rentals** <br> **43925 John Mosby Highway** <br> **Chantilly, VA 20152** | - | | **09/04/2008** <br> **Services and Supplies** | | | | 0.00 |
| Account No. **3R081V** <br><br> **UPS** <br> **PO Box 7247-0244** <br> **Philadelphia, PA 19170** | - | | **08/26/2008** <br> **Services and Supplies** | | | | 78.85 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **78.85**

Total (Report on Summary of Schedules) **1,144,083.08**