# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

MID ATLANTIC CONSTRUCTION SERVICES, INC.,

Case No.08-15208-RGM
(Chapter 11)

      Debtor.

## ORDER APPROVING DISCLOSURE STATEMENT

THIS CASE was before the court on April 14, 2009, for approval of the disclosure statement filed by Mid Atlantic Construction Services, Inc., on March 16, 2009, as amended, with respect to a plan filed on March 16, 2009.

It having been determined after hearing on notice that the disclosure statement, with the amendment(s) and addenda thereto, if applicable, contain adequate information. It is,

ORDERED:

1. **Approval of Disclosure Statement:** The disclosure statement filed by the debtor on March 16, 2009, is approved.

2. **Deadline for Acceptances and Rejections:** June 1, 2009, is fixed as the last day for filing written acceptances or rejections of the plan referred to above. The debtor will file a summary of ballots on or before June 5, 2009, and serve a copy of the summary of ballots on the United States Trustee.

3. **Confirmation hearing: June 9, 2009** at **11:00 a.m.** is fixed for the hearing on confirmation of the plan.

4. **Deadline for Objections to Confirmation of Plan; Objections to Discharge:** Any objection to confirmation of the plan and any complaint objecting to the discharge of the individual debtor, if applicable, shall be filed with the Clerk of the United States Bankruptcy Court no later than June 1, 2009. Any objection to confirmation shall be served pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1) and Local Bankruptcy Rule 3016-1(E).

5. **Service of Plan and Related Documents**: The proponent of the plan shall transmit by mail to all creditors, equity security holders, United States Trustee and other parties in interest on or before April 24, 2009, as provided in Rules 2002 and 3017(d) of the Federal Rules of Bankruptcy Procedure (1) the plan; (2) the disclosure statement as approved by the Court; (3) a form ballot conforming substantially to Official Form 14, and (4) notice of hearing on confirmation and time within which acceptances and rejections of such plan may be filed. The

Proponent of the plan shall file with the Clerk the original notice of hearing together with certification of distribution of the aforementioned plan, disclosure statement, opinion, ballot and notice.

    Alexandria, Virginia
    April 15, 2009

    /s/ Robert G. Mayer
    Robert G. Mayer
    United States Bankruptcy Judge

Copy electronically to:

David Ludwig

15094