# U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| Case Name: | Mid Atlantic Construction Services, Inc. | Date Filed: | August 28, 2008 |
| Case Number: | 08-15208 RGM | SIC Code: | 1542 |
| Month (or portion) covered by this report: | | April 1, 2009 to April 30, 2009 | |

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_____          May 15, 2009
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          DATE REPORT SIGNED

Michael S. Denisar, President
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

**The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.**

| QUESTIONNAIRE : | YES | NO |
|---|---|---|
| 1  IS THE BUSINESS STILL OPERATING? | ■ | ☐ |
| 2  DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ■ |
| 3  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ■ |
| 4  DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ■ |
| 5  DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ■ |
| 6  DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ■ |
| 7  HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ■ | ☐ |
| 8  DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ■ | ☐ |
| 9  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ■ |
| 10  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ■ |
| 11  DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ■ |
| 12  DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ■ |
| | YES | NO |
| 13  DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH ? | ■ | ☐ |
| 14  DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ■ |
| 15  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ■ | ☐ |
| 16  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ■ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ■

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME: $ 27,044.35**

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BAN K ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy o f the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES: $ 38,784.36**

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B) | $ | 27,044.35 |
| EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C) | $ | 38,784.36 |
| (Subtract the Total from Exhibit C from the Total of Exhibit B) | | |
| **CASH PROFIT FOR THE MONTH** | $ | **(11,740.01)** |

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES: $ 139,706.12**

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WOR K YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WH O OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES: $ 228,411.90**

*(EXHIBIT E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  **9**

| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 7 |
|---|---|

## PROFESSIONAL FEES

| | | |
|---|---|---:|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD | $ | - |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $ | - |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THI S REPORTING PERIOD? | $ | 2,895.00 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE TH E FILING OF THE CASE? | $ | 17,481.46 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD? | $ | 2,895.00 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE? | $ | 17,481.46 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTION S FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | | |
|---|---|---:|
| PROJECTED INCOME FOR THE MONTH: | $ | - |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | $ | 27,044.35 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | $ | (27,044.35) |
| | | |
| PROJECTED EXPENSES FOR THE MONTH: | $ | - |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | $ | 38,784.36 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | $ | (38,784.36) |
| | | |
| PROJECTED CASH PROFIT FOR THE MONTH: | $ | - |
| ACTUAL CASH PROFIT FOR THE MONTH | $ | (11,740.01) |
| (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | | |
| | | |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | $ | 11,740.01 |

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation .]**

U.S. Trustee Basic Monthly Operation Report

**<u>Exhibit A</u>**

TAXES

**Copies of the Taxes Paid during this Reporting Period are attached.**



**EFTPS**

TAXPAYER NAME: MID ATLANTIC CONSTRUCTION SERVICE

Electronic Federal Tax Paym

TIN: xxxxx4024

## Payment Details

Your payment details are listed below. The highlighted 8 digits of the EFT Acknowledgement Number represent your trace number.

| Payment Information | Entered Data |
| --- | --- |
| Taxpayer EIN | ████4024 |
| EFT Number | 270951200396439 |
| Cancellation EFT (Acknowledgement Number) | |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | 06/209 |
| Total Payment Amount | $3,469.29 |
| Payment Input Method | Web |
| Settlement Date | 4/22/2009 |
| ACH Trace Number | |
| Payment Status | Settled |
| Original EFT (Acknowledgement Number) | 270951200396439 |
| Transaction Type | ACH Debit Payment-DDA |
| Received Date | 4/21/2009 |
| Received Time (ET) | |
| Cancellation Date | |



**Virginia.gov**

# Confirmation of Non-Bill Payment

**Business Information**

**FEIN:** ▓▓▓▓ 4024

**Physical Address:** 3933 AVION PARK CT STE 200
CHANTILLY, VA 20151-3978

**Mailing Address:** 3933 AVION PARK CT STE 200
CHANTILLY, VA 20151-3978

Please do not select the back button. Your original payment has already been submitted.

Non-Bill Payment Information:

Confirmation #: B090411968487
Tax Account Number: ▓▓▓24F-001   Withholding
Payment Amount: $587.01
Period End Date: Apr-09
Payment Date: 4/21/2009

Web Payments will be withdrawn from your bank account within 1 to 3 business days after the payment date.

COMPTROLLER of MARYLAND
*Information For Business Taxpayers*

processing.

and if you think we can do anything better. Please take the time to

Sincerely,

*Peter Franchot*

Comptroller of Maryland

## Confirmation #   W67867876164 8192

| | |
|---|---|
| Log On ID: | MACS2002 |
| FEIN: | ▓▓▓4024 |
| CRN: | 11577128 |
| For The Period Ending: | 4/4/2009 |
| Due Date : | 4/8/2009 |
| Maryland Income Tax Withheld: | $ 0.00 |

Remitted Amount: $ 0.00

**THE HARTFORD**

**MidAtlantic Construction Services 401(k) Plan**
**Group #** ███

**Template Name** Pension Plan
**Confirmation #** IB1110947214
**Paid Date** 4/4/2009
**W-2 Year** 2009
**Submitted By** BARBARA BECKER

| Name | SSN | Source | Amount |
|---|---|---|---|
| MILLER, YVETTE | | ER Safe Harbor Match | $90.00 |
| SCHULTE, JON | | ER Safe Harbor Match | $200.00 |
| BENDER, PHILLIP | | ER Safe Harbor Match | $115.38 |
| BECKER, BARBARA | | ER Safe Harbor Match | $48.00 |
| **Total** | | | **$434.19** |

**THE HARTFORD**

**MidAtlantic Construction Services 401(k) Plan**
**Group #** ███

**Template Name** 401K
**Confirmation #** IB0690934520I
**Paid Date** 4/4/2009
**W-2 Year** 2009
**Submitted By** BARBARA BECKER

| Name | SSN | Source | Amount |
|------|-----|--------|--------|
| MILLER, YVETTE | | EE Pre-Tax | $90.00 |
| SCHULTE, JON | | EE Pre-Tax | $200.00 |
| BENDER, PHILLIP | | EE Pre-Tax | $576.92 |
| BECKER, BARBARA | | EE Pre-Tax | $48.00 |
| Total | | | $895.72 |

**U.S. Trustee Basic Monthly Operation Report**

**<u>Exhibit B</u>**

**INCOME**

**LIST OF ALL THE INCOME RECEIVED FOR THE MONTH IS ON THE ATTACHED FORMS. THE LIST INCLUDES ALL INCOME FROM CASH AND CREDIT TRANSACTIONS.**

**Our automated accounting system is Master Builder and copies of the Detailed Income, the Income Statement and Balance Sheet are attached.**

Reports from Mid Atlantic Construction Services, Inc.
Master Builder Account System

Detailed Income - Report number 2-6-0-41

Balance Sheet - Report number 2-2-0-21

Income Statement - Report number 2-3-0-31

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Detailed Income Report for Period**

April 1, 2009 to April 30, 2009

| Date | Description | Amount | Bank | Comments |
|---|---|---|---|---|
| 4/10/2009 | Facilities Development Corporation | $ 24,384.35 | BB&T | |
| 4/30/2009 | From Jon Schulte - reimb for Airline Tickets | $ 2,542.00 | BB&T | |
| 4/30/2009 | From Barbara Becker -reimb for Airline Tickets | $ 118.00 | BB&T | |
| | | | BB&T | |
| | | | BB&T | |
| | | | BB&T | |
| | | | BB&T | |
| | | | BB&T | These were joint checks from the job owner to Mid Atlantic Construction Services, Inc. and Subcontractors and Vendors for Job 80036 |

**Total** $ 27,044.35



Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

Balance Sheet Report for Period

**MACS**
Mid Atlantic Construction Services

April 1, 2009 to April 30, 2009

| Assets | | Beginning Balance | Ending Balance | Period Change |
|---|---|---|---|---|
| **Current Assets** | | | | |
| 10004 | M&T Bank | $        - | $         - | $           - |
| 10005 | Checking-Operating | 14,180.50 | 1,460.17 | (12,720.33) |
| 10006 | Checking-Payroll | 130.80 | 1,111.13 | 980.33 |
| 11200 | Contract Receivables | 257,785.75 | 228,411.90 | (29,373.85) |
| 11500 | Other Receivables | 7.41 | 7.41 | 7.41 |
| 11800 | Bad Debt Allowance | (10,000.49) | (10,000.49) | - |
| 11900 | Underbillings | 3,774.00 | 3,774.00 | - |
| 12200 | Payroll Advances | 2,000.00 | 2,000.00 | - |
| 12600 | Refundable Deposits | 15,400.00 | 15,400.00 | - |
| | **Total Current Assets:** | $   283,270.56 | $   242,164.12 | $   (41,106.44) |
| **Long Term Assets** | | | | |
| 18400 | Office Equipment | $    22,850.02 | $    22,850.02 | $           - |
| 18500 | Communication Equipment | 15,652.60 | 15,652.60 | - |
| 18700 | Buildings | 2,388.42 | 2,388.42 | - |
| 18750 | Leashould Improvemen | 51,300.00 | 51,300.00 | - |
| | **Total Long Term Assets:** | $    92,191.04 | $    92,191.04 | $           - |
| **Accumulated Depreciation** | | | | |
| 19400 | Accum Dep'n Office Equipment | $   (18,618.61) | $   (18,618.61) | $           - |
| 19500 | Accum Dep'n Communication Eq | (6,335.76) | (6,335.76) | - |
| 19600 | Accum Dep'n Furniture & Fxt | (2,387.96) | (2,387.96) | - |
| 19650 | Accum Dep'n Leasehold Improvem | (28,500.00) | (28,500.00) | - |
| | **Total Accumulated Depreciatio** | $   (55,842.33) | $   (55,842.33) | |
| | **Net Long Term Assets:** | $    36,348.71 | $    36,348.71 | $           - |
| **Other Assets** | | | | |
| 14200 | Prepaid Insurance | $     (7,732.74) | $     (7,732.74) | $           - |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

Balance Sheet Report for Period

April 1, 2009 to April 30, 2009

MACS
Mid Atlantic Construction Services

| | | Beginning Balance | Ending Balance | Period Change |
|---|---|---|---|---|
| 14201 | Prepaid Ins-Automobile | $ 98.00 | $ 123.60 | $ 25.60 |
| 14202 | Prepaid Ins-General Liability | $ 31,031.93 | $ 30,658.21 | $ (373.72) |
| 14203 | Prepaid Ins-Umbrella | $ 531.87 | $ 235.70 | $ (296.17) |
| 14204 | Prepaid Ins-Workers Compensati | $ 18,894.24 | $ 18,168.64 | $ (725.60) |
| 14205 | Prepaid Ins-Office Life Insura | $ 1,185.00 | $ 987.50 | $ (197.50) |
| 14206 | Prepaid Ins-Health | $ 2,273.51 | $ 2,478.40 | $ 204.89 |
| 14207 | Prepaid Ins-Crime | $ 63.87 | $ 766.03 | $ 702.16 |
| 14208 | Prepaid Ins-Comm Office | $ 291.32 | $ (145.68) | $ (437.00) |
| 14210 | Prepaid Ins-Dental | $ (7.85) | $ 11.38 | $ 19.23 |
| 14300 | Prepaid Expenses | $ 81.51 | $ 1,024.70 | $ 943.19 |
| 14310 | Prepaid Legal Expense | $ 1,128.07 | $ 1,128.07 | $ - |
| 17900 | Other Long Term Assets | $ 8,000.00 | $ 8,000.00 | $ - |
| | **Total Other Assets:** | $ 55,838.73 | $ 55,703.81 | $ (134.92) |
| | **Total Assets:** | $ 375,458.00 | $ 334,216.64 | $ (41,241.36) |

**Liabilities**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 20000 | Trade Accounts Payable | $ 827,407.26 | $ 851,781.42 | $ 24,374.16 |
| 21000 | Overbillings | $ 81,336.00 | $ 81,336.00 | $ - |
| 21100 | Est Loss on Uncompleted Jobs | $ 2,013.00 | $ 2,013.00 | $ - |
| 22100 | Accrued Interest Expense | $ 59,308.00 | $ 59,308.00 | $ - |
| 22900 | Adjustment of Checking Account | $ (1,614.53) | $ (1,614.53) | $ - |
| 23011 | Employee State Inc Tax Payable | $ (0.02) | $ 186.00 | $ 186.02 |
| 23012 | Employer SUTA Payable | $ 327.11 | $ (0.02) | $ (327.13) |
| 23031 | Employer FUTA Payable | $ 627.10 | $ 351.09 | $ (276.01) |
| 23061 | 401K PP Employer Con | $ (0.05) | $ 627.46 | $ 627.51 |
| 23075 | Liability Insurance Payable | $ - | $ (0.04) | $ (0.04) |
| 23200 | Accrued Payroll | $ 14,417.00 | $ 14,417.00 | $ - |
| 25200 | Deferred Taxes-Current Porton | $ (55,925.00) | $ (55,925.00) | $ - |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

Balance Sheet Report for Period

April 1, 2009 to April 30, 2009

**MACS**
Mid Atlantic Construction Services

| | | Beginning Balance | Ending Balance | Period Change |
|---|---|---|---|---|
| 25300 | Deferred Taxes - LT Portion | $ (226,417.00) | $ (226,417.00) | $ - |
| 26500 | Current Portion of L/T Debt | $ 6,625.00 | $ 6,625.00 | $ - |
| 26900 | Other Current Liabilities | $ 0.08 | $ 0.08 | $ - |
| 26950 | Other Liab-MSD | $ 10,915.40 | $ 10,915.40 | $ - |
| 26951 | Other Liab-MSD Jr | $ 785.34 | $ 785.34 | $ - |
| | **Total Current Liabilities:** | **$ 719,804.69** | **$ 744,389.20** | **$ 24,584.51** |
| **Long Term Liabilities** | | | | |
| 28500 | Other Loans | $ 296,624.79 | $ 296,624.79 | $ - |
| 29300 | Shareholder Payable | $ 172,500.00 | $ 172,500.00 | $ - |
| 29500 | L/T Debt Less Current Portion | $ (6,625.00) | $ (6,625.00) | $ - |
| | **Total Long Term Liabilities:** | **$ 462,499.79** | **$ 462,499.79** | **$ -** |
| | **Total Liabilities:** | **$ 1,182,304.48** | **$ 1,206,888.99** | **$ 24,584.51** |
| **Equity** | | | | |
| **Equity/Capital** | | | | |
| 30000 | Capital Stock | $ 5,000.00 | $ 5,000.00 | $ - |
| 33000 | Retained Earnings | $ (806,295.87) | $ (806,295.87) | $ - |
| | **Subtotal Equity/Capital:** | **$ (801,295.87)** | **$ (801,295.87)** | **$ -** |
| **Current Profit (Loss):** | | **($5,550.61)** | **($71,376.48)** | **($65,825.87)** |
| | **Total Equity/Capital:** | **$ (806,846.48)** | **$ (872,672.35)** | **$ (65,825.87)** |
| | **Total Liabilities + Equity:** | **$ 375,458.00** | **$ 334,216.64** | **$ (41,241.36)** |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



## Income Statement Report for Period                April 1, 2009 to April 30, 2009

### Operating Income
| | | |
|---|---|---|
| Contract Income | ($4,989.50) | |
| **Total Operating Income:** | | **($4,989.50)** |

### Direct Expense
| | | |
|---|---|---|
| Material | $8,942.45 | |
| Subcontracted | $6,832.50 | |
| Direct Labor | $18,556.74 | |
| D/L-PR-Social Security Tax | $1,150.52 | |
| D/L-PT-Medicare Tax ER | $269.10 | |
| D/L-PT-FUTA Tax | $0.00 | |
| D/L-PT-SUTA Tax-ER | $0.00 | |
| D/L Workers' Compensation | $664.70 | |
| D/L Benefit-Health | $1,555.68 | |
| D/L Benefit-Dental Insurance | $124.92 | |
| D/L Benefit Pension Plan | $582.27 | |
| D/L Liability Insurance | $373.72 | |
| **Total Direct Expense:** | | **$39,052.60** |
| **Gross Profit:** | | **($44,042.10)** |

### Overhead Expense
| | |
|---|---|
| Rent | $646.00 |
| Beverage Service | $0.00 |
| Telephone | $756.12 |
| Cellular Phone | $403.43 |
| Cell Phone Job Cost Transfers | ($207.10) |
| Bank Charges | $71.95 |
| Overhead Postage | ($79.95) |
| Miscellaneous Expense | $75.00 |
| Accounting Fees | $0.00 |
| Legal Fees | $0.00 |
| Chapter 11 Fees | $1,950.00 |
| Parking & Tools | $0.00 |
| Computer Software | $152.13 |
| Insurance-Auto | $98.00 |
| Insurance-Officers Life | $197.50 |
| Insurance-Umbrella | $296.17 |
| Insurance-Commercial Property | $0.00 |
| Insurance-Crime | $63.84 |
| Interest Expense | $117.26 |
| Taxes | $0.00 |
| Licenses | $0.00 |
| Office Supplies-Consumable Exp | $125.97 |
| Interest Expense | $0.00 |
| Owner's Salary | $3,000.00 |
| Bookkeeper Salary | $1,440.00 |
| Employer Social Security T Exp | $629.46 |
| Employer Medicare Expense | $147.20 |
| Employer FUTA Expense | $0.36 |
| Employer SUTA Expense | $23.98 |
| Vice President Salary | $2,000.00 |
| Project Coordinator Salary | $3,712.50 |
| Pension Plan Fee Expense | $0.00 |
| O/H Workers' Compensation | $60.90 |
| O/H Benefit Health Insurance | $903.40 |
| O/H Benefit-Dental Insurance | $105.94 |
| O/H Benefit-Pension Plan | $406.10 |
| Fuel | $0.00 |
| Vehicle Repair | $0.00 |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Income Statement Report for Period**          April 1, 2009 to April 30, 2009

| | | |
|---|---|---|
| Deprec Exp-Office Equipment | $0.00 | |
| Deprec Exp-Communication Equip | $0.00 | |
| Deprec Exp-Leasehold Improvements | $0.00 | |
| **Total Overhead Expense:** | | **$17,096.16** |
| **Income from Operations:** | | **($61,138.26)** |

**Other Income**
| | | |
|---|---|---|
| Rental Income | $0.00 | |
| Other Income | $0.00 | |
| **Total Other Income:** | | **$0.00** |

| | |
|---|---|
| **Net Income Before Tax:** | **($61,138.26)** |
| **Net Income:** | **($61,138.26)** |

**U.S. Trustee Basic Monthly Operation Report**

**Exhibit C**

**EXPENSES**

**THE LIST OF ALL EXPENSES PAID BY CASH OR BY CHECK FROM OUR ACCOUNTS PAID THIS MONTH ARE ATTACHED.**

**Our automated accounting system is Master Builder and copies of the Disbursements Journal are attached.**

Reports from Mid Atlantic Construction Services, Inc.
Master Builder Account System

Payable Check Detail Report
Report number   4-1-5-51

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Payable Check Detail Report for**

April 1, 2009 to April 30, 2009

| Payable to | Check# | Check Date | Inv. Description | Amt. Paid |
|---|---|---|---|---|
| **OPERATING ACCOUNT - BB&T BANK** | | | | |
| Air & Space Storage | 1089 | 4/16/2009 | | $ 328.00 |
| Nova Blue | 1090 | 4/24/09 | | $ 185.47 |
| Cavalier Business | on-line | 4/24/09 | | $ 1,527.69 |
| Yvetter Miller | 1091 | 4/29/09 | | $ 171.25 |
| US Trustee | 1092 | 4/30/09 | | $ 1,950.00 |
| Guardian | on-line | 4/30/09 | | $ 250.09 |
| United Healthcare | on-line | 4/30/09 | | $ 2,663.97 |

**OTHER-Joint Checking for Anzair Corporation-80036**

**Payroll Account**

**Payroll March 15, 2009 to March 28, 2009, Paid on April 4, 2009**

| | | | | |
|---|---|---|---|---|
| Michael S. Denisar | | 4/4/09 | Payroll for 3/15/09 to 3/28/09 | $ - |
| Barbara Becker | 10088 | 4/4/09 | Payroll for 3/15/09 to 3/28/09 | $ 573.98 |
| Jon Schulte | 10089 | 4/4/09 | Payroll for 3/15/09 to 3/28/09 | $ 3,626.82 |
| Phillip Bender | 10090 | 4/4/09 | Payroll for 3/15/09 to 3/28/09 | $ 1,600.77 |
| Yvette Miller | 10091 | 4/4/09 | Payroll for 3/15/09 to 3/28/09 | $ 1,675.26 |
| Cynthia Stone | | 4/4/09 | Payroll for 3/15/09 to 3/28/09 | $ - |
| Charles Green | 10092 | 4/4/09 | Payroll for 3/15/09 to 3/28/09 | $ 1,409.16 |
| Hartford Insurance | on-line | 4/4/09 | Payroll Taxes week ending 3/28/09 | 434.19 |
| Hartford Insurance | on-line | 4/4/09 | Payroll Taxes week ending 3/28/09 | 895.72 |
| IRS | on-line | 4/4/09 | Payroll Taxes week ending 3/28/09 | 3,469.29 |
| Virginia Department of Taxation | on-line | 4/4/09 | Payroll Taxes week ending 3/28/09 | $ 587.01 |

**For Payroll March 29, 2009 to April 11 2009, Paid on April 17, 2009**

| | | | | |
|---|---|---|---|---|
| Michael Denisar | 10093 | 4/27/09 | Payroll for 3/29/09 to 4/11/09 | 2,288.49 |
| Barbara Becker | 10094 | 4/27/09 | Payroll for 3/29/09 to 4/11/09 | 603.79 |
| Jon Schulte | 10095 | 4/27/09 | Payroll for 3/29/09 to 4/11/09 | 3,684.80 |
| Phillip Bender | 10096 | 4/27/09 | Payroll for 3/29/09 to 4/11/09 | 1,632.31 |
| Yvette Miller | 10097 | 4/27/09 | Payroll for 3/29/09 to 4/11/09 | 1,708.71 |
| Cynthia Stone | | 4/27/09 | Payroll for 3/29/09 to 4/11/09 | $ - |

$ 14,272.20   $ -

These were joint checks from the job owner to Mid Atlantic Construction Services, Inc. and Subcontractors and Vendors for Job 80036

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



MACS
Mid Atlantic Construction Services

## Payable Check Detail Report for

April 1, 2009 to April 30, 2009

| Payable to | Check# | Check Date | Inv. Description | Amt. Paid |
|---|---|---|---|---|
| Charles Green | 10098 | 4/27/09 | Payroll for 3/29/09 to 4/11/09 | $ 1,435.39 |
| Hartford Insurance | on-line | 4/27/09 | Payroll Taxes week ending 4/11/09 | $ 554.18 |
| Hartford Insurance | on-line | 4/27/09 | Payroll Taxes week ending 4/11/09 | $ 1,015.72 |
| IRS | on-line | 4/27/09 | Payroll Taxes week ending 4/11/09 | $ 3,782.40 |
| Virginia Department of Taxation | on-line | 4/27/09 | Payroll Taxes week ending 4/11/09 | $ 729.90 $ 17,435.69 |

Quarterly/Yearly Taxes

**Total Disbursement for the Month**    $ 38,784.36

**U.S. Trustee Basic Monthly Operation Report**

**Exhibit D**

**CASH PROFIT**

**UNPAID BILLS**

**ATTACHED IS A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH WE HAVE INCURRED SINCE THE DATE WE FILED BANKRUPTCY BUT HAVE NOT PAID.**

**Reports from Mid Atlantic Construction Services, Inc.**
**Master Builder Account System**

Account Payable Invoices List of Open Invoices
Report number MD 4-1-2-76

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Payable Invoice Report for**

April 1, 2009 to April 30, 2009

| Invoice Date | Vendor | Job # | Decription | Due Date | Invoice Amount | |
|---|---|---|---|---|---|---|
| 08/30/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense-Retention Held | 80036-ATElectric-16000 | 2/28/09 | $ 2,900.00 |
| 09/24/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense-Retention Held | 80036-ATElectric-16000 | 2/28/09 | $ 1,600.00 |
| 10/24/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense-Retention Held | 80036-ATElectric-16000 | 2/28/09 | $ 1,000.00 |
| 11/30/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense-Retention Held | 80036-ATElectric-16000 | 2/28/09 | $ 1,000.00 |
| 12/19/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense | Job Subcontractor | 1/31/09 | $ 4,422.16 |
| 12/19/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense-Retention Held | Job Subcontractor | 2/28/09 | $ 491.36 |
| 01/31/09 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense | Job Subcontractor | 2/28/09 | $ 935.00 $ 12,348.52 |
| 03/29/09 | American Express | varies | | | 4/15/09 | $ 8,899.51 |
| 04/29/09 | American Express | varies | | | 5/15/09 | $ 2,852.96 $ 11,752.47 |
| 04/01/09 | Air & Space | Overhead | | storage | 5/1/09 | $ 318.00 $ 318.00 |
| 01/20/09 | Anne Arundel Fire Protection, Inc. | 81005 | Project Expense | Job Subcontractor-Retention Held | 3/31/09 | $ 100.00 |
| 02/28/09 | Anne Arundel Fire Protection, Inc. | 81005 | Project Expense | Job Subcontractor | 3/31/09 | $ 4,428.00 |
| 02/28/09 | Anne Arundel Fire Protection, Inc. | 81005 | Project Expense | Job Subcontractor-Retention Held | 3/31/09 | $ 492.00 $ 5,020.00 |
| 03/23/09 | Architectural Hardware Systems, Inc. | 90002 | Project Expense | Job Materials | 4/30/09 | $ 2,324.46 $ 2,324.46 |
| 03/04/09 | Baltimore Glass Company | 81005 | Project Expense | Job Subcontractor | 4/30/09 | $ 1,579.25 $ 1,579.25 |
| 09/30/08 | Best Cabinets Co., Inc. | 80036 | Project Expense-Retention Held | 80036-Best Cabinets | 3/31/09 | $ 1,456.10 |
| 01/31/09 | Best Cabinets Co., Inc. | 80036 | Project Expense | Job Subcontractor | 2/28/09 | $ 5,025.00 $ 6,481.10 |
| 11/30/08 | Boles Air, Inc. | 80031 | Project Expense-Retention Held | Job Subcontractor | 12/31/08 | $ 490.00 |
| 08/30/08 | Boles Air, Inc. | 80036 | Project Expense-Retention Held | 80036-BolesAir-15000. | 3/31/09 | $ 4,158.20 |
| 09/30/08 | Boles Air, Inc. | 80036 | Project Expense-Retention Held | 80036-BolesAir-15000. | 3/31/09 | $ 2,401.80 |
| 11/14/08 | Boles Air, Inc. | 80036 | Project Expense-Retention Held | 80036-BolesAir-15000. | 3/31/09 | $ 480.00 |
| 12/23/08 | Boles Air, Inc. | 80036 | Project Expense | Job Subcontractor | 1/31/09 | $ 360.00 |
| 12/23/08 | Boles Air, Inc. | 80036 | Project Expense-Retention Held | Job Subcontractor | 3/31/09 | $ 40.00 |
| 01/20/09 | Boles Air, Inc. | 81005 | Project Expense | Job Subcontractor-Retention Held | 3/31/09 | $ 2,702.00 |
| 02/20/09 | Boles Air, Inc. | 81005 | Project Expense | Job Subcontractor | 3/31/09 | $ 7,639.20 |
| 02/20/09 | Boles Air, Inc. | 81005 | Project Expense | Job Subcontractor-Retention Held | 3/31/09 | $ 848.80 |
| 02/20/09 | Boles Air, Inc. | 81005 | Project Expense | Job Subcontractor | 3/31/09 | $ (7.20) |
| 02/20/09 | Boles Air, Inc. | 81005 | Project Expense | Job Subcontractor-Retention Held | 3/31/09 | $ (0.80) |
| 01/26/09 | Boles Air, Inc. | 90002 | Project Expense | Job Subcontractor-Retention Held | 3/31/09 | $ 1,186.65 |
| 02/20/09 | Boles Air, Inc. | 90002 | Project Expense | Job Subcontractor-Retention Held | 3/31/09 | $ 1,186.65 $ 21,485.30 |



Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

**Payable Invoice Report for**

April 1, 2009 to April 30, 2009

| Invoice Date | Vendor | Job # | Decription | Due Date | Invoice Amount | |
|---|---|---|---|---|---|---|
| 02/11/09 | D&J Excavating | 80031 | Project Expense | Job Materials | 3/31/09 | $ 475.00 | |
| 11/25/08 | D&J Excavating | 80036 | Project Expense | trash pull for job | 12/25/08 | $ 475.00 | |
| 01/30/09 | D&J Excavating | 80036 | Project Expense | Job Materials | 2/28/09 | $ 475.00 | |
| 04/10/09 | D&J Excavating | 90002 | Project Expense | Job Materials | 5/10/09 | $ 505.60 | |
| 03/12/09 | D&J Excavating | 90002 | Project Expense | Job Materials | 4/30/09 | $ 475.00 | $ 2,405.60 |
| 01/02/09 | Dominion Electric Supply Company, Inc. | 81009 | Project Expense | Job Materials | 2/2/09 | $ 137.72 | |
| 01/02/09 | Dominion Electric Supply Company, Inc. | 81009 | Project Expense | Job Materials | 2/2/09 | $ 163.72 | |
| 01/06/09 | Dominion Electric Supply Company, Inc. | 81009 | Project Expense | Job Materials | 2/6/09 | $ 33.44 | $ 334.88 |
| 08/31/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | General Legal Fees | 9/30/08 | $ 1,307.72 | |
| 09/30/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 9/30/08 | $ 737.57 | |
| 10/13/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 11/30/08 | $ 4,509.00 | |
| 10/13/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-interest | Chapter 11 | 11/30/08 | $ 58.03 | |
| 11/30/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 12/30/08 | $ 373.50 | |
| 11/30/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-Interest | Chapter 11 | 12/30/08 | $ 58.03 | |
| 12/31/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 1/31/09 | $ 2,576.00 | |
| 12/31/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-interest | Chapter 11 | 1/31/09 | $ 51.96 | |
| 01/31/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 2/28/09 | $ 1,715.50 | |
| 01/31/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-interest | Chapter 11 | 2/28/09 | $ 71.28 | |
| 02/28/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 3/28/09 | $ 2,895.00 | |
| 02/28/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 3/28/09 | $ 71.28 | |
| 03/31/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-interest | Chapter 11 | 4/30/09 | $ 105.86 | $ 14,530.73 |
| 09/02/08 | Federal Express | Overhead | Shipping Fees | weekly service charge | 9/17/08 | $ 12.00 | $ 12.00 |
| 01/30/09 | Flooring Group, Inc. | 80031 | Project Expense | Subcontractor | 2/28/09 | $ 360.00 | |
| 11/20/08 | Flooring Group, Inc. | 80036 | Project Expense-Retention Held | Job Subcontractor | 2/28/08 | $ 200.00 | |
| 12/20/08 | Flooring Group, Inc. | 80036 | Project Expense | Job Subcontractor | 1/31/09 | $ 720.00 | |
| 12/20/08 | Flooring Group, Inc. | 80036 | Project Expense-Retention Held | Job Subcontractor | 2/28/09 | $ 80.00 | |
| 03/20/09 | Flooring Group, Inc. | 81005 | Project Expense | Job Subcontractor | 4/30/09 | $ 7,110.00 | |
| 03/20/09 | Flooring Group, Inc. | 81005 | Project Expense-Retention Held | Job Subcontractor | 4/30/09 | $ 790.00 | |
| 03/24/09 | Flooring Group, Inc. | 81005 | Project Expense | Job Subcontractor | 4/30/09 | $ 270.00 | |
| 03/24/09 | Flooring Group, Inc. | 81005 | Project Expense-Retention Held | Job Subcontractor | 4/30/09 | $ 30.00 | |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Payable Invoice Report for**

April 1, 2009 to April 30, 2009

| Invoice Date | Vendor | Job # | Decription | | Due Date | Invoice Amount | | |
|---|---|---|---|---|---|---|---|---|
| 12/20/08 | Flooring Group, Inc. | 81006 | Project Expense | | 1/31/09 | $ | 4,770.00 | |
| 12/20/08 | Flooring Group, Inc. | 81006 | Project Expense-Retention Held | | 2/28/09 | $ | 530.00 | $ 14,860.00 |
| 08/30/08 | Function Enterprises, Inc. | 80036 | Project Expense-Retention Held | | 2/28/08 | $ | 212.70 | $ 212.70 |
| 11/30/08 | Greenacre Plumbing | 80036 | Project Expense-Retention Held | | 2/28/09 | $ | 571.41 | $ 571.41 |
| 04/18/09 | Guardian | Overhead | May Dental | | 5/1/09 | $ | 250.09 | $ 250.09 |
| 02/09/09 | Hartford | Overhead | Insurance for Office Property | | 2/24/09 | $ | 103.00 | $ 103.00 |
| 09/01/08 | Inside Sports | Overhead | September Rent | | 9/1/08 | $ | 7,932.98 | |
| 10/01/08 | Inside Sports | Overhead | October Office Rent | | 10/1/08 | $ | 1,500.00 | |
| 11/01/08 | Inside Sports | Overhead | November Office Rent | | 11/1/08 | $ | 1,500.00 | |
| 12/01/08 | Inside Sports | Overhead | December Office Rent | | 12/1/08 | $ | 1,500.00 | |
| 01/01/09 | Inside Sports | Overhead | January Office Rent | | 1/1/09 | $ | 1,500.00 | |
| 02/01/09 | Inside Sports | Overhead | February Office Rent | | 2/1/09 | $ | 1,500.00 | $ 15,432.98 |
| 09/01/08 | Northern VA Development Service | 80050 | Project Expense | Pulling Permit | 10/1/08 | $ | 125.00 | |
| 09/01/08 | Northern VA Development Service | 80053 | Project Expense | Pulling Permit | 10/1/08 | $ | 125.00 | $ 250.00 |
| 04/28/09 | Nova Blue, Inc. | 90017 | Project Expense | Job plans-bid | 5/28/09 | $ | 80.64 | |
| 04/28/09 | Nova Blue, Inc. | 90018 | Project Expense | Job plans-bid | 5/28/09 | $ | 70.56 | |
| 04/28/09 | Nova Blue, Inc. | 90018 | Project Expense | Job plans-bid | 5/28/09 | $ | 14.12 | $ 165.32 |
| 10/30/08 | Overhead Doors Company of Washington | 80036 | Project Expense-Retention Held | Subcontractor for Job | 1/30/08 | $ | 698.35 | $ 698.35 |
| 04/20/09 | Phil Bender | 90002 | Project Expense | Job Materials | 5/20/09 | $ | 1,551.19 | $ 1,551.19 |
| 02/27/09 | Planned Space | 80031 | Project Expense | Job Materials | 3/31/09 | $ | 1,475.00 | |
| 02/27/09 | Planned Space | 81005 | Project Expense | Job Materials | 3/31/09 | $ | 1,750.00 | $ 3,225.00 |
| 10/31/08 | Power Marble & Granite | 80036 | Project Expense-Retention Held | Job Subcontractor | 2/28/09 | $ | 1,070.00 | |
| 11/21/08 | Power Marble & Granite | 80036 | Project Expense-Retention Held | Job Subcontractor | 12/31/08 | $ | 3,630.00 | |
| 01/31/09 | Power Marble & Granite | 80036 | Project Expense | Job Subcontractor | 2/28/09 | $ | 600.00 | $ 5,300.00 |
| 02/20/09 | Precision Doors & Hardware | 81005 | Project Expense | Job Materials | 3/31/09 | $ | 477.00 | |
| 04/23/09 | Precision Doors & Hardware | 90015 | Project Expense | Job Materials | 5/23/09 | $ | 86.92 | $ 563.92 |
| 12/23/08 | Simplex Grinnel | 80036 | Project Expense | Job Materials | 1/31/09 | $ | 1,901.46 | $ 1,901.46 |
| 03/29/09 | Sprint | Overhead | March Cell Phones | | 4/18/09 | $ | 387.59 | |
| 04/29/09 | Sprint | Overhead | April Cell Phones | | 5/18/09 | $ | 403.43 | $ 791.02 |
| 01/31/09 | T&M Electric, inc. | 80031 | Project Expense | Job Subcontractor | 2/28/09 | $ | 843.50 | |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Payable Invoice Report for**

April 1, 2009 to April 30, 2009

| Invoice Date | Vendor | Job # | Decription | Due Date | Invoice Amount |
|---|---|---|---|---|---|
| 02/20/09 | T&M Electric, inc. | 90002 | Project Expense | Job Subcontractor-Retention Held | 3/31/09 | $ 1,650.00 |
| 04/20/09 | T&M Electric, inc. | 90002 | Project Expense | Job Subcontractor | 5/30/09 | $ 6,149.25 |
| 04/20/09 | T&M Electric, inc. | 90002 | Project Expense | Job Subcontractor-Retention Held | 5/30/09 | $ 83.25 $ 8,726.00 |
| 02/17/09 | Thadson Flooring | 90002 | Project Expense | Job Subcontractor-Retention Held | 3/31/09 | $ 1,650.00 $ 1,650.00 |
| 04/06/09 | Travelers Ins | Overhead | | Insurance | 5/6/09 | $ 766.00 |
| 04/06/09 | Travelers Ins | Overhead | | Insurance | 5/6/09 | $ 123.60 $ 889.60 |
| 04/18/09 | United Healthcare | Overhead | | May Employee Healthcare | 5/1/09 | $ 2,663.97 $ 2,663.97 |
| 03/21/09 | UPS | 81005 | Project Expense | shipping for Job | 3/25/09 | $ (0.10) $ (0.10) |
| 09/30/08 | Virginia Sprinkler Co., Inc. | 80036 | Project Expense-Retention Held | Job Subcontractor | 1/30/08 | $ 696.90 |
| 12/01/08 | Virginia Sprinkler Co., Inc. | 80036 | Project Expense | Job Subcontractor | 1/31/08 | $ 549.90 |
| 12/01/08 | Virginia Sprinkler Co., Inc. | 80036 | Project Expense-Retention Held | Job Subcontractor | 2/28/09 | $ 61.10 $ 1,307.90 |

Totals    $ 139,706.12    $ 139,706.12

**U.S. Trustee Basic Monthly Operation Report**

**<u>Exhibit E</u>**

**MONEY OWED TO YOU**

**ATTACHED IS A LIST ALL AMOUNTS OWED TO US BY OUR CUSTOMERS FOR WORK YOU
HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.**

Reports from Mid Atlantic Construction Services, Inc.
Master Builder Account System

Account Receivable Invoice Report
Report number 3-1-2-43



Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

**Receivable Invoice Report for**

April 11, 2009 to April 30, 2009

| Invoice Date | Owners Name | Job # | Job Name | Decription | Due Date | Invoice Total | | |
|---|---|---|---|---|---|---|---|---|
| 09/01/06 | August | 69020 | August Deck | | 10/01/06 | $ | 15,970.41 | $ 15,970.41 |
| 7/24/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ | 3,159.12 | |
| 08/12/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ | 2,253.28 | |
| 08/27/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ | 13,858.80 | |
| 09/30/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ | 7,817.89 | |
| 10/29/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ | 16,300.23 | |
| 11/29/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ | 6,672.84 | |
| 11/29/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | 12/31/08 | $ | 11,330.76 | |
| 1/31/09 | Anzair Corporation | 80036 | Luciano's Restaurant | | 2/28/09 | $ | 13,521.32 | $ 74,914.24 |
| 05/30/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ | 787.59 | |
| 06/24/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ | 1,756.06 | |
| 07/25/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ | 2,973.58 | |
| 08/28/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ | 1,023.03 | |
| 10/31/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ | 678.86 | |
| 11/30/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ | 1,718.80 | |
| 01/30/09 | Bearing Point | 80031 | Bearing Point | | 03/07/09 | $ | 12,268.02 | $ 21,205.94 |
| 07/22/08 | BF Saul Property Company | 80051 | Standard Solar | | 08/22/08 | $ | 11,698.00 | $ 11,698.00 |
| 11/20/06 | CESCR | 62621 | CG4 Suite 801 Water Damage | | 12/20/06 | $ | 366.00 | |
| 11/20/06 | CESCR | 62622 | CG4 Suite 801 Tenant Damage | | 12/20/06 | $ | 414.00 | $ 780.00 |
| 12/17/08 | Comprehensive NeuoScience | 81006 | Comprehensive NeuoScience | | 1/17/09 | $ | 1,342.41 | |
| 3/21/09 | Comprehensive NeuoScience | 81006 | Comprehensive NeuoScience | | 4/30/09 | $ | 1,275.00 | $ 2,617.41 |
| 1/23/09 | Facilities Development Corp | 90002 | Facilities Development Corp | Retention release | | $ | 2,335.40 | |
| 2/28/09 | Facilities Development Corp | 90002 | Facilities Development Corp | Retention release | | $ | 4,359.11 | $ 6,694.51 |
| 05/24/08 | G&D America | 80027 | G&D IT Rm Doors | | 06/24/08 | $ | 1,127.70 | |
| 05/24/08 | G&D America | 80028 | G&D Classroom Doors | | 06/24/080 | $ | 436.56 | $ 1,564.26 |
| 03/24/08 | Inspiration Plumbing | 80013 | Inspiration Plumbing | | 04/24/08 | $ | 1,034.75 | $ 1,034.75 |
| 12/22/08 | M.C. Dean | 81005 | Baltimore Citiwatch Commond | Retention release | 3/24/09 | $ | 6,286.45 | |
| 1/22/09 | M.C. Dean | 81005 | Baltimore Citiwatch Commond | Retention release | 3/24/09 | $ | 8,388.19 | |
| 2/28/09 | M.C. Dean | 81005 | Baltimore Citiwatch Commond | | 3/24/09 | $ | 15,426.60 | |
| 4/1/09 | M.C. Dean | 81005 | Baltimore Citiwatch Commond | | 5/1/09 | $ | 788.00 | |
| 3/20/09 | M.C. Dean | 81005 | Baltimore Citiwatch Commond | | 4/30/09 | $ | 6,568.00 | $ 37,457.24 |
| 10/24/07 | Metro Commercial Flooring | 72024 | Metro Commercial Flooring | | 11/23/07 | $ | 3,579.89 | $ 3,579.89 |

| Date | Company | Code | Description | Note | Date | Amount | |
|---|---|---|---|---|---|---|---|
| 05/26/08 | Saul Centers, Inc | 80024 | Hollywood Tan Tossinis Tanning | Retention release | | $ 3,608.30 | |
| 06/25/08 | Saul Centers, Inc | 80024 | Hollywood Tan Tossinis Tanning | Retention release | | $ 6,514.43 | |
| 07/24/08 | Saul Centers, Inc | 80024 | Hollywood Tan Tossinis Tanning | | 08/24/08 | $ 25,320.75 | |
| 08/23/08 | Saul Centers, Inc | 80024 | Hollywood Tan Tossinis Tanning | | 09/23/08 | $ 5,719.00 | $ 41,162.48 |
| 06/25/08 | Tossini Tanning LLC | 80049 | Hollywood Tans Salon | Retention release | 8/24/08 | $ 2,015.25 | |
| 07/24/08 | Tossini Tanning LLC | 80049 | Hollywood Tans Salon | | 08/24/08 | $ 7,717.52 | $ 9,732.77 |
| | | | | | Totals | $ 228,411.90 | $ 228,411.90 |

**U.S. Trustee Basic Monthly Operation Report**

**Exhibit F**

**BANKING INFORMATION**

**PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.**

**Bank Statements from**

M&T Bank
BB&T Bank - Operating Account
BB&T Bank - Payroll Account

EMPLOYEE INFORMATION

PROFESSIONAL FEES INFORMATION

PROJECTIONS INFORMATION



Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

## Employee Information

April 1, 2009 to April 30, 2009

**Number of Employees when the case was filed?**                      9

Michael S. Denisar
Barbara C. Becker          Part-Time
Jon J. Schulte
Michael S. Denisar, Jr     Part-Time
George E. Tallmage
Phillip Bender
Yvette Miller
Cynthia Stone              Part-Time
Charles Green

**Number of Employees as of the date of this monthly report?**        7

Michael S. Denisar
Barbara C. Becker          Part-Time
Jon J. Schulte
Phillip Bender
Yvette Miller
Cynthia Stone              Part-Time
Charles Green



Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

**MACS**
Mid Atlantic Construction Services

**Professional Fees**

April 1, 2009 to April 30, 2009

| | |
|---|---|
| Total Professional fees approved by the Courts during this reporting period | $ - |
| DGW | |
| Total Professional Fees approved by the Court since the filing of the case | $ - |
| Total Professional Fees incurred by or on behalf of the debtor during this reporting period | $ 2,895.00 |
| Total Professional Fees incurred by or on behalf of the debtor since the filing of the case | $ 17,481.46 |
| Professional Fees incurred by or on behalf of the debtor related to bankruptcy during this report period | $ 2,895.00 |
| Professional Fees incurred by or on behalf of the debtor related to bankruptcy since the filing of the case | $ 17,481.46 |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Projections**

April 1, 2009 to April 30, 2009

Compare your actual income, expenses and the cash profit to the projections for the first 180-days for your case provided at the initial debtor interview.

| | | |
|---|---|---|
| Projected Income for the Month: | $ | - |
| Actual Income for the Month (Exhibit B): | $ | 27,044.35 |
| Difference between Projected and Actual Income: | $ | (27,044.35) |
| | | |
| Projected Expenses for the Month: | $ | - |
| Actual Expenses for the Month (Exhibit C): | $ | 38,784.36 |
| Difference between Projected and Actual Expenses: | $ | (38,784.36) |
| | | |
| Projected Cash Profit for the Month: | $ | (11,740.01) |
| Actual Cash Profit for the Month: | $ | 11,740.01 |
| (Total from Exhibit B minus Total from Exhibit C) | | |
| | | |
| Difference Between Projected and Actual Cash Profit: | $ | - |

**(If actual cash profit was 90% or less of project cash profit, please attach a detailed written explanation.)**





449-02-01-00 60212  O C 001 26   50 003
MID ATLANTIC CONSTRUCTION SERVICES INC
OPERATING ACCT
3933 AVION PARK CT STE 200
CHANTILLY VA  20151-3978

# Your account statement
For 04/30/2009

## Contact us

 BBT.com

☎ (800) BANK-BBT or
(800) 226-5228

---

## A Strong Employee Benefits Package Can Give Your Company a Competitive Edge

Today, more than ever, resources are tight. At BB&T, we are committed to ensuring you have the right solutions to keep your costs under control while helping you attract and retain your most valuable resource - your employees.

The BB&T@Work program is an exclusive financial package offered to your employees that provides valuable savings on a wide range of BB&T products and services. BB&T@Work:
- Is a no-cost enhancement to your employee benefits package
- Encourages direct deposit of payroll
- Promotes employee financial well-being
- Requires no additional time investment from you for support

For more information on how your company can take advantage of BB&T@Work, visit your nearest BB&T financial center or www.BBT.com/atwork.

Member FDIC

---

## ▪ FREE BUSINESS CHECKING ▉▉▉▉▉▉9809

### Account summary

| | |
|---|---|
| Your previous balance as of 03/31/2009 | $13,936.35 |
| Checks | - 796.72 |
| Other withdrawals, debits and service charges | - 35,084.23 |
| Deposits, credits and interest | + 41,256.24 |
| Your new balance as of 04/30/2009 | = $19,311.64 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 04/06 | 1088 | 112.00 | 04/29 | 1090 | 185.47 | 04/29 | 1091 | 171.25 |
| 04/16 | 1089 | 328.00 | | | | | | |
| | | | | | | | Total checks | = $796.72 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/01 | ACH CORP DEBIT TAX PAYMEN VA DEPT TAXATION MID ATLANTIC CONSTRUCT▉▉▉▉ | 606.24 |
| 04/01 | ACH CORP DEBIT MAR GP INS THE GUARDIAN Mid Atlantic Construct | 250.09 |
| 04/02 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING ▉▉▉▉9817 04-02-09 | 8,885.99 |
| 04/17 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING ▉▉▉▉9817 04-17-09 | 17,456.08 |
| 04/17 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING ▉▉▉▉9817 04-17-09 | 5,390.15 |

*continued*

## ■ FREE BUSINESS CHECKING ████████9809 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 04/21 | SERVICE CHARGE | 12.00 |
| 04/27 | TELEPHONE PAYMENT UTILITY   CAVALIER TELEPHN 7854070 | 1,527.69 |
| 04/30 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING ████████9817 04-30-09 | 955.99 |
| Total other withdrawals, debits and service charges | | = $35,084.23 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 04/13 | DEPOSIT | 23,499.87 |
| 04/17 | BB&T ONLINE TRANSFER TRANSFER FROM CHECKING ████████9817 04-17-09 | 606.24 |
| 04/17 | BB&T ONLINE TRANSFER TRANSFER FROM CHECKING ████████9817 04-17-09 | 606.24 |
| 04/30 | DEPOSIT | 13,883.89 |
| 04/30 | DEPOSIT | 2,660.00 |
| Total deposits, credits and interest | | = $41,256.24 |




MID ATLANTIC CONSTRUCTION SERVICES INC

# Questions, comments or errors?

**Member FDIC**

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

> BB&T Liability Risk Management
> P.O. Box 996
> Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information.
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, a FINANCE CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The FINANCE CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid FINANCE CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary

**In case of errors or questions about your Constant Credit statement**

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-476-4228 or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

> BankCard Services Division
> P.O. Box 200
> Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |





449-02-01-00 60212  0 C 001 26    50 003
MID ATLANTIC CONSTRUCTION SERVICES INC
PAYROLL ACCT
3933 AVION PARK CT STE 200
CHANTILLY VA  20151-3978

# Your account statement
For 04/30/2009

## Contact us

 BBT.com

  (800) BANK-BBT or
(800) 226-5228

---

## A Strong Employee Benefits Package Can Give Your Company a Competitive Edge

Today, more than ever, resources are tight. At BB&T, we are committed to ensuring you have the right solutions to keep your costs under control while helping you attract and retain your most valuable resource - your employees.

The BB&T@Work program is an exclusive financial package offered to your employees that provides valuable savings on a wide range of BB&T products and services. BB&T@Work:
- Is a no-cost enhancement to your employee benefits package
- Encourages direct deposit of payroll
- Promotes employee financial well-being
- Requires no additional time investment from you for support

For more information on how your company can take advantage of BB&T@Work, visit your nearest BB&T financial center or www.BBT.com/atwork.

Member FDIC

---

## ◾ FREE BUSINESS CHECKING ██████9817

### Account summary

| | |
|---|---:|
| Your previous balance as of 03/31/2009 | $1,360.68 |
| Checks | - 20,239.48 |
| Other withdrawals, debits and service charges | - 12,680.88 |
| Deposits, credits and interest | + 32,688.21 |
| Your new balance as of 04/30/2009 | = $1,128.53 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---:|---|---|---:|---|---|---:|
| 04/07 | 10088 | 573.98 | 04/03 | 10092 | 1,409.16 | 04/20 | 10097 | 1,632.31 |
| 04/06 | 10089 | 3,626.82 | 04/20 | 10093 | 2,288.49 | 04/20 | 10098 | 1,708.71 |
| 04/06 | 10090 | 1,600.77 | 04/17 | 10094 | 603.79 | 04/17 | 10099 | 1,435.39 |
| 04/03 | 10091 | 1,675.26 | 04/17 | *10096 | 3,684.80 | | | |

* indicates a skip in sequential check numbers above this item

Total checks  = $20,239.48

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/17 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING ██████9809 04-17-09 | 606.24 |
| 04/17 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING ██████9809 04-17-09 | 606.24 |
| 04/22 | ACH CORP DEBIT USATAXPYMT IRS MID ATLANTIC CONSTRUCT | 3,782.40 |

*continued*

**▪ FREE BUSINESS CHECKING ██████9817 (continued)**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/22 | ACH CORP DEBIT USATAXPYMT IRS MID ATLANTIC CONSTRUCT | |
| 04/22 | ACH CORP DEBIT EPYCORPAC THE HARTFORD MACS | 3,46 |
| 04/22 | ACH CORP DEBIT EPYCORPAC THE HARTFORD MACS | 1,01 |
| 04/22 | ACH CORP DEBIT EPYCORPAC THE HARTFORD MACS | 89 |
| 04/22 | ACH CORP DEBIT EPYCORPAC THE HARTFORD MACS | 55 |
| 04/23 | ACH CORP DEBIT TAX PAYMEN VA DEPT TAXATION MID ATLANTIC CONSTRUCT | 43 |
| 04/23 | ACH CORP DEBIT TAX PAYMEN VA DEPT TAXATION MID ATLANTIC CONSTRUCT | 72 |
| Total other withdrawals, debits and service charges | | 58 |
| | | = $12,680 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/02 | BB&T ONLINE TRANSFER TRANSFER FROM CHECKING ████9809 04-02-09 | |
| 04/17 | BB&T ONLINE TRANSFER TRANSFER FROM CHECKING ████9809 04-17-09 | 8,885 |
| 04/17 | BB&T ONLINE TRANSFER TRANSFER FROM CHECKING ████9809 04-17-09 | 17,456 |
| 04/30 | BB&T ONLINE TRANSFER TRANSFER FROM CHECKING ████9809 04-30-09 | 5,390 |
| Total deposits, credits and interest | | 955 |
| | | = $32,688 |




Jun 05 09 09:47a                                                     p.7