# U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| **Case Name:** | Mid Atlantic Construction Services, Inc. | **Date Filed:** | August 28, 2008 |
| **Case Number:** | 08-15208 RGM | **SIC Code:** | 1542 |

**Month (or portion) covered by this report:**     June 1, 2009 to June 30, 2009

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

July 15, 2009
DATE REPORT SIGNED

Michael S. Denisar, President
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

**The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.**

| QUESTIONNAIRE : | YES | NO |
|---|---|---|
| 1  IS THE BUSINESS STILL OPERATING? | ■ | □ |
| 2  DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | □ | ■ |
| 3  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | □ | ■ |
| 4  DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | □ | ■ |
| 5  DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | □ | ■ |
| 6  DID YOU PAY YOUR EMPLOYEES ON TIME? | □ | ■ |
| 7  HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ■ | □ |
| 8  DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | □ | ■ |
| 9  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | □ | ■ |
| 10  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | □ | ■ |
| 11  DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | □ | ■ |
| 12  DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | □ | ■ |

| | YES | NO |
|---|---|---|
| 13  DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH ? | ■ | □ |
| 14  DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | □ | ■ |
| 15  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ■ | □ |
| 16  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ■ | □ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?                                                        ☐     ■

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.
*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an
automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME: $      6,897.10**
*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BAN K
ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy o f
the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES: $     12,658.37**
*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---:|
| INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B) | $ | 6,897.10 |
| EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C) | $ | 12,658.37 |

(Subtract the Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH  $      (5,761.27)**

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES: $     121,795.33**
*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WOR K
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WH O
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES: $     204,256.68**
*(EXHIBIT E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                            **9**

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?      **4**

### PROFESSIONAL FEES

| | | |
|---|---|---:|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD | $ | - |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $ | - |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $ | 2,895.00 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $ | 17,481.46 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD? | $ | 2,895.00 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE? | $ | 17,481.46 |

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | | |
|---|---|---:|
| PROJECTED INCOME FOR THE MONTH: | $ | - |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | $ | 6,897.10 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | $ | (6,897.10) |
| | | |
| PROJECTED EXPENSES FOR THE MONTH: | $ | - |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | $ | 12,658.37 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | $ | (12,658.37) |
| | | |
| PROJECTED CASH PROFIT FOR THE MONTH: | $ | - |
| ACTUAL CASH PROFIT FOR THE MONTH | $ | (5,761.27) |
| (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | | |
| | | |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | $ | 5,761.27 |

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation .]**

 



**BB&T**

449-02-01-00 60212  0 C 001 26    50 003
MID ATLANTIC CONSTRUCTION SERVICES INC
PAYROLL ACCT
3933 AVION PARK CT STE 200
CHANTILLY VA  20151-3978

# Your account statement
For 06/30/2009

## Contact us
 BBT.com

 (800) BANK-BBT or
(800) 226-5228

---

**BB&T Merchant Services:** Doing more to improve your cash flow

**By choosing BB&T Merchant Services we'll:**
- Match or beat your existing discount rate,* or give you a great low rate if you are not accepting credit and debit cards
- Subtract $100 from the price of a terminal or reprogram your existing terminal for free
- Credit your account $25 upon activation**
- Provide next-business day funding of Visa®, MasterCard® and Discover® Network transactions into your BB&T checking account

**Call today for your free quote: 1-800-226-5228 or visit BBT.com/merchantoffer**

*Subject to business type and credit approval. Offer valid for clients with Visa/MasterCard/Discover aggregate annual sales less than $1 million.
** Must activate merchant account within 60 days of merchant account opening. Offer not available to existing merchant services clients.
BB&T Merchant Services is a division of BB&T Financial, FSB, a subsidiary of BB&T Corporation. Member FDIC.
© 2009, Branch Banking and Trust Company. All Rights Reserved. Member FDIC.

---

## ■ FREE BUSINESS CHECKING ▉▉▉▉9817

### Account summary

| | |
|---|---|
| Your previous balance as of 05/29/2009 | $12,898.19 |
| Checks | - 14,476.01 |
| Other withdrawals, debits and service charges | - 5,485.01 |
| Deposits, credits and interest | + 8,007.49 |
| Your new balance as of 06/30/2009 | = $944.66 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 06/01 | 10110 | 2,383.59 | 06/01 | 10113 | 1,771.03 | 06/17 | 10115 | 3,823.30 |
| 06/10 | 10111 | 732.05 | 06/19 | 10114 | 171.71 | 06/16 | 10116 | 1,771.03 |
| 06/01 | 10112 | 3,823.30 | | | | | | |
| | | | | | | | Total checks | = $14,476.01 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/01 | ACH CORP DEBIT USATAXPYMT IRS MID ATLANTIC CONSTRUCT | 2,696.87 |
| 06/01 | ACH CORP DEBIT TAX PAYMEN VA DEPT TAXATION MID ATLANTIC CONSTRUCT | 547.70 |
| 06/19 | ACH CORP DEBIT USATAXPYMT IRS MID ATLANTIC CONSTRUCT | 1,873.71 |
| 06/22 | ACH CORP DEBIT TAX PAYMEN VA DEPT TAXATION MID ATLANTIC CONSTRUCT | 366.73 |
| Total other withdrawals, debits and service charges | | = $5,485.01 |

 

Page 1 of 2    06/30/09
VA        9809



**BB&T**

449-G2-01-00 60212  0 C 001 26    SO 003
MID ATLANTIC CONSTRUCTION SERVICES INC
OPERATING ACCT
3933 AVION PARK CT STE 200
CHANTILLY VA  20151-3978

# Your account statement
For 06/30/2009

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

---

**BB&T Merchant Services: Doing more to improve your cash flow**

By choosing BB&T Merchant Services we'll:
- Match or beat your existing discount rate,* or give you a great low rate if you are not accepting credit and debit cards
- Subtract $100 from the price of a terminal or reprogram your existing terminal for free
- Credit your account $25 upon activation**
- Provide next-business day funding of Visa®, MasterCard® and Discover® Network transactions into your BB&T checking account

**Call today for your free quote: 1-800-226-5228 or visit BBT.com/merchantoffer**

*Subject to business type and credit approval. Offer valid for clients with Visa/MasterCard/Discover aggregate annual sales less than $1 million.
** Must activate merchant account within 60 days of merchant account opening. Offer not available to existing merchant services clients.
BB&T Merchant Services is a division of BB&T Financial, FSB, a subsidiary of BB&T Corporation. Member FDIC.
© 2009, Branch Banking and Trust Company. All Rights Reserved. Member FDIC.

---

■ **FREE BUSINESS CHECKING** 9809

### Account summary

| | |
|---|---|
| Your previous balance as of 05/29/2009 | $10,156.96 |
| Checks | - 3,143.75 |
| Other withdrawals, debits and service charges | - 8,007.49 |
| Deposits, credits and interest | + 6,897.10 |
| Your new balance as of 06/30/2009 | = $5,902.82 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 06/01 | 1097 | 543.75 | 06/23 | *1103 | 1,600.00 | 06/26 | *1106 | 1,000.00 |

* indicates a skip in sequential check numbers above this item

Total checks = $3,143.75

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/15 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 9817 06-15-09 | 8,007.49 |

Total other withdrawals, debits and service charges = $8,007.49

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/15 | DEPOSIT | 2,910.00 |
| 06/30 | DEPOSIT | 3,987.10 |

Total deposits, credits and interest = $6,897.10

3026186