**U.S. Trustee Basic Monthly Operating Report**


**for**


**MID ATLANTIC CONSTRUCTION SERVICES, INC.**
**CASE NUMBER 08-15208**


**July 1, 2009 to July 31, 2009**

# U .S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| Case Name: | Mid Atlantic Construction Services, Inc. | Date Filed: | August 28, 2008 |
| Case Number: | 08-15208 RGM | SIC Code: | 1542 |
| Month (or portion) covered by this report: | | July 1, 2009 to July 31, 2009 | |

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U .S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

| | |
|---|---|
| _(signature)_ | August 16, 2009 |
| ORIGINAL SIGNATURE OF RESPONSIBLE PARTY | DATE REPORT SIGNED |

Michael S. Denisar, President
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

**The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.**

| QUESTIONNAIRE : | YES | NO |
|---|---|---|
| 1   IS THE BUSINESS STILL OPERATING? | ■ | □ |
| 2   DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | □ | ■ |
| 3   HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | □ | ■ |
| 4   DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | □ | ■ |
| 5   DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | □ | ■ |
| 6   DID YOU PAY YOUR EMPLOYEES ON TIME? | □ | ■ |
| 7   HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ■ | □ |
| 8   DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | □ | ■ |
| 9   DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | □ | ■ |
| 10  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | □ | ■ |
| 11  DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | □ | ■ |
| 12  DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | □ | ■ |

| | YES | NO |
|---|---|---|
| 13  DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH ? | ■ | □ |
| 14  DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | □ | ■ |
| 15  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ■ | □ |
| 16  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ■ | □ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?                                                            ☐          ■

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an
automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

TOTAL INCOME: **$      19,544.43**

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BAN K
ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy o f
the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES: **$      23,397.06**

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)                          **$      19,544.43**
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)                        **$      23,397.06**

(Subtract the Total from Exhibit C from the Total of Exhibit B)

CASH PROFIT FOR THE MONTH **$      (3,852.63)**

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES: **$      115,578.61**

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WOR K
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WH O
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES: **$      186,260.20**

*(EXHIBIT E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                          **9**

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 4

### PROFESSIONAL FEES

| | | |
|---|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD | $ | - |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $ | - |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $ | 2,895.00 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $ | 17,481.46 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD? | $ | 2,895.00 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE? | $ | 17,481.46 |

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS
FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | | |
|---|---|---|
| PROJECTED INCOME FOR THE MONTH: | $ | - |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | $ | 19,544.43 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | $ | (19,544.43) |
| | | |
| PROJECTED EXPENSES FOR THE MONTH: | $ | - |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | $ | 23,397.06 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | $ | (23,397.06) |
| | | |
| PROJECTED CASH PROFIT FOR THE MONTH: | $ | - |
| ACTUAL CASH PROFIT FOR THE MONTH | $ | (3,852.63) |
| (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | | |
| | | |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | $ | 3,852.63 |

**[If actual cash profit was 90% or less of projected cash profit,
please attach a detailed written explanation .]**

 
 **BB&T**

449-02-01-00 60212  0 C 001 26   50 003
MID ATLANTIC CONSTRUCTION SERVICES INC
PAYROLL ACCT
3933 AVION PARK CT STE 200
CHANTILLY VA  20151-3978

# Your account statement
For 07/31/2009

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

---

### BB&T Merchant Services: Doing more to improve your cash flow

**By choosing BB&T Merchant Services we'll:**
- Match or beat your existing discount rate,* or give you a great low rate if you are not accepting credit and debit cards
- Subtract $100 from the price of a terminal or reprogram your existing terminal for free
- Credit your account $25 upon activation**
- Provide next-business day funding of Visa®, MasterCard® and Discover® Network transactions into your BB&T checking account

**Call today for your free quote: 1-800-226-5228 or visit BBT.com/merchantoffer**

*Subject to business type and credit approval. Offer valid for clients with Visa/MasterCard/Discover aggregate annual sales less than $1 million.
** Must activate merchant account within 60 days of merchant account opening. Offer not available to existing merchant services clients.
BB&T Merchant Services is a division of BB&T Financial, FSB, a subsidiary of BB&T Corporation. Member FDIC.
© 2009, Branch Banking and Trust Company. All Rights Reserved. Member FDIC.

---

## ▪ FREE BUSINESS CHECKING 9817

### Account summary

| | |
|---|---|
| Your previous balance as of 06/30/2009 | $944.66 |
| Checks | - 2,341.17 |
| Other withdrawals, debits and service charges | - 1,410.25 |
| Deposits, credits and interest | + 3,754.65 |
| Your new balance as of 07/31/2009 | = $947.89 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 07/17 | 10117 | 205.60 | 07/17 | 10118 | 364.54 | 07/20 | 10119 | 1,771.03 |
| | | | | | | Total checks | | = $2,341.17 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/20 | ACH CORP DEBIT USATAXPYMT IRS MID ATLANTIC CONSTRUCT | 1,185.24 |
| 07/21 | ACH CORP DEBIT TAX PAYMEN VA DEPT TAXATION MID ATLANTIC CONSTRUCT | 225.01 |
| | Total other withdrawals, debits and service charges | = $1,410.25 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/17 | BB&T ONLINE TRANSFER TRANSFER FROM CHECKING 9809 07-17-09 | 3,754.65 |
| | Total deposits, credits and interest | = $3,754.65 |

 
Page 1 of 3    07/31/09
VA ██████████9809


**BB&T**

449-02-01-00 602*2 0 C 001 26   50 003
MID ATLANTIC CONSTRUCTION SERVICES INC
OPERATING ACCT
3933 AVION PARK CT STE 200
CHANTILLY VA  20151-3978

# Your account statement
## For 07/31/2009

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

---

**BB&T Merchant Services: Doing more to improve your cash flow**

**By choosing BB&T Merchant Services we'll:**
- Match or beat your existing discount rate,* or give you a great low rate if you are not accepting credit and debit cards
- Subtract $100 from the price of a terminal or reprogram your existing terminal for free
- Credit your account $25 upon activation**
- Provide next-business day funding of Visa®, MasterCard® and Discover® Network transactions into your BB&T checking account

**Call today for your free quote: 1-800-226-5228 or visit BBT.com/merchantoffer**

*Subject to business type and credit approval. Offer valid for clients with Visa/MasterCard/Discover aggregate annual sales less than $1 million.
** Must activate merchant account within 60 days of merchant account opening. Offer not available to existing merchant services clients.
BB&T Merchant Services is a division of BB&T Financial, FSB, a subsidiary of BB&T Corporation. Member FDIC.
© 2009, Branch Banking and Trust Company. All Rights Reserved. Member FDIC.

---

■ **FREE BUSINESS CHECKING** ██████9809

## Account summary

| | |
|---|---|
| Your previous balance as of 06/30/2009 | $5,902.82 |
| Checks | - 11,442.41 |
| Other withdrawals, debits and service charges | - 13,509.29 |
| Deposits, credits and interest | + 21,021.44 |
| Your new balance as of 07/31/2009 | = $1,972.56 |

## Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 07/01 | 1107 | 737.83 | 07/20 | 1109 | 3,403.25 | 07/17 | 1111 | 1,500.00 |
| 07/14 | 1108 | 1,771.03 | 07/22 | 1110 | 3,780.30 | 07/27 | 1112 | 250.00 |
| | | | | | | Total checks | | = $11,442.41 |

## Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/03 | ACH CORP DEBIT EDI PAYMTS UNITED HEALTHCAR 0006MACS | 2,663.97 |
| 07/07 | ACH CORP DEBIT JUN GP INS THE GUARDIAN Mid Atlantic Construct | 250.09 |
| 07/17 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING ████████9817 07-17-09 | 3,754.65 |
| 07/20 | INTERNET PAYMENT ELEC REMIT AMERICAN EXPRESS ██████4722 | 3,814.78 |
| 07/21 | CL PAYMENT TRAVELERS INSUR XXXXXXXXXXX46UB | 2,832.00 |
| 07/21 | CL PAYMENT TRAVELERS INSUR XXXXXXXXXXX46CO | 181.80 |

*continued*



MID ATLANTIC CONSTRUCTION SERVICES INC

# Questions, comments or errors?

**Member FDIC**

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

## Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

    BB&T Liability Risk Management
    P.O. Box 996
    Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

## Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, a FINANCE CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The FINANCE CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid FINANCE CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

## Billing rights summary

**In case of errors or questions about your Constant Credit statement**

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-476-4228 or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

    BankCard Services Division
    P.O. Box 200
    Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

## Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

## Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here. | | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | | |

U.S. Trustee Basic Monthly Operation Report

## Exhibit A

TAXES

Copies of the Taxes Paid during this Reporting Period are attached.



## Payment Details

Your payment details are listed below. The highlighted 8 digits of the EFT Acknowledgement Number represent your trace number.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | 04-3714024 |
| EFT Number | █████607 |
| Cancellation EFT (Acknowledgement Number) | |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | 09/2009 |
| Total Payment Amount | $1,185.24 |
| Payment Input Method | Web |
| Settlement Date | 7/20/2009 |
| ACH Trace Number | 6.1036E+13 |
| Payment Status | Settled |
| Original EFT (Acknowledgement Number) | ██████7607 |
| Transaction Type | ACH Debit Payment-DDA |
| Received Date | 7/17/2009 |
| Received Time (ET) | 11.26.37 |
| Cancellation Date | |



Virginia.gov

# Confirmation of Non-Bill Payment

## Business Information

**FEIN:** ░024

**Physical Address:** 3933 AVION PARK CT STE 200
CHANTILLY, VA 20151-3978

**Mailing Address:** 3933 AVION PARK CT STE 200
CHANTILLY, VA 20151-3978

Please do not select the back button. Your original payment has already been submitted.

Non-Bill Payment Information:

Confirmation #: ░482

Tax Account Number: ░4F-001    Withholding

Payment Amount: $225.01

Period End Date: 07/2009

Payment Date: 7/17/2009

Web Payments will be withdrawn from your bank account within 1 to 3 business days after the payment date.

**U.S. Trustee Basic Monthly Operation Report**

**Exhibit B**

**INCOME**

LIST OF ALL THE INCOME RECEIVED FOR THE MONTH IS ON THE ATTACHED FORMS.  THE LIST INCLUDES ALL INCOME FROM CASH AND CREDIT TRANSACTIONS.

Our automated accounting system is Master Builder and copies of the Detailed Income, the Income Statement and Balance Sheet are attached.

Reports from Mid Atlantic Construction Services, Inc.
Master Builder Account System

Detailed Income - Report number 2-6-0-41

Balance Sheet - Report number 2-2-0-21

Income Statement - Report number 2-3-0-31

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Detailed Income Report for Period**

July 1, 2009 to July 31, 2009

| Date | Description | | Amount | Bank | Comments |
|------|-------------|---|--------|------|----------|
| 7/15/2009 | Facilities Development Corp | Job 90002 | $ 17,996.47 | BB&T | |
| 7/17/2009 | Gateway | Job 90025 | $ 1,547.96 | BB&T | |
| | Total | | $ 19,544.43 | | |



Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

Balance Sheet Report for Period

June 1, 2009 to June 30, 2009

**MACS**
Mid Atlantic Construction Services

| Assets | Beginning Balance | Ending Balance | Period Change |
|---|---|---|---|
| **Current Assets** | | | |
| 10004 M&T Bank | $ - | $ - | $ - |
| 10005 Checking-Operating | 3,950.93 | 570.55 | (3,380.38) |
| 10006 Checking-Payroll | 94.71 | 455.01 | 360.30 |
| 11200 Contract Receivables | 204,256.67 | 186,260.20 | (17,996.47) |
| 11500 Other Receivables | 7.41 | 7.41 | - |
| 11800 Bad Debt Allowance | (10,000.49) | (10,000.49) | - |
| 11900 Underbillings | 3,774.00 | 3,774.00 | - |
| 12200 Payroll Advances | 2,000.00 | 2,000.00 | - |
| 12600 Refundable Deposits | 15,400.00 | 15,400.00 | - |
| **Total Current Assets:** | $ 219,483.23 | $ 198,466.68 | $ (21,016.55) |
| **Long Term Assets** | | | |
| 18400 Office Equipment | 22,850.02 | 22,850.02 | - |
| 18500 Communication Equipment | 15,652.60 | 15,652.60 | - |
| 18700 Buildings | 2,388.42 | 2,388.42 | - |
| 18750 Leashould Improvemen | 51,300.00 | 51,300.00 | - |
| **Total Long Term Assets:** | $ 92,191.04 | $ 92,191.04 | $ - |
| **Accumulated Depreciation** | | | |
| 19400 Accum Dep'n Office Equipment | (18,618.61) | (18,618.61) | - |
| 19500 Accum Dep'n Communication Eq | (6,335.76) | (6,335.76) | - |
| 19600 Accum Dep'n Furniture & Fxt | (2,387.96) | (2,387.96) | - |
| 19650 Accum Dep'n Leasehold Improvem | (28,500.00) | (28,500.00) | - |
| **Total Accumulated Depreciatio** | (55,842.33) | (55,842.33) | $ - |
| **Net Long Term Assets:** | $ 36,348.71 | $ 36,348.71 | $ - |
| **Other Assets** | | | |
| 14200 Prepaid Insurance | $ - | $ - | $ - |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

Balance Sheet Report for Period

June 1, 2009 to June 30, 2009


**MACS**
Mid Atlantic Construction Services

|  |  | Beginning Balance | Ending Balance | Period Change |
|---|---|---|---|---|
| 14201 | Prepaid Ins-Automobile | $ 61.20 | $ 61.20 | $ - |
| 14202 | Prepaid Ins-General Liability | $ 723.15 | $ 1,133.65 | $ 410.50 |
| 14203 | Prepaid Ins-Umbrella | $ 473.56 | $ 473.56 | $ - |
| 14204 | Prepaid Ins-Workers Compensati | $ 898.83 | $ 1,588.61 | $ 689.78 |
| 14205 | Prepaid Ins-Office Life Insura | $ 592.50 | $ 592.50 | $ - |
| 14206 | Prepaid Ins-Health | $ 849.41 | $ 1,396.05 | $ 546.64 |
| 14207 | Prepaid Ins-Crime | $ 648.32 | $ 648.32 | $ - |
| 14208 | Prepaid Ins-Comm Office | $ - | $ - | $ - |
| 14210 | Prepaid Ins-Dental | $ (300.25) | $ (45.78) | $ 254.47 |
| 14300 | Prepaid Expenses | $ 791.06 | $ 791.06 | $ - |
| 14310 | Prepaid Legal Expense | $ 1,128.07 | $ 1,128.07 | $ - |
| 17900 | Other Long Term Assets | $ 8,000.00 | $ 8,000.00 | $ - |
|  | **Total Other Assets:** | $ 13,865.85 | $ 15,767.24 | $ 1,901.39 |
|  | **Total Assets:** | $ 269,697.79 | $ 250,582.63 | $ (19,115.16) |

**Liabilities**

**Current Liabilities**

|  |  |  |  |  |
|---|---|---|---|---|
| 20000 | Trade Accounts Payable | $ 829,366.85 | $ 826,657.75 | $ (2,709.10) |
| 21000 | Overbillings | $ 81,336.00 | $ 81,336.00 | $ - |
| 21100 | Est Loss on Uncompleted Jobs | $ 2,013.00 | $ 2,013.00 | $ - |
| 22100 | Accrued Interest Expense | $ 59,308.00 | $ 59,308.00 | $ - |
| 22900 | Adjustment of Checking Account | $ (1,614.53) | $ (1,614.53) | $ - |
| 23001 | Employee Social Sec Payable | $ 186.00 | $ 0.11 | $ (185.89) |
| 23003 | Employee Fed Inc Tax payable | $ - | $ 400.34 | $ 400.34 |
| 23005 | Employee Medicare payable | $ - | $ (400.34) | $ (400.34) |
| 23011 | Employee State Inc Tax Payble | $ (0.02) | $ 0.02 | $ 0.04 |
| 23012 | Employer SUTA Payable | $ (422.77) | $ 181.13 | $ 603.90 |
| 23031 | Employer FUTA Payable | $ 342.34 | $ 283.42 | $ (58.92) |
| 23061 | 401K PP Employer Con | $ (0.04) | $ (0.04) | $ - |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

Balance Sheet Report for Period



MACS
Mid Atlantic Construction Services

June 1, 2009 to June 30, 2009

| | Beginning Balance | Ending Balance | Period Change |
|---|---|---|---|
| 23075  Liability Insurance Payable | $          - | $          - | $          - |
| 23200  Accrued Payroll | 14,417.00 | 14,417.00 | - |
| 25200  Deferred Taxes-Current Porton | (55,925.00) | (55,925.00) | - |
| 25300  Deferred Taxes - LT Portion | (226,417.00) | (226,417.00) | - |
| 26500  Current Portion of L/T Debt | 6,625.00 | 6,625.00 | - |
| 26900  Other Current Liabilities | 0.08 | 0.08 | - |
| 26950  Other Liab-MSD | 10,915.40 | 10,915.40 | - |
| 26951  Other Liab-MSD Jr | 785.34 | 785.34 | - |
| **Total Current Liabilities:** | $    720,915.65 | $    718,565.68 | $    (2,349.97) |
| **Long Term Liabilities** | | | |
| 28500  Other Loans | 296,624.79 | 296,624.79 | $          - |
| 29300  Shareholder Payable | 172,500.00 | 172,500.00 | - |
| 29500  L/T Debt Less Current Portion | (6,625.00) | (6,625.00) | - |
| **Total Long Term Liabilities:** | $    462,499.79 | $    462,499.79 | $          - |
| **Total Liabilities:** | $ 1,183,415.44 | $ 1,181,065.47 | $    (2,349.97) |
| **Equity** | | | |
| **Equity/Capital** | | | |
| 30000  Capital Stock | 5,000.00 | 5,000.00 | $          - |
| 33000  Retained Earnings | (806,295.87) | (806,295.87) | - |
| **Subtotal Equity/Capital:** | $   (801,295.87) | $   (801,295.87) | $          - |
| Current Profit (Loss): | ($112,421.78) | ($129,186.93) | ($16,765.15) |
| **Total Equity/Capital:** | $    (913,717.65) | $    (930,482.80) | $   (16,765.15) |
| **Total Liabilities + Equity:** | $    269,697.79 | $    250,582.67 | $   (19,115.12) |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



## Income Statement Report for Period          July 1, 2009 to July 31, 2009

### Operating Income
| | | |
|---|---|---|
| Contract Income | $1,647.96 | |
| **Total Operating Income:** | | **$1,647.96** |

### Direct Expense
| | | |
|---|---|---|
| Material | $1,750.00 | |
| Subcontracted | $2,477.00 | |
| Direct Labor | $0.00 | |
| D/L-PR-Social Security Tax | $0.00 | |
| D/L-PT-Medicare Tax ER | $0.00 | |
| D/L-PT-FUTA Tax | $0.00 | |
| D/L-PT-SUTA Tax-ER | $0.00 | |
| D/L Workers' Compensation | $0.00 | |
| D/L Benefit-Health | $0.00 | |
| D/L Benefit-Dental Insurance | $0.00 | |
| D/L Benefit Pension Plan | $0.00 | |
| D/L Liability Insurance | $0.00 | |
| **Total Direct Expense:** | | **$4,227.00** |
| **Gross Profit:** | | **($2,579.04)** |

### Overhead Expense
| | | |
|---|---|---|
| Rent | $0.00 | |
| Beverage Service | $0.00 | |
| Telephone | $782.89 | |
| Cellular Phone | $0.00 | |
| Cell Phone Job Cost Transfers | $0.00 | |
| Bank Charges | $10.00 | |
| Overhead Postage | $0.00 | |
| Miscellaneous Expense | $3,814.78 | |
| Accounting Fees | $0.00 | |
| Legal Fees | $0.00 | |
| Chapter 11 Fees | $1,625.00 | |
| Parking & Tools | $0.00 | |
| Computer Software | $0.00 | |
| Insurance-Auto | $0.00 | |
| Insurance-Officers Life | $0.00 | |
| Insurance-Umbrella | $0.00 | |
| Insurance-Commercial Property | $0.00 | |
| Insurance-Crime | $0.00 | |
| Interest Expense | $0.00 | |
| Taxes | $0.00 | |
| Licenses | $0.00 | |
| Office Supplies-Consumable Exp | $0.00 | |
| Interest Expense | $0.00 | |
| Owner's Salary | $0.00 | |
| Bookkeeper Salary | $630.00 | |
| Employer Social Security T Exp | $318.05 | |
| Employer Medicare Expense | $74.39 | |
| Employer FUTA Expense | $0.00 | |
| Employer SUTA Expense | $2.02 | |
| Vice President Salary | $0.00 | |
| Project Coordinator Salary | $4,500.00 | |
| Pension Plan Fee Expense | $0.00 | |
| O/H Workers' Compensation | $18.22 | |
| O/H Benefit Health Insurance | $791.90 | |
| O/H Benefit-Dental Insurance | $95.62 | |
| O/H Benefit-Pension Plan | $0.00 | |
| Fuel | $0.00 | |
| Vehicle Repair | $0.00 | |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399


Mid Atlantic Construction Services

**Income Statement Report for Period**          July 1, 2009 to July 31, 2009

| | | |
|---|---|---|
| Deprec Exp-Office Equipment | $0.00 | |
| Deprec Exp-Communication Equip | $0.00 | |
| Deprec Exp-Leasehold Improvements | $0.00 | |
| **Total Overhead Expense:** | | **$12,662.87** |
| **Income from Operations:** | | **($15,241.91)** |

**Other Income**
| | | |
|---|---|---|
| Rental Income | $0.00 | |
| Other Income | $0.00 | |
| **Total Other Income:** | | **$0.00** |

| | | |
|---|---|---|
| **Net Income Before Tax:** | | **($15,241.91)** |
| **Net Income:** | | **($15,241.91)** |

**U.S. Trustee Basic Monthly Operation Report**

<u>**Exhibit C**</u>

**EXPENSES**

**THE LIST OF ALL EXPENSES PAID BY CASH OR BY CHECK FROM OUR ACCOUNTS PAID THIS MONTH ARE ATTACHED.**

**Our automated accounting system is Master Builder and copies of the Disbursements Journal are attached.**

Reports from Mid Atlantic Construction Services, Inc.
Master Builder Account System

Payable Check Detail Report
Report number   4-1-5-51

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

## Payable Check Detail Report for

July 1, 2009 to July 31, 2009



MACS
Mid Atlantic Construction Services

| Payable to | Check# | Check Date | Inv. Description | Amt. Paid |
|---|---|---|---|---|
| **OPERATING ACCOUNT - BB&T BANK** | | | | |
| | 1109 | 7/17/2009 | T&M Electric, Inc. | $ 3,403.25 |
| | On-line | 7/17/2009 | American Express | $ 3,814.78 |
| | 1110 | 7/17/2009 | Boles Air, Inc. | $ 3,780.30 |
| | 1111 | 7/17/2009 | Michael Denisar | $ 1,500.00 |
| | On-line | 7/17/2009 | Travelers Ins | $ 3,025.80 |
| | 1112 | 7/27/2009 | Michael Denisar | $ 250.00 |
| | 1113 | 7/30/2009 | US Trustee | $ 1,625.00 |
| **Payroll Account** | | | | |
| Michael S. Denisar | 10117 | 7/17/09 | | $ - |
| Barbara Becker | 10118 | 7/17/09 | for 6/7/09 to 6/20/09 | $ 205.60 |
| Barbara Becker | 1108 | 7/17/09 | for 6/21/09 to 7/4/09 | $ 364.54 |
| Yvette Miller | 10119 | 7/17/09 | for 6/7/09 to 6/20/09 | $ 1,771.03 |
| Yvette Miller | on-line | 7/17/09 | for 6/21/09 to 7/4/09 | $ 1,771.03 |
| IRS | on-line | 7/31/09 | Payroll Taxes | $ 1,185.24 |
| Virginia Department of Taxation | | | Payroll Taxes | $ 225.01 |
| IRS | on-line | 7/31/09 | Federal Taxes | $ 185.89 |
| IRS | on-line | 7/31/09 | FUTA | $ 58.92 |
| VA Employment Commission | | | SUTA | $ 230.67 |
| | | | **Total Disbursement for the Month** | **$ 23,397.06** |

# U.S. Trustee Basic Monthly Operation Report

## Exhibit D

## CASH PROFIT

## UNPAID BILLS

ATTACHED IS A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH WE HAVE INCURRED SINCE THE DATE WE FILED BANKRUPTCY BUT HAVE NOT PAID.

### Reports from Mid Atlantic Construction Services, Inc.
### Master Builder Account System

Account Payable Invoices List of Open Invoices
Report number MD 4-1-2-76

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Payable Invoice Report for**

July 1, 2009 to July 31, 2009

| Invoice Date | Vendor | Job # | Decription | Due Date | Invoice Amount |
|---|---|---|---|---|---|
| 08/30/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense-Retention Held | 2/28/09 | $ 2,900.00 |
| 09/24/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense-Retention Held | 2/28/09 | $ 1,600.00 |
| 10/24/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense-Retention Held | 2/28/09 | $ 1,000.00 |
| 11/30/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense-Retention Held | 2/28/09 | $ 1,000.00 |
| 12/19/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense | 1/31/09 | $ 4,422.16 |
| 12/19/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense-Retention Held | 2/28/09 | $ 491.36 |
| 01/31/09 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense | 2/28/09 | $ 935.00 $ 12,348.52 |
| 01/20/09 | Anne Arundel Fire Protection, Inc. | 81005 | Project Expense-Retention Held | 3/31/09 | $ 100.00 |
| 02/28/09 | Anne Arundel Fire Protection, Inc. | 81005 | Project Expense | 3/31/09 | $ 4,428.00 |
| 02/28/09 | Anne Arundel Fire Protection, Inc. | 81005 | Project Expense-Retention Held | 3/31/09 | $ 492.00 $ 5,020.00 |
| 03/23/09 | Architectural Hardware Systems, Inc. | 90002 | Job Materials | 4/30/09 | $ 2,324.46 $ 2,324.46 |
| 03/04/09 | Baltimore Glass Company | 81005 | Project Expense | 4/30/09 | $ 1,579.25 $ 1,579.25 |
| 09/30/08 | Best Cabinets Co., Inc. | 80036 | Project Expense-Retention Held | 3/31/09 | $ 1,456.10 |
| 01/31/09 | Best Cabinets Co., Inc. | 80036 | Best Cabinets | 2/28/09 | $ 5,025.00 $ 6,481.10 |
| 11/30/08 | Boles Air, Inc. | 80031 | Project Expense-Retention Held | 12/31/08 | $ 490.00 |
| 08/30/08 | Boles Air, Inc. | 80036 | Project Expense-Retention Held | 3/31/09 | $ 4,158.20 |
| 09/30/08 | Boles Air, Inc. | 80036 | 80036-BolesAir-15000. | 3/31/09 | $ 2,401.80 |
| 11/14/08 | Boles Air, Inc. | 80036 | 80036-BolesAir-15000. | 3/31/09 | $ 480.00 |
| 12/23/08 | Boles Air, Inc. | 80036 | Project Expense | 1/31/09 | $ 360.00 |
| 12/23/08 | Boles Air, Inc. | 80036 | Project Expense-Retention Held | 3/31/09 | $ 40.00 |
| 01/20/09 | Boles Air, Inc. | 81005 | Project Expense | 3/31/09 | $ 2,702.00 |
| 02/20/09 | Boles Air, Inc. | 81005 | Project Expense | 3/31/09 | $ 7,632.00 |
| 02/20/09 | Boles Air, Inc. | 81005 | Project Expense-Retention Held | 3/31/09 | $ 848.00 |
| 02/20/09 | Boles Air, Inc. | 81005 | Project Expense | 3/31/09 | $ (7.20) |
| 02/20/09 | Boles Air, Inc. | 81005 | Project Expense-Retention Held | 3/31/09 | $ (0.80) $ 19,104.00 |
| 05/13/09 | Cavalier Phones | Overhead | May Compay Phones | 5/31/09 | $ 755.78 |
| 06/13/09 | Cavalier Phones | Overhead | June Company Phones | 6/30/09 | $ 767.45 |
| 07/13/09 | Cavalier Phones | Overhead | July Company Phones | 7/31/09 | $ 782.89 |
| 07/31/09 | Cavalier Phones | Overhead | rebate | 7/31/09 | $ -306  3/25 $ 2,000.00 |
| 02/11/09 | D&J Excavating | 80031 | Project Expense | 3/31/09 | $ 475.00 |



Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

**Payable Invoice Report for**

July 1, 2009 to July 31, 2009

| Invoice Date | Vendor | Job # | Decription | | Due Date | Invoice Amount | |
|---|---|---|---|---|---|---|---|
| 11/25/08 | D&J Excavating | 80036 | Project Expense | trash pull for job | 12/25/08 | $ | 475.00 |
| 01/30/09 | D&J Excavating | 80036 | Project Expense | Job Materials | 2/28/09 | $ | 475.00 |
| 04/10/09 | D&J Excavating | 90002 | Project Expense | Job Materials | 5/10/09 | $ | 505.60 |
| 03/12/09 | D&J Excavating | 90002 | Project Expense | Job Materials | 4/30/09 | $ | 475.00 | $ 2,405.60 |
| 08/31/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | General Legal Fees | 9/30/08 | $ | 1,307.72 |
| 09/30/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 9/30/08 | $ | 737.57 |
| 10/13/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 11/30/08 | $ | 4,509.00 |
| 10/13/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-interest | Chapter 11 | 11/30/08 | $ | 58.03 |
| 11/30/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 12/30/08 | $ | 373.50 |
| 11/30/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-Interest | Chapter 11 | 12/30/08 | $ | 58.03 |
| 12/31/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 1/31/09 | $ | 2,576.00 |
| 12/31/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-interest | Chapter 11 | 1/31/09 | $ | 51.96 |
| 01/31/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 2/28/09 | $ | 1,715.50 |
| 01/31/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-interest | Chapter 11 | 2/28/09 | $ | 71.28 |
| 02/28/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 3/28/09 | $ | 2,895.00 |
| 02/28/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 3/28/09 | $ | 71.28 |
| 03/31/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-interest | Chapter 11 | 4/30/09 | $ | 105.86 | $ 14,530.73 |
| 09/02/08 | Federal Express | Overhead | Shipping Fees | weekly service charge | 9/17/08 | $ | 12.00 | $ 12.00 |
| 01/30/09 | Flooring Group, Inc. | 80031 | Project Expense | Subcontractor | 2/28/09 | $ | 360.00 |
| 11/20/08 | Flooring Group, Inc. | 80036 | Project Expense-Retention Held | Job Subcontractor | 2/28/08 | $ | 200.00 |
| 12/20/08 | Flooring Group, Inc. | 80036 | Project Expense | Job Subcontractor | 1/31/09 | $ | 720.00 |
| 12/20/08 | Flooring Group, Inc. | 80036 | Project Expense-Retention Held | Job Subcontractor | 2/28/09 | $ | 80.00 |
| 03/20/09 | Flooring Group, Inc. | 81005 | Project Expense | Job Subcontractor | 4/30/09 | $ | 7,110.00 |
| 03/20/09 | Flooring Group, Inc. | 81005 | Project Expense-Retention Held | Job Subcontractor | 4/30/09 | $ | 790.00 |
| 03/24/09 | Flooring Group, Inc. | 81005 | Project Expense | Job Subcontractor | 4/30/09 | $ | 270.00 |
| 03/24/09 | Flooring Group, Inc. | 81005 | Project Expense-Retention Held | Job Subcontractor | 4/30/09 | $ | 30.00 |
| 12/20/08 | Flooring Group, Inc. | 81006 | Project Expense | Job Subcontractor | 1/31/09 | $ | 4,770.00 |
| 12/20/08 | Flooring Group, Inc. | 81006 | Project Expense-Retention Held | Job Subcontractor | 2/28/09 | $ | 530.00 | $ 14,860.00 |
| 08/30/08 | Function Enterprises, Inc. | 80036 | Project Expense-Retention Held | Job Contractor | 2/28/08 | $ | 212.70 | $ 212.70 |
| 11/30/08 | Greenacre Plumbing | 80036 | Project Expense-Retention Held | Job Contractor | 2/28/08 | $ | 571.41 | $ 571.41 |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Payable Invoice Report for**

July 1, 2009 to July 31, 2009

| Invoice Date | Vendor | Job # | Description | Due Date | Invoice Amount | | |
|---|---|---|---|---|---|---|---|
| 07/01/09 | Guardian | Overhead | July Dental Insurance | 7/1/09 | $ | 250.09 | $ 250.09 |
| 09/01/08 | Inside Sports | Overhead | September Rent | September Office Rent | 9/1/08 | $ | 7,932.98 |
| 10/01/08 | Inside Sports | Overhead | | October Office Rent | 10/1/08 | $ | 1,500.00 |
| 11/01/08 | Inside Sports | Overhead | | November Office Rent | 11/1/08 | $ | 1,500.00 |
| 12/01/08 | Inside Sports | Overhead | | December Office Rent | 12/1/08 | $ | 1,500.00 |
| 01/01/09 | Inside Sports | Overhead | | January Office Rent | 1/1/09 | $ | 1,500.00 |
| 02/01/09 | Inside Sports | Overhead | | February Office Rent | 2/1/09 | $ | 1,500.00 | $ 15,432.98 |
| 04/20/09 | Jon Schulte | 81005 | Project Expense | Job Materials | 5/31/09 | $ | 68.23 | $ 68.23 |
| 09/01/08 | Northern VA Development Service | 80050 | Project Expense | Pulling Permit | 10/1/08 | $ | 125.00 |
| 09/01/08 | Northern VA Development Service | 80053 | Project Expense | Pulling Permit | 10/1/08 | $ | 125.00 | $ 250.00 |
| 04/28/09 | Nova Blue, Inc. | 90017 | Project Expense | Job plans-bid | 5/28/09 | $ | 80.64 |
| 04/28/09 | Nova Blue, Inc. | 90018 | Project Expense | Job plans-bid | 5/28/09 | $ | 70.56 |
| 04/28/09 | Nova Blue, Inc. | 90018 | Project Expense | Job plans-bid | 5/28/09 | $ | 14.12 | $ 165.32 |
| 10/30/08 | Overhead Doors Company of Washington | 80036 | Project Expense-Retention Held | Subcontractor for Job | 1/30/08 | $ | 698.35 | $ 698.35 |
| 02/27/09 | Planned Space | 80031 | Project Expense | Job Materials | 3/31/09 | $ | 1,725.00 | $ 1,725.00 |
| 10/31/08 | Power Marble & Granite | 80036 | Project Expense-Retention Held | Job Subcontractor | 2/28/09 | $ | 1,070.00 |
| 11/21/08 | Power Marble & Granite | 80036 | Project Expense-Retention Held | Job Subcontractor | 12/31/08 | $ | 3,630.00 |
| 01/31/09 | Power Marble & Granite | 80036 | Project Expense | Job Subcontractor | 2/28/09 | $ | 600.00 |
| 05/01/09 | Power Marble & Granite | 90002 | Project Expense | Job Subcontractor | 6/15/09 | $ | 3,385.00 | $ 8,685.00 |
| 02/20/09 | Precision Doors & Hardware | 81005 | Project Expense | Job Materials | 3/31/09 | $ | 477.00 |
| 04/23/09 | Precision Doors & Hardware | 90015 | Project Expense | Job Materials | 5/23/09 | $ | 86.92 | $ 563.92 |
| 12/23/08 | Simplex Grinnel | 80036 | Project Expense | Job Materials | 1/31/09 | $ | 1,901.46 | $ 1,901.46 |
| 06/01/09 | Travelers Ins | Overhead | | Insurance -GL | 6/23/09 | $ | 335.70 |
| 06/01/09 | Travelers Ins | Overhead | | Insurance   - Umbrella | 6/23/09 | $ | 1,065.90 |
| 07/01/09 | Travelers Ins | Overhead | | Insurance - GL | 7/26/09 | $ | 420.50 | $ 1,822.10 |
| 07/01/09 | Untied healthcare | Overhead | | Company Health Insurance | 7/1/09 | $ | 1,338.54 | $ 1,338.54 |
| 03/21/09 | UPS | 81005 | Project Expense | shipping for Job | 3/25/09 | $ | (80.05) | $ (80.05) |
| 09/30/08 | Virginia Sprinkler Co., Inc. | 80036 | Project Expense-Retention Held | Job Subcontractor | 1/30/08 | $ | 696.90 |
| 12/01/08 | Virginia Sprinkler Co., Inc. | 80036 | Project Expense | Job Subcontractor | 1/31/09 | $ | 549.90 |
| 12/01/08 | Virginia Sprinkler Co., Inc. | 80036 | Project Expense-Retention Held | Job Subcontractor | 2/28/09 | $ | 61.10 | $ 1,307.90 |




**MACS**
Mid Atlantic Construction Services

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

**Payable Invoice Report for**

July 1, 2009 to July 31, 2009

| Invoice Date | Vendor | Job # | Decription | Due Date | Invoice Amount |
|---|---|---|---|---|---|
| | | | | Totals | $ 115,578.61  $ 115,578.61 |

**U.S. Trustee Basic Monthly Operation Report**

**Exhibit E**

**MONEY OWED TO YOU**

**ATTACHED IS A LIST ALL AMOUNTS OWED TO US BY OUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.**

Reports from Mid Atlantic Construction Services, Inc.
Master Builder Account System

Account Receivable Invoice Report
Report number 3-1-2-43



Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

## Receivable Invoice Report for

July 1, 2009 to July 31, 2009

| Invoice Date | Owners Name | Job # | Job Name | Decription | Due Date | Invoice Total | |
|---|---|---|---|---|---|---|---|
| 09/01/06 | August | 69020 | August Deck | | 10/01/06 | $ 15,970.41 | $ 15,970.41 |
| 7/24/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ 3,159.12 | |
| 08/12/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ 2,253.28 | |
| 08/27/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ 13,858.80 | |
| 09/30/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ 7,817.89 | |
| 10/29/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ 16,300.23 | |
| 11/29/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ 6,672.84 | |
| 11/29/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | 12/31/08 | $ 11,330.76 | |
| 1/31/09 | Anzair Corporation | 80036 | Luciano's Restaurant | | 2/28/09 | $ 13,521.32 | $ 74,914.24 |
| 05/30/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 787.59 | |
| 06/24/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 1,756.06 | |
| 07/25/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 2,973.58 | |
| 08/28/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 1,023.03 | |
| 10/31/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 678.86 | |
| 11/30/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 1,718.80 | |
| 01/30/09 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 12,268.02 | $ 21,205.94 |
| 07/22/08 | BF Saul Property Company | 80051 | Standard Solar | | 08/22/08 | $ 11,698.00 | $ 11,698.00 |
| 11/20/06 | CESCR | 62621 | CG4 Suite 801 Water Damage | | 12/20/06 | $ 366.00 | |
| 11/20/06 | CESCR | 62622 | CG4 Suite 801 Tenant Damage | | 12/20/06 | $ 414.00 | $ 780.00 |
| 12/17/08 | Comprehensive NeuoScience | 81006 | Comprehensive NeuoScience | | 1/17/09 | $ 1,342.41 | |
| 3/21/09 | Comprehensive NeuoScience | 81006 | Comprehensive NeuoScience | | 4/30/09 | $ 1,275.00 | $ 2,617.41 |
| 05/24/08 | G&D America | 80027 | G&D IT Rm Doors | | 06/24/080 | $ 1,127.70 | |
| 05/24/08 | G&D America | 80028 | G&D Classroom Doors | | 06/24/080 | $ 436.56 | $ 1,564.26 |
| 03/24/08 | Inspiration Plumbing | 80013 | Inspiration Plumbing | | 04/24/08 | $ 1,034.75 | $ 1,034.75 |
| 4/1/09 | M.C. Dean | 81005 | Baltimore Citiwatch Commond | | 5/1/09 | $ 788.00 | |
| 3/20/09 | M.C. Dean | 81005 | Baltimore Citiwatch Commond | | 4/30/09 | $ 1,212.05 | $ 2,000.05 |
| 10/24/07 | Metro Commercial Flooring | 72024 | Metro Commercial Flooring | | 11/23/07 | $ 3,579.89 | $ 3,579.89 |
| 05/26/08 | Saul Centers, Inc | 80024 | Hollywood Tan Tossinis Tanning | Retention release | | $ 3,608.30 | |
| 06/25/08 | Saul Centers, Inc | 80024 | Hollywood Tan Tossinis Tanning | Retention release | | $ 6,514.43 | |
| 07/24/08 | Saul Centers, Inc | 80024 | Hollywood Tan Tossinis Tanning | | 08/24/08 | $ 25,320.75 | |
| 08/23/08 | Saul Centers, Inc | 80024 | Hollywood Tan Tossinis Tanning | | 09/23/08 | $ 5,719.00 | $ 41,162.48 |
| 06/25/08 | Tossini Tanning LLC | 80049 | Hollywood Tans Salon | Retention release | 8/24/08 | $ 2,015.25 | |

| 07/24/08 | Tossini Tanning LLC | 80049 | Hollywood Tans Salon | 08/24/08 | $ | 7,717.52 | $ | 9,732.77 |
| | | | | Totals | $ | 186,260.20 | $ | 186,260.20 |

**U.S. Trustee Basic Monthly Operation Report**

**Exhibit F**

**BANKING INFORMATION**

**PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.**

**Bank Statements from**

M&T Bank
BB&T Bank - Operating Account
BB&T Bank - Payroll Account


EMPLOYEE INFORMATION

PROFESSIONAL FEES INFORMATION


PROJECTIONS INFORMATION

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Employee Information**

July 1, 2009 to July 31, 2009

## Number of Employees when the case was filed?                    9

| Michael S. Denisar | |
| Barbara C. Becker | Part-Time |
| Jon J. Schulte | |
| Michael S. Denisar, Jr | Part-Time |
| George E. Tallmage | |
| Phillip Bender | |
| Yvette Miller | |
| Cynthia Stone | Part-Time |
| Charles Green | |

## Number of Employees as of the date of this monthly report?      4

| Michael S. Denisar | |
| Barbara C. Becker | Part-Time |
| Jon J. Schulte | |
| Yvette Miller | |



Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

## Professional Fees

July 1, 2009 to July 31, 2009

| | |
|---|---|
| Total Professional fees approved by the Courts during this reporting period | $        - |
| DGW | |
| Total Professional Fees approved by the Court since the filing of the case | $        - |
| Total Professional Fees incurred by or on behalf of the debtor during this reporting period | $   2,895.00 |
| Total Professional Fees incurred by or on behalf of the debtor since the filing of the case | $ 17,481.46 |
| Professional Fees incurred by or on behalf of the debtor related to bankruptcy during this report period | $   2,895.00 |
| Professional Fees incurred by or on behalf of the debtor related to bankruptcy since the filing of the case | $ 17,481.46 |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Projections**

July 1, 2009 to July 31, 2009

Compare your actual income, expenses and the cash profit to the projections for the first 180-days for your case provided at the initial debtor interview.

| | |
|---|---:|
| Projected Income for the Month: | $ - |
| Actual Income for the Month (Exhibit B): | $ 19,544.43 |
| Difference between Projected and Actual Income: | $ (19,544.43) |
| | |
| Projected Expenses for the Month: | $ - |
| Actual Expenses for the Month (Exhibit C): | $ 23,397.06 |
| Difference between Projected and Actual Expenses: | $ (23,397.06) |
| | |
| Projected Cash Profit for the Month: | $ - |
| Actual Cash Profit for the Month: | $ (3,852.63) |
| (Total from Exhibit B minus Total from Exhibit C) | $ 3,852.63 |
| | |
| Difference Between Projected and Actual Cash Profit: | $ - |

**(If actual cash profit was 90% or less of project cash profit, please attach a detailed written explanation.)**