# U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| **Case Name:** | **Mid Atlantic Construction Services, Inc.** | **Date Filed:** | **August 28, 2008** |
| **Case Number:** | **08-15208 RGM** | **SIC Code:** | **1542** |
| **Month (or portion) covered by this report:** | | **August 1, 2009 to August 31, 2009** | |

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_____          **September 15, 2009**
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          DATE REPORT SIGNED

**Michael S. Denisar, President**
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

## The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE : | YES | NO |
|---|---|---|
| 1  IS THE BUSINESS STILL OPERATING? | ■ | □ |
| 2  DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | □ | ■ |
| 3  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | □ | ■ |
| 4  DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | □ | ■ |
| 5  DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | □ | ■ |
| 6  DID YOU PAY YOUR EMPLOYEES ON TIME? | □ | ■ |
| 7  HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ■ | □ |
| 8  DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | □ | ■ |
| 9  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | □ | ■ |
| 10  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | □ | ■ |
| 11  DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | □ | ■ |
| 12  DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | □ | ■ |

| | YES | NO |
|---|---|---|
| 13  DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH ? | ■ | □ |
| 14  DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | □ | ■ |
| 15  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ■ | □ |
| 16  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ■ | □ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?                                                                                    □          ■

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an
automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

| | TOTAL INCOME: $ | 13,194.51 |
|---|---|---|

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BAN K
ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy o f
the Disbursements Journal, otherwise attach a copy of the check register.]

| | TOTAL EXPENSES: $ | 13,626.55 |
|---|---|---|

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B) | $ | 13,194.51 |
| EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C) | $ | 13,626.55 |
| (Subtract the Total from Exhibit C from the Total of Exhibit B) | | |
| CASH PROFIT FOR THE MONTH $ | | (432.04) |

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE.

| | TOTAL PAYABLES: $ | 115,578.61 |
|---|---|---|

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WOR K
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WH O
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

| | TOTAL RECEIVABLES: $ | 186,260.20 |
|---|---|---|

*(EXHIBIT E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 9 |
|---|---|

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                    4

### PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD | $ - |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $ - |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $ 2,895.00 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $ 17,481.46 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD? | $ 2,895.00 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE? | $ 17,481.46 |

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | |
|---|---|
| PROJECTED INCOME FOR THE MONTH: | $ - |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | $ 13,194.51 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | $ (13,194.51) |
| PROJECTED EXPENSES FOR THE MONTH: | $ - |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | $ 13,626.55 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | $ (13,626.55) |
| PROJECTED CASH PROFIT FOR THE MONTH: | $ - |
| ACTUAL CASH PROFIT FOR THE MONTH (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | $ (432.04) |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | $ 432.04 |

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

Sep 17 09 11:55a                                                                p.5

  Page 1 of 3    08/31/2009
VA     ████████9817

 **BB&T**

449-00-10-00 SD/02  0 C 001 24   S0 002
MID ATLANTIC CONSTRUCTION SERVICES INC
PAYROLL ACCT
3933 AVION PARK CT STE 200
CHANTILLY VA  20151-3978

# Your account statement
For 08/31/2009

**Contact us**

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

---

**BB&T Merchant Services: Doing more to improve your cash flow**

By choosing BB&T Merchant Services we'll:
- Match or beat your existing discount rate,* or give you a great low rate if you are not accepting credit and debit cards
- Subtract $100 from the price of a terminal or reprogram your existing terminal for free
- Credit your account $25 upon activation**
- Provide next-business day funding of Visa®, MasterCard® and Discover® Network transactions into your BB&T checking account

Call today for your free quote: 1-800-226-5228 or visit BBT.com/merchantoffer

*Subject to business type and credit approval. Offer valid for clients with Visa/MasterCard/Discover aggregate annual sales less than $1 million.
**Must activate merchant account within 60 days of merchant account opening. Offer not available to existing merchant services clients.
BB&T Merchant Services is a division of BB&T Financial, FSB, a subsidiary of BB&T Corporation. Member FDIC.
© 2009, Branch Banking and Trust Company. All Rights Reserved. Member FDIC.

---

■ FREE BUSINESS CHECKING ████████9817

**Account summary**

| | |
|---|---|
| Your previous balance as of 07/31/2009 | $947.89 |
| Checks | - 2,840.88 |
| Other withdrawals, debits and service charges | - 954.58 |
| Deposits, credits and interest | + 4,671.00 |
| Your new balance as of 08/31/2009 | = $1,823.43 |

**Checks**

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 08/21 | 10121 | 1,859.77 |
| 08/21 | 10122 | 981.11 |
| Total: checks | | = $ 2,840.88 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 08/03 | ACH CORP DEBIT USATAXPYMT IRS MID ATLANTIC CONSTRUCT | 185.89 |
| 08/05 | ACH CORP DEBIT EPYCORPAC THE HARTFORD MACS | 512.46 |
| 08/10 | ACH CORP DEBIT EPYCORPAC THE HARTFORD MACS | 256.23 |
| Total other withdrawals, debits and service charges | | = $954.58 |

000624G

■ PAGE 1 OF 3

  Page 1 of 3   08/31/09
VA   XXXX9809

 **BB&T**

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 00212  0 C 001 09   SO 000
HID ATLANTIC CONSTRUCTION SERVICES INC
OPERATING ACCT
3023 AVION PARK CT STE 200
CHANTILLY VA  20151-3978

# Your account statement
For 08/31/2009

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

---

**BB&T Merchant Services: Doing more to improve your cash flow**

**By choosing BB&T Merchant Services we'll:**
* Match or beat your existing discount rate,* or give you a great low rate if you are not accepting credit and debit cards
* Subtract $100 from the price of a terminal or reprogram your existing terminal for free
* Credit your account $25 upon activation**
* Provide next-business day funding of Visa®, MasterCard® and Discover® Network transactions into your BB&T checking account

**Call today for your free quote: 1-800-226-5228 or visit BBT.com/merchantoffer**

*Subject to business type and credit approval. Offer valid for clients with Visa/MasterCard/Discover aggregate annual sales less than $5 million.
** Must activate merchant account within 60 days of merchant account opening. Offer not available to existing merchant services clients.
BB&T Merchant Services is a division of BB&T Financial, FSB, a subsidiary of BB&T Corporation. Member FDIC.
© 2009, Branch Banking and Trust Company. All Rights Reserved. Member FDIC.

---

**★ FREE BUSINESS CHECKING** ▮▮▮▮▮▮▮▮**9809**

**Account summary**

| | |
|---|---|
| Your previous balance as of 07/31/2009 | $1,972.56 |
| Checks | - 5,375.00 |
| Other withdrawals, debits and service charges | - 9,575.44 |
| Deposits, credits and interest | + 13,194.51 |
| Your new balance as of 08/31/2009 | = $216.63 |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 08/04 | 1113 | 1,525.00 | 08/26 | 1114 | 2,250.00 | 08/25 | 1115 | 1,500.00 |
| | | | | | | | Total checks | = $5,375.00 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 08/20 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0000153309817 08-20-09 | 3,902.31 |
| 08/21 | ACH CORP DEBIT EDI PAYMTS UNITED HEALTHCAR 0006MACS | 4,093.81 |
| 08/21 | INTERNET-PAYMENT ELEC REMIT AMERICAN EXPRESS 090820061774361 | 1,579.32 |
| | Total other withdrawals, debits and service charges | - $9,575.44 |

0006744

**★ PAGE 1 OF 3**

▪ FREE BUSINESS CHECKING ████████9809 (continued)

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT(S) |
|---|---|---|
| 08/03 | DEPOSIT | 247.10 |
| 08/18 | DEPOSIT | 12,947.41 |
| Total deposits, credits and interest | | = $13,194.51 |

**U.S. Trustee Basic Monthly Operating Report**


for


**MID ATLANTIC CONSTRUCTION SERVICES, INC.**
**CASE NUMBER 08-15208**


**August 1, 2009 to August 31, 2009**

## U.S. Trustee Basic Monthly Operation Report

## <u>Exhibit A</u>

## TAXES

**Copies of the Taxes Paid during this Reporting Period are attached.**



![EFTPS logo] Electronic Federal Tax Paym...

**Payment Details**

TAXPAYER NAME: MID ATLANTIC CONSTRUCTION SERVIC[E]     TIN: xxx-xx-4[ ]24

Your payment details are listed below. The highlighted 8 digits of the EFT Acknowledgement Number represent your trace number.

| Payment Information | Entered Data |
| --- | --- |
| Taxpayer EIN | 24 |
| EFT Number | |
| Cancellation EFT (Acknowledgement Number) | 8842 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | 09/2009 |
| Total Payment Amount | $648.35 |
| Payment Input Method | Web |
| Settlement Date | 9/2/2009 |
| ACH Trace Number | 2630 |
| Payment Status | Settled |
| Original EFT (Acknowledgement Number) | 8842 |
| Transaction Type | ACH Debit Payment-DDA |
| Received Date | 8/31/2009 |
| Received Time (ET) | |
| Cancellation Date | |



# Virginia.gov

# Confirmation of Non-Bill Payment

## Business Information

FEIN: 4024

Physical Address: 3933 AVION PARK CTSTE 200
CHANTILLY, VA 20151-3978

Mailing Address: 3933 AVION PARK CTSTE 200
CHANTILLY, VA 20151-3978

Please do not select the back button. Your original payment has already been submitted.

Non-Bill Payment Information:

Confirmation #: 2443

Tax Account Number: 24F-001    Withholding

Payment Amount: $156.76

Period End Date: Sep-09

Payment Date: 8/31/2009

Web Payments will be withdrawn from your bank account within 1 to 3 business days after the payment date.

## U.S. Trustee Basic Monthly Operation Report

### Exhibit B

### INCOME

**LIST OF ALL THE INCOME RECEIVED FOR THE MONTH IS ON THE ATTACHED FORMS.  THE LIST INCLUDES ALL INCOME FROM CASH AND CREDIT TRANSACTIONS.**

**Our automated accounting system is Master Builder and copies of the Detailed Income, the Income Statement and Balance Sheet are attached.**

Reports from Mid Atlantic Construction Services, Inc.
Master Builder Account System

Detailed Income - Report number 2-6-0-41

Balance Sheet - Report number 2-2-0-21

Income Statement - Report number 2-3-0-31

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Detailed Income Report for Period**

August 1, 2009 to August 31, 2009

| Date | Description | | Amount | Bank | Comments |
|------|-------------|---|--------|------|----------|
| 8/3/2009 | PIW | Job 90015 | $ 247.10 | BB&T | |
| 8/18/2009 | Randy Barber | Job 90023 | $ 10,000.00 | BB&T | |
| 8/18/2009 | CNS | Job 81006 | $ 2,617.41 | BB&T | |
| 8/18/2009 | PIW | Job 90015 | $ 330.00 | BB&T | |
| | **Total** | | **$ 13,194.51** | | |



Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

Balance Sheet Report for Period

August 1, 2009 to August 31, 2009


MACS
Mid Atlantic Construction Services

| Assets | Beginning Balance | Ending Balance | Period Change |
|---|---|---|---|
| **Current Assets** | | | |
| 10004 M&T Bank | $ - | $ - | $ - |
| 10005 Checking-Operating | $ 570.55 | $ 428.10 | $ (142.45) |
| 10006 Checking-Payroll | $ 455.01 | $ 455.01 | $ - |
| 11200 Contract Receivables | $ 186,260.20 | $ 183,942.79 | $ (2,317.41) |
| 11500 Other Receivables | $ 7.41 | $ 7.41 | $ - |
| 11800 Bad Debt Allowance | $ (10,000.49) | $ (10,000.49) | $ - |
| 11900 Underbillings | $ 3,774.00 | $ 3,774.00 | $ - |
| 12200 Payroll Advances | $ 2,000.00 | $ 2,000.00 | $ - |
| 12600 Refundable Deposits | $ 15,400.00 | $ 15,400.00 | $ - |
| **Total Current Assets:** | $ 198,466.68 | $ 196,006.82 | $ (2,459.86) |
| **Long Term Assets** | | | |
| 18400 Office Equipment | $ 22,850.02 | $ 22,850.02 | $ - |
| 18500 Communication Equipment | $ 15,652.60 | $ 15,652.60 | $ - |
| 18700 Buildings | $ 2,388.42 | $ 2,388.42 | $ - |
| 18750 Leasehold Improvemen | $ 51,300.00 | $ 51,300.00 | $ - |
| **Total Long Term Assets:** | $ 92,191.04 | $ 92,191.04 | $ - |
| **Accumulated Depreciation** | | | |
| 19400 Accum Dep'n Office Equipment | $ (18,618.61) | $ (18,618.61) | $ - |
| 19500 Accum Dep'n Communication Eq | $ (6,335.76) | $ (6,335.76) | $ - |
| 19600 Accum Dep'n Furniture & Fxt | $ (2,387.96) | $ (2,387.96) | $ - |
| 19650 Accum Dep'n Leasehold Improvem | $ (28,500.00) | $ (28,500.00) | $ - |
| **Total Accumulated Depreciation** | $ (55,842.33) | $ (55,842.33) | $ - |
| **Net Long Term Assets:** | $ 36,348.71 | $ 36,348.71 | $ - |
| **Other Assets** | | | |
| 14200 Prepaid Insurance | $ - | $ - | $ - |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

Balance Sheet Report for Period

August 1, 2009 to August 31, 2009



MACS
Mid Atlantic Construction Services

| | | Beginning Balance | Ending Balance | Period Change |
|---|---|---|---|---|
| 14201 | Prepaid Ins-Automobile | $ 61.20 | $ 61.20 | $ - |
| 14202 | Prepaid Ins-General Liability | $ 1,133.65 | $ 1,133.65 | $ - |
| 14203 | Prepaid Ins-Umbrella | $ 473.56 | $ 473.56 | $ - |
| 14204 | Prepaid Ins-Workers Compensati | $ 1,588.61 | $ 1,563.32 | $ (25.29) |
| 14205 | Prepaid Ins-Office Life Insura | $ 592.50 | $ 592.50 | $ - |
| 14206 | Prepaid Ins-Health | $ 1,396.05 | $ 3,130.18 | $ 1,734.13 |
| 14207 | Prepaid Ins-Crime | $ 648.32 | $ 648.32 | $ - |
| 14208 | Prepaid Ins-Comm Office | $ - | $ - | |
| 14210 | Prepaid Ins-Dental | $ (45.78) | $ (45.78) | $ - |
| 14300 | Prepaid Expenses | $ 791.06 | $ 791.06 | $ - |
| 14310 | Prepaid Legal Expense | $ 1,128.07 | $ 1,128.07 | $ - |
| 17900 | Other Long Term Assets | $ 8,000.00 | $ 8,000.00 | $ - |
| | **Total Other Assets:** | $ 15,767.24 | $ 17,476.08 | $ 1,708.84 |
| | **Total Assets:** | $ 250,582.63 | $ 249,831.61 | $ (751.02) |

**Liabilities**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 20000 | Trade Accounts Payable | $ 826,657.75 | $ 826,114.20 | $ (543.55) |
| 21000 | Overbillings | $ 81,336.00 | $ 81,336.00 | $ - |
| 21100 | Est Loss on Uncompleted Jobs | $ 2,013.00 | $ 2,013.00 | $ - |
| 22100 | Accrued Interest Expense | $ 59,308.00 | $ 59,308.00 | $ - |
| 22900 | Adjustment of Checking Account | $ (1,614.53) | $ (1,614.53) | $ - |
| 23001 | Employee Social Sec Payable | $ 0.11 | $ 0.11 | $ - |
| 23003 | Employee Fed Inc Tax payable | $ 400.34 | $ 400.34 | $ - |
| 23005 | Employee Medicare payable | $ (400.34) | $ (400.34) | $ - |
| 23011 | Employer State Inc Tax Payble | $ 0.02 | $ 0.07 | $ 0.05 |
| 23012 | Employer SUTA Payable | $ 181.13 | $ 181.13 | $ - |
| 23031 | Employer FUTA Payable | $ 283.42 | $ 283.42 | $ - |
| 23061 | 401K PP Employer Con | $ (0.04) | $ (0.13) | $ (0.09) |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

Balance Sheet Report for Period


MACS
Mid Atlantic Construction Services

August 1, 2009 to August 31, 2009

| | | Beginning Balance | Ending Balance | Period Change |
|---|---|---|---|---|
| 23075 | Liability Insurance Payable | $ - | $ - | $ - |
| 23200 | Accrued Payroll | $ 14,417.00 | $ 14,417.00 | $ - |
| 25200 | Deferred Taxes-Current Portion | $ (55,925.00) | $ (55,925.00) | $ - |
| 25300 | Deferred Taxes - LT Portion | $ (226,417.00) | $ (226,417.00) | $ - |
| 26500 | Current Portion of L/T Debt | $ 6,625.00 | $ 6,625.00 | $ - |
| 26900 | Other Current Liabilities | $ 0.08 | $ 0.08 | $ - |
| 26950 | Other Liab-MSD | $ 10,915.40 | $ 10,915.40 | $ - |
| 26951 | Other Liab-MSD Jr | $ 785.34 | $ 785.34 | $ - |
| | **Total Current Liabilities:** | $ 718,565.68 | $ 718,022.09 | $ (543.59) |
| | | | | |
| **Long Term Liabilities** | | | | |
| 28500 | Other Loans | $ 296,624.79 | 296,624.79 | $ - |
| 29300 | Shareholder Payable | $ 172,500.00 | 172,500.00 | $ - |
| 29500 | L/T Debt Less Current Portion | $ (6,625.00) | (6,625.00) | $ - |
| | **Total Long Term Liabilities:** | $ 462,499.79 | $ 462,499.79 | $ - |
| | | | | |
| | **Total Liabilities:** | $ 1,181,065.47 | $ 1,180,521.88 | $ (543.59) |
| | | | | |
| **Equity** | | | | |
| **Equity/Capital** | | | | |
| 30000 | Capital Stock | $ 5,000.00 | 5,000.00 | $ - |
| 33000 | Retained Earnings | $ (806,295.87) | (806,295.87) | $ - |
| | **Subtotal Equity/Capital:** | $ (801,295.87) | $ (801,295.87) | $ - |
| | | | | |
| | **Current Profit (Loss):** | ($129,186.93) | ($129,394.40) | ($207.47) |
| | | | | |
| | **Total Equity/Capital:** | $ (930,482.80) | $ (930,690.27) | $ (207.47) |
| | | | | |
| | **Total Liabilities + Equity:** | $ 250,582.67 | $ 249,831.61 | $ (751.06) |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



## Income Statement Report for Period

August 1, 2009 to August 31, 2009

### Operating Income

| | | |
|---|---|---|
| Contract Income | $10,877.10 | |
| **Total Operating Income:** | | **$10,877.10** |

### Direct Expense

| | | |
|---|---|---|
| Material | $5,340.84 | |
| Subcontracted | $0.00 | |
| Direct Labor | $0.00 | |
| D/L-PR-Social Security Tax | $0.00 | |
| D/L-PT-Medicare Tax ER | $0.00 | |
| D/L-PT-FUTA Tax | $0.00 | |
| D/L-PT-SUTA Tax-ER | $0.00 | |
| D/L Workers' Compensation | $0.00 | |
| D/L Benefit-Health | $0.00 | |
| D/L Benefit-Dental Insurance | $0.00 | |
| D/L Benefit Pension Plan | $0.00 | |
| D/L Liability Insurance | $0.00 | |
| **Total Direct Expense:** | | **$5,340.84** |
| **Gross Profit:** | | **$5,536.26** |

### Overhead Expense

| | |
|---|---|
| Rent | $0.00 |
| Beverage Service | $0.00 |
| Telephone | $794.99 |
| Cellular Phone | $0.00 |
| Cell Phone Job Cost Transfers | $0.00 |
| Bank Charges | $0.00 |
| Overhead Postage | $0.00 |
| Miscellaneous Expense | $0.00 |
| Accounting Fees | $0.00 |
| Legal Fees | $0.00 |
| Chapter 11 Fees | $0.00 |
| Parking & Tools | $0.00 |
| Computer Software | $0.00 |
| Insurance-Auto | $0.00 |
| Insurance-Officers Life | $0.00 |
| Insurance-Umbrella | $0.00 |
| Insurance-Commercial Property | $0.00 |
| Insurance-Crime | $0.00 |
| Interest Expense | $0.00 |
| Taxes | $0.00 |
| Licenses | $0.00 |
| Office Supplies-Consumable Exp | $0.00 |
| Interest Expense | $0.00 |
| Owner's Salary | $0.00 |
| Bookkeeper Salary | $0.00 |
| Employer Social Security T Exp | $224.75 |
| Employer Medicare Expense | $52.56 |
| Employer FUTA Expense | $0.00 |
| Employer SUTA Expense | $0.00 |
| Vice President Salary | $2,500.00 |
| Project Coordinator Salary | $1,125.00 |
| Pension Plan Fee Expense | $0.00 |
| O/H Workers' Compensation | $25.29 |
| O/H Benefit Health Insurance | $1,021.14 |
| O/H Benefit-Dental Insurance | $0.00 |
| O/H Benefit-Pension Plan | $0.00 |
| Fuel | $0.00 |
| Vehicle Repair | $0.00 |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



## Income Statement Report for Period                  August 1, 2009 to August 31, 2009

| | | |
|---|---|---|
| Deprec Exp-Office Equipment | $0.00 | |
| Deprec Exp-Communication Equip | $0.00 | |
| Deprec Exp-Leasehold Improvements | $0.00 | |
| **Total Overhead Expense:** | | **$5,743.73** |
| **Income from Operations:** | | **($207.47)** |

**Other Income**

| | | |
|---|---|---|
| Rental Income | $0.00 | |
| Other Income | $0.00 | |
| **Total Other Income:** | | **$0.00** |
| **Net Income Before Tax:** | | **($207.47)** |
| **Net Income:** | | **($207.47)** |

**U.S. Trustee Basic Monthly Operation Report**

**Exhibit C**

**EXPENSES**

**THE LIST OF ALL EXPENSES PAID BY CASH OR BY CHECK FROM OUR ACCOUNTS PAID THIS MONTH ARE ATTACHED.**

**Our automated accounting system is Master Builder and copies of the Disbursements Journal are attached.**

Reports from Mid Atlantic Construction Services, Inc.
Master Builder Account System

Payable Check Detail Report
Report number   4-1-5-51



**MACS**
Mid Atlantic Construction Services

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

## Payable Check Detail Report for

August 1, 2009 to August 31, 2009

| Payable to | Check# | Check Date | Inv. Description | Amt. Paid |
|---|---|---|---|---|
| **OPERATING ACCOUNT - BB&T BANK** | | | | |
| | 1114 | 8/20/2009 | Murphy Concrete | $ 2,250.00 |
| | On-line | 8/20/2009 | American Express | $ 1,590.84 |
| | On-line | 8/20/2009 | United Health Care | $ 4,093.81 |
| | 1115 | 8/209 | Michael Denisar-reimb for material job 90023 | $ 1,500.00 |
| **Payroll Account** | | | | |
| void | 10/20 | | | |
| Michael S. Denisar | | | | $ - |
| Barbara Becker | | | | $ - |
| Jon Schulte | 10121 | 8/20/09 | for 6/7/09 to 6/13/09 | 1,859.77 |
| Yvette Miller | 10122 | 8/20/09 | for 7/5/09 to 7/11/09 | 981.11 |
| IRS | on-line | 8/20/09 | Payroll Taxes | 648.35 |
| Virginia Department of Taxation | on-line | 8/20/09 | Payroll Taxes | 156.76 |
| Hartford | on-line | 8/20/09 | Payroll 401K Loan repayment | 256.32 |
| IRS | on-line | 7/31/09 | FUTA | 56.92 |
| VA Employment Commission | on-line | 7/31/09 | SUTA | 230.67 |

**Total Disbursement for the Month**       $ 13,626.55

**U.S. Trustee Basic Monthly Operation Report**

**Exhibit D**

**CASH PROFIT**

**UNPAID BILLS**

**ATTACHED IS A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH WE HAVE INCURRED SINCE
THE DATE WE FILED BANKRUPTCY BUT HAVE NOT PAID.**

**Reports from Mid Atlantic Construction Services, Inc.
Master Builder Account System**

Account Payable Invoices List of Open Invoices
Report number MD 4-1-2-76

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

## Payable Invoice Report for

August 1, 2009 to August 31, 2009


MACS
Mid Atlantic Construction Services

| Invoice Date | Vendor | Job # | Decription | Due Date | Invoice Amount | | |
|---|---|---|---|---|---|---|---|
| 08/30/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense-Retention Held | 2/28/09 | $ 2,900.00 | | |
| 09/24/08 | Amilcar Torres(A.T. Electric) | 80036 | 80036-ATElectric-16000 | 2/28/09 | $ 1,600.00 | | |
| 10/24/08 | Amilcar Torres(A.T. Electric) | 80036 | 80036-ATElectric-16000 | 2/28/09 | $ 1,000.00 | | |
| 11/30/08 | Amilcar Torres(A.T. Electric) | 80036 | 80036-ATElectric-16000 | 2/28/09 | $ 4,422.16 | | |
| 12/19/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense | 1/31/09 | $ 491.36 | | |
| 12/19/08 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense | 2/28/09 | $ 935.00 | $ | |
| 01/31/09 | Amilcar Torres(A.T. Electric) | 80036 | Project Expense-Retention Held | 2/28/09 | | | 12,348.52 |
| 01/20/09 | Anne Arundel Fire Protection, Inc. | 81005 | Job Subcontractor | 3/31/09 | $ 100.00 | | |
| 02/28/09 | Anne Arundel Fire Protection, Inc. | 81005 | Project Expense | 3/31/09 | $ 4,428.00 | | |
| 02/28/09 | Anne Arundel Fire Protection, Inc. | 81005 | Job Subcontractor-Retention Held | 3/31/09 | $ 492.00 | $ | 5,020.00 |
| 03/23/09 | Architectural Hardware Systems, Inc. | 90002 | Job Materials | 4/30/09 | $ 2,324.46 | $ | 2,324.46 |
| 03/04/09 | Baltimore Glass Company | 81005 | Project Expense | 4/30/09 | $ 1,579.25 | $ | 1,579.25 |
| 09/30/08 | Best Cabinets Co., Inc. | 80036 | Project Expense-Retention Held | 4/30/09 | $ 1,456.10 | | |
| 01/31/09 | Best Cabinets Co., Inc. | 80036 | 80036-Best Cabinets | 2/28/09 | $ 5,025.00 | $ | 6,481.10 |
| 11/30/08 | Boles Air, Inc. | 80031 | Job Subcontractor | 12/31/08 | $ 490.00 | | |
| 08/30/08 | Boles Air, Inc. | 80036 | 80036-BolesAir-15000. | 3/31/09 | $ 4,158.20 | | |
| 09/30/08 | Boles Air, Inc. | 80036 | 80036-BolesAir-15000. | 3/31/09 | $ 2,401.80 | | |
| 11/14/08 | Boles Air, Inc. | 80036 | 80036-BolesAir-15000. | 3/31/09 | $ 480.00 | | |
| 12/23/08 | Boles Air, Inc. | 80036 | Job Subcontractor | 1/31/09 | $ 360.00 | | |
| 12/23/08 | Boles Air, Inc. | 80036 | Project Expense-Retention Held | 3/31/09 | $ 40.00 | | |
| 01/20/09 | Boles Air, Inc. | 81005 | Job Subcontractor-Retention Held | 3/31/09 | $ 2,702.00 | | |
| 02/20/09 | Boles Air, Inc. | 81005 | Project Expense | 3/31/09 | $ 7,632.00 | | |
| 02/20/09 | Boles Air, Inc. | 81005 | Job Subcontractor-Retention Held | 3/31/09 | $ 848.00 | | |
| 02/20/09 | Boles Air, Inc. | 81005 | Project Expense | 3/31/09 | $ (7.20) | | |
| 02/20/09 | Boles Air, Inc. | 81005 | Project Expense | 3/31/09 | $ (0.80) | $ | 19,104.00 |
| 05/13/09 | Cavalier Phones | Overhead | May Company Phones | 5/31/09 | $ 755.78 | | |
| 06/13/09 | Cavalier Phones | Overhead | June Company Phones | 6/30/09 | $ 767.45 | | |
| 07/13/09 | Cavalier Phones | Overhead | July Company Phones | 7/31/09 | $ 782.89 | | |
| 07/31/09 | Cavalier Phones | Overhead | rebate | 7/31/09 | $ (306.12) | $ | 2,000.00 |
| 02/11/09 | D&J Excavating | 80031 | Job Materials | 3/31/09 | $ 475.00 | | |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

**Payable Invoice Report for**

August 1, 2009 to August 31, 2009


MACS
Mid Atlantic Construction Services

| Invoice Date | Vendor | Job # | Description | Due Date | Invoice Amount |
|---|---|---|---|---|---|
| 11/25/08 | D&J Excavating | 80036 | Project Expense | trash pull for job | 12/25/08 | $ 475.00 |
| 01/30/09 | D&J Excavating | 80036 | Project Expense | Job Materials | 2/28/09 | $ 475.00 |
| 04/10/09 | D&J Excavating | 90002 | Project Expense | Job Materials | 5/10/09 | $ 505.60 |
| 03/12/09 | D&J Excavating | 90002 | Project Expense | Project Expense | 4/30/09 | $ 475.00 $ 2,405.60 |
| 08/31/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | General Legal Fees | 9/30/08 | $ 1,307.72 |
| 09/30/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 9/30/08 | $ 737.57 |
| 10/13/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 11/30/08 | $ 4,509.00 |
| 10/13/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-interest | Chapter 11 | 11/30/08 | $ 58.03 |
| 11/30/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 11/30/08 | $ 58.03 |
| 11/30/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 12/30/08 | $ 373.50 |
| 11/30/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-Interest | Chapter 11 | 12/30/08 | $ 58.03 |
| 12/31/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 1/31/09 | $ 2,576.00 |
| 12/31/08 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-interest | Chapter 11 | 1/31/09 | $ 51.96 |
| 01/31/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 2/28/09 | $ 1,715.50 |
| 01/31/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-interest | Chapter 11 | 2/28/09 | $ 71.28 |
| 02/28/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 3/28/09 | $ 2,895.00 |
| 02/28/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees | Chapter 11 | 3/28/09 | $ 71.28 |
| 03/31/09 | Dunlap, Grubb & Weaver, P.C. | Overhead | Legal Fees-interest | Chapter 11 | 4/30/09 | $ 105.86 $ 14,530.73 |
| 09/02/08 | Federal Express | Overhead | Shipping Fees | weekly service charge | 9/17/08 | $ 12.00 $ 12.00 |
| 01/30/09 | Flooring Group, Inc. | 80031 | Project Expense | Subcontractor | 2/28/09 | $ 360.00 |
| 11/20/08 | Flooring Group, Inc. | 80036 | Project Expense-Retention Held | Job Subcontractor | 2/28/09 | $ 200.00 |
| 12/20/08 | Flooring Group, Inc. | 80036 | Project Expense | Job Subcontractor | 1/31/09 | $ 720.00 |
| 12/20/08 | Flooring Group, Inc. | 80036 | Project Expense-Retention Held | Job Subcontractor | 2/28/09 | $ 80.00 |
| 03/20/09 | Flooring Group, Inc. | 81005 | Project Expense | Job Subcontractor | 4/30/09 | $ 7,110.00 |
| 03/20/09 | Flooring Group, Inc. | 81005 | Project Expense | Job Subcontractor | 4/30/09 | $ 790.00 |
| 03/24/09 | Flooring Group, Inc. | 81005 | Project Expense-Retention Held | Job Subcontractor | 4/30/09 | $ 270.00 |
| 12/20/08 | Flooring Group, Inc. | 81005 | Project Expense-Retention Held | Job Subcontractor | 4/30/09 | $ 30.00 |
| 12/20/08 | Flooring Group, Inc. | 81006 | Project Expense | Job Subcontractor | 1/31/09 | $ 4,770.00 |
| 12/20/08 | Flooring Group, Inc. | 81006 | Project Expense-Retention Held | Job Subcontractor | 2/28/09 | $ 530.00 $ 14,860.00 |
| 08/30/08 | Function Enterprises, Inc. | 80036 | Project Expense-Retention Held | Job Contractor | 2/28/09 | $ 212.70 $ 212.70 |
| 11/30/08 | Greenacre Plumbing | 80036 | Project Expense-Retention Held | Job Contractor | 2/28/09 | $ 571.41 $ 571.41 |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399

# Payable Invoice Report for

August 1, 2009 to August 31, 2009


MACS
Mid Atlantic Construction Services

| Invoice Date | Vendor | Job # | Description | Due Date | Invoice Amount | |
|---|---|---|---|---|---|---|
| 07/01/09 | Guardian | Overhead | July Dental Insurance | 7/1/09 | $ 250.09 | $ 250.09 |
| 09/01/08 | Inside Sports | Overhead | September Rent | 9/1/08 | $ 7,932.98 | |
| 10/01/08 | Inside Sports | Overhead | October Office Rent | 10/1/08 | $ 1,500.00 | |
| 11/01/08 | Inside Sports | Overhead | November Office Rent | 11/1/08 | $ 1,500.00 | |
| 12/01/08 | Inside Sports | Overhead | December Office Rent | 12/1/08 | $ 1,500.00 | |
| 01/01/09 | Inside Sports | Overhead | January Office Rent | 1/1/09 | $ 1,500.00 | |
| 02/01/09 | Inside Sports | Overhead | February Office Rent | 2/1/09 | $ 1,500.00 | $ 15,432.98 |
| 04/20/09 | Jon Schulte | 81005 | Job Materials | 5/31/09 | $ 68.23 | $ 68.23 |
| 09/01/08 | Northern VA Development Service | 80050 | Project Expense | 10/1/08 | $ 125.00 | |
| 09/01/08 | Northern VA Development Service | 80053 | Pulling Permit | 10/1/08 | $ 125.00 | $ 250.00 |
| 04/28/09 | Nova Blue, Inc. | 90017 | Job plans-bid | 5/28/09 | $ 80.64 | |
| 04/28/09 | Nova Blue, Inc. | 90018 | Job plans-bid | 5/28/09 | $ 70.56 | |
| 04/28/09 | Nova Blue, Inc. | 90018 | Job plans-bid | 5/28/09 | $ 14.12 | $ 165.32 |
| 10/30/08 | Overhead Doors Company of Washington | 80036 | Subcontractor for Job | 1/30/08 | $ 698.35 | $ 698.35 |
| 02/27/09 | Planned Space | 80031 | Job Materials | 3/31/09 | $ 1,725.00 | $ 1,725.00 |
| 10/31/08 | Power Marble & Granite | 80036 | Project Expense-Retention Held | 2/28/09 | $ 1,070.00 | |
| 11/21/08 | Power Marble & Granite | 80036 | Project Expense-Retention Held | 12/31/08 | $ 3,630.00 | |
| 01/31/09 | Power Marble & Granite | 80036 | Job Subcontractor | 2/28/09 | $ 600.00 | |
| 05/01/09 | Power Marble & Granite | 90002 | Job Subcontractor | 6/15/09 | $ 3,385.00 | $ 8,685.00 |
| 02/20/09 | Precision Doors & Hardware | 81005 | Job Materials | 3/31/09 | $ 477.00 | |
| 04/23/09 | Precision Doors & Hardware | 90015 | Job Materials | 5/23/09 | $ 86.92 | $ 563.92 |
| 12/23/08 | Simplex Grinnel | 80036 | Job Materials | 1/31/09 | $ 1,901.46 | $ 1,901.46 |
| 06/01/09 | Travelers Ins | Overhead | Insurance - GL | 6/23/09 | $ 335.70 | |
| 07/01/09 | Travelers Ins | Overhead | Insurance - Umbrella | 6/23/09 | $ 420.50 | |
| 07/01/09 | Travelers Ins | Overhead | Insurance - GL | 7/26/09 | $ 1,065.90 | $ 1,822.10 |
| 06/01/09 | United healthcare | Overhead | Company Health Insurance | 7/11/09 | $ 1,338.54 | $ 1,338.54 |
| 03/21/09 | UPS | 81005 | shipping for Job | 3/25/09 | $ (80.05) | $ (80.05) |
| 09/30/08 | Virginia Sprinkler Co., Inc. | 80036 | Job Subcontractor | 1/30/08 | $ 696.90 | |
| 12/01/08 | Virginia Sprinkler Co., Inc. | 80036 | Job Subcontractor | 1/31/09 | $ 549.90 | |
| 12/01/08 | Virginia Sprinkler Co., Inc. | 80036 | Project Expense-Retention Held | 2/28/09 | $ 61.10 | $ 1,307.90 |

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399


Mid Atlantic Construction Services

**Payable Invoice Report for**

August 1, 2009 to August 31, 2009

| Invoice Date | Vendor | Job # | Decription | Due Date | Invoice Amount |
|---|---|---|---|---|---|
| | | | | Totals | $ 115,578.61  $ 115,578.61 |

**U.S. Trustee Basic Monthly Operation Report**

**Exhibit E**

**MONEY OWED TO YOU**

**ATTACHED IS A LIST ALL AMOUNTS OWED TO US BY OUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.**

Reports from Mid Atlantic Construction Services, Inc.
Master Builder Account System

Account Receivable Invoice Report
Report number 3-1-2-43



MACS
Mid Atlantic Construction Services

| Invoice Date | Owners Name | Job # | Job Name | Decription | Due Date | Invoice Total | | |
|---|---|---|---|---|---|---|---|---|
| 09/01/06 | August | 69020 | August Deck | | 10/01/06 | $ 15,970.41 | | $ 15,970.41 |
| 7/24/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ 3,159.12 | | |
| 08/12/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ 2,253.28 | | |
| 08/27/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ 13,858.80 | | |
| 09/30/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ 7,817.89 | | |
| 10/29/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ 16,300.23 | | |
| 11/29/08 | Anzair Corporation | 80036 | Luciano's Restaurant | Retention release | | $ 6,672.84 | | |
| 1/31/09 | Anzair Corporation | 80036 | Luciano's Restaurant | | | $ 11,330.76 | | $ 74,914.24 |
| 05/30/08 | Bearing Point | 80031 | Bearing Point | Retention release | 2/28/09 | $ 13,521.32 | | |
| 06/24/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 787.59 | | |
| 07/25/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 1,756.06 | | |
| 08/28/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 2,973.58 | | |
| 10/31/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 1,023.03 | | |
| 11/30/08 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 678.86 | | |
| 01/30/09 | Bearing Point | 80031 | Bearing Point | Retention release | 03/07/09 | $ 1,718.80 | | |
| 07/22/08 | BF Saul Property Company | 80051 | Standard Solar | | 03/07/09 | $ 12,268.02 | | $ 21,205.94 |
| 11/20/06 | CESCR | 62621 | CG4 Suite 801 Water Damage | | 08/22/06 | $ 11,698.00 | | |
| 11/20/06 | CESCR | 62622 | CG4 Suite 801 Tenant Damage | | 12/20/06 | $ 366.00 | | $ 11,698.00 |
| 05/24/08 | G&D America | 80027 | G&D IT Rm Doors | | 12/20/06 | $ 414.00 | | |
| 05/24/08 | G&D America | 80028 | G&D Classroom Doors | | 06/24/08 | $ 1,127.70 | | $ 780.00 |
| 03/24/08 | Inspiration Plumbing | 80013 | Inspiration Plumbing | | 06/24/080 | $ 436.56 | | |
| 4/1/09 | M.C. Dean | 81005 | Baltimore Citiwatch Commond | | 04/24/08 | $ 1,034.75 | | $ 1,564.26 |
| 3/20/09 | M.C. Dean | 81005 | Baltimore Citiwatch Commond | | 5/1/09 | $ 788.00 | | $ 1,034.75 |
| 10/24/07 | Metro Commercial Flooring | 72024 | Metro Commercial Flooring | | 4/30/09 | $ 1,212.05 | | $ 2,000.05 |
| 08/14/09 | Psychiatric Institute of Washington | 90034 | PIW-Install owner's door 5th floor | | 11/23/07 | $ 3,579.89 | | |
| 05/26/08 | Saul Centers, Inc | 80024 | Hollywood Tan Tossinis Tanning | | 09/14/09 | $ 300.00 | | $ 3,579.89 |
| 06/25/08 | Saul Centers, Inc | 80024 | Hollywood Tan Tossinis Tanning | Retention release | | $ 3,608.30 | | $ 300.00 |
| 07/24/08 | Saul Centers, Inc | 80024 | Hollywood Tan Tossinis Tanning | Retention release | 08/24/08 | $ 6,514.43 | | |
| 08/23/08 | Saul Centers, Inc | 80024 | Hollywood Tan Tossinis Tanning | Retention release | 09/23/08 | $ 25,320.75 | | |
| 06/25/08 | Tossini Tanning LLC | 80049 | Hollywood Tans Salon | | 8/24/08 | $ 5,719.00 | | $ 41,162.48 |
| 07/24/08 | Tossini Tanning LLC | 80049 | Hollywood Tans Salon | | 08/24/08 | $ 2,015.25 | | |
| | | | | | | $ 7,717.52 | | $ 9,732.77 |

Totals $ 183,942.79 $ 183,942.79

**U.S. Trustee Basic Monthly Operation Report**

**Exhibit F**

**BANKING INFORMATION**

**PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.**

**Bank Statements from**

M&T Bank
BB&T Bank - Operating Account
BB&T Bank - Payroll Account

EMPLOYEE INFORMATION

PROFESSIONAL FEES INFORMATION

PROJECTIONS INFORMATION

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Employee Information**

August 1, 2009 to August 31, 2009

**Number of Employees when the case was filed?**                    9

Michael S. Denisar
Barbara C. Becker                          Part-Time
Jon J. Schulte
Michael S. Denisar, Jr                     Part-Time
George E. Tallmage
Phillip Bender
Yvette Miller
Cynthia Stone                              Part-Time
Charles Green

**Number of Employees as of the date of this monthly report?**      2

Michael S. Denisar
Barbara C. Becker                          Part-Time

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



MACS
Mid Atlantic Construction Services

**Professional Fees**

August 1, 2009 to August 31, 2009

Total Professional fees approved by the Courts during this reporting period                                    $        -

Total Professional Fees approved by the Court since the filing of the case

DGW                                                                                                                          $        -

Total Professional Fees incurred by or on behalf of the debtor during this reporting period                  $   2,895.00

Total Professional Fees incurred by or on behalf of the debtor since the filing of the case                  $  17,481.46

Professional Fees incurred by or on behalf of the debtor related to bankruptcy during this report period    $   2,895.00

Professional Fees incurred by or on behalf of the debtor related to bankruptcy since the filing of the case $  17,481.46

Mid Atlantic Construction Services, Inc.
3933 Avion Park Court, Suite 200
Chantilly, VA 20171
(703) 430-9399



**Projections**

August 1, 2009 to August 31, 2009

Compare your actual income, expenses and the cash profit to the projections for the first 180-days for your case provided at the initial debtor interview.

Projected Income for the Month:                                    $         -
Actual Income for the Month (Exhibit B):                          $    13,194.51
Difference between Projected and Actual Income:                  $   (13,194.51)

Projected Expenses for the Month:                                $         -
Actual Expenses for the Month (Exhibit C):                       $    13,626.55
Difference between Projected and Actual Expenses:                $   (13,626.55)

Projected Cash Profit for the Month:                             $         -
Actual Cash Profit for the Month:                                $     (432.04)
(Total from Exhibit B minus Total from Exhibit C)                $      432.04

Difference Between Projected and Actual Cash Profit:             $         -

**(If actual cash profit was 90% or less of project cash profit, please attach a detailed written explanation.)**

Page 1 of 1